IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO,<br>Husband and Wife,<br><br>    Plaintiffs,<br><br>v.<br><br>DR. CLARK ARCHER and HCA HEALTH<br>SERVICES OF TENNESSEE D/B/A<br>STONECREST MEDICAL CENTER,<br><br>    Defendants. | Civil Action No.: _____ |

## AFFIDAVIT OF BRIAN MANOOKIAN
## DEMONSTRATING PLAINTIFF'S COMPLIANCE
## WITH TENN. CODE ANN. § 29-26-121(a)(3)(B)

STATE OF TENNESSEE    )
                                 )
COUNTY OF DAVIDSON    )

After first being duly sworn, the affiant, Brian Manookian, states as follows:

1. My name is Brian Manookian. I am an adult citizen, over the age of eighteen years, and am competent to make the statements contained in this Affidavit.

2. On December 30, 2016, I mailed written notice of a potential health care liability action (attached as **Exhibit 1A**), including a list of the names and addresses of all other providers who were being sent a notice, as well as HIPAA-compliant medical authorizations permitting all listed providers to obtain complete medical records from one

**EXHIBIT 1**

another, by certified mail, return receipt requested, after obtaining a Certificate of Mailing (attached as **Exhibit 1B**), from the U.S. Postal Service to:

| | |
|---|---|
| Dr. Clark Archer<br>TriStar StoneCrest<br>200 StoneCrest Boulevard<br>Smyrna, TN 37167<br><br>Dr. Clark Archer<br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | StoneCrest Medical Center<br>200 StoneCrest Boulevard<br>Smyrna, TN 37167<br><br>StoneCrest Medical Center<br>Registered Agent CT Corporation System<br>800 South Gay Street, Suite 2021<br>Knoxville, TN 37929 |
| Dr. Deka Efobi<br>305 West Main Street<br>Lebanon, TN 37087-3545 | Neurology Clinic & Associates<br>305 West Main Street<br>Lebanon, TN 37087-3545<br><br>Neurology Clinic & Associates<br>P.O. Box 414<br>Brentwood, TN 37024-0414 |

Further Affiant sayeth not.

_____
BRIAN MANOOKIAN

Sworn to and subscribed before me this 20th day of April, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

08/20/2019

2