# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

## VIA U.S. CERTIFIED MAIL – RETURN RECEIPT

Dr. Clark Archer, ER Physician
TriStar StoneCrest
200 StoneCrest Boulevard
Smyrna, TN 37167

### *Re: Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Dr. Archer:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents. Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you. Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein. I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of Dr. Archer and his failure to diagnose and treat Mr. Ruffino's February 2016 stroke in the ER at StoneCrest Medical Center, including when he presented to StoneCrest Medical Center well within three hours of the onset of his change in status due to the stroke. Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

> EXHIBIT
> 1A

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

RE: John Ruffino

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest | |
|---|---|---|

| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>200 StoneCrest Boulevard |
|---|---|
| | Address 2: |
| | City  Smyrna / State TN / Zip 37167 |

**This authorization will expire on the following (fill in the Date or the Event but not both)**
Date:                              Event:  Filing of Lawsuit

**Purpose of Disclosure:**   Compliance with Tenn. Code Ann. § 29-26-121

**Description of Information to be Used or Disclosed:** All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:  NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:  SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS |
|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br><br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest |
|---|---|

| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br> 200 StoneCrest Boulevard |
|---|---|
| | Address 2: |
| | City   Smyrna  •  State TN  •  Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                          Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| **SECTION A:** | **THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS** | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br><br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest |
|---|---|

| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>200 StoneCrest Boulevard |
|---|---|
| | Address 2: |

| | City   Smyrna | State TN | Zip 37167 |
|---|---|---|---|

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                             Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br><br>3 - 18 - 16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| **Patient Name:** <br> JOHN RUFFINO | **Date of Birth:** <br> 06-12-1959 | **Social Security No:** <br> XXX-XX-7251 |

| Provider's Name: <br><br> Dr. Clark Archer <br> TriStar StoneCrest | Recipient's Name: <br><br> Dr. Clark Archer, ER Physician <br> TriStar StoneCrest | | |
|---|---|---|---|
| Provider's Address <br><br> 200 StoneCrest Boulevard <br> Smyrna, TN 37167 | Address 1: <br> 200 StoneCrest Boulevard | | |
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                            Event:   Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: <br> *John Ruffino* | Date: <br> 3--18--16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Dr. Clark Archer | Recipient's Name:<br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest |
|---|---|

| Provider's Address<br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br>200 StoneCrest Boulevard |
|---|---|

| | Address 2: | | |
|---|---|---|---|
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:   *John Ruffino* | Date: 3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                              Cummings Manookian

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest |
|---|---|

| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>200 StoneCrest Boulevard |
|---|---|

| | Address 2: | | |
|---|---|---|---|
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*[signature: John Ruffino]* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                   Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br>Dr. Clark Archer, ER Physician<br>TriStar StoneCrest | | |
|---|---|---|---|
| Provider's Address<br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>200 StoneCrest Boulevard | | |
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                             Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

**VIA U.S. CERTIFIED MAIL – RETURN RECEIPT**

Dr. Clark Archer
2910 South Church Street, Suite B .
Murfreesboro, TN 37127

*Re:  Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Dr. Archer:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents.  Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you.  Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein.  I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of Dr. Archer and his failure to diagnose and treat Mr. Ruffino's February 2016 stroke in the ER at StoneCrest Medical Center, including when he presented to StoneCrest Medical Center well within three hours of the onset of his change in status due to the stroke.  Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

RE: John Ruffino

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>Dr. Clark Archer | |
|---|---|---|

| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>  2910 South Church Street | |
|---|---|---|
| | Address 2: | |
| | City   Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                        Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                               Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

## SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>Dr. Clark Archer | |
|---|---|---|

| Provider's Address<br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>  2910 South Church Street | | |
|---|---|---|---|
| | Address 2:  . | | |
| | City   Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                      Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br><br>Dr. Clark Archer | |

| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>2910 South Church Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City  Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                            Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                            Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Clark Archer<br>TriStar StoneCrest | Recipient's Name:<br><br>Dr. Clark Archer | |
|---|---|---|

| Provider's Address<br><br>200 StoneCrest Boulevard<br>Smyrna, TN 37167 | Address 1:<br>2910 South Church Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                              Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
| Provider's Name: Dr. Clark Archer | Recipient's Name: Dr. Clark Archer | |

| Provider's Address 2910 South Church Street Suite B Murfreesboro, TN 37127 | Address 1: 2910 South Church Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *[signature: John Ruffino]* | Date: 3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS |||
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>Dr. Clark Archer || 

| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>2910 South Church Street ||
|---|---|---|
| | Address 2: ||
| | City  Murfreesboro | State TN    Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

### SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

### SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18--16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br><br>Dr. Clark Archer | |
|---|---|---|

| Provider's Address<br><br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>2910 South Church Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Murfreesboro | State TN | Zip 37127 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                 Cummings Manookian



BRIAN CUMMINGS
Licensed to practice in
TN, GA, FL, CA and HI

BRIAN MANOOKIAN
Licensed to practice in TN

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>Dr. Deka Efobi | |
|---|---|---|

| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>305 West Main Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                        Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>Dr. Deka Efobi | | |
|---|---|---|---|

| Provider's Address<br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>305 West Main Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*[signature]* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>Dr. Deka Efobi | |
|---|---|---|

| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>305 West Main Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                        Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | Date: 3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                        Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br><br>Dr. Clark Archer<br>TriStar StoneCrest | Recipient's Name:<br><br>Dr. Deka Efobi | |

| Provider's Address<br><br>200 StoneCrest Boulevard<br>Smyrna, TN 37167 | Address 1:<br> 305 West Main Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

| This authorization will expire on the following (fill in the Date or the Event but not both)<br>Date:                                                    Event:  Filing of Lawsuit |
|---|
| Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121 |
| Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates |

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                   Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br><br>Dr. Clark Archer | Recipient's Name:<br><br>Dr. Deka Efobi | | |
|---|---|---|---|
| Provider's Address<br><br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br> 305 West Main Street | | |
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

| This authorization will expire on the following (fill in the Date or the Event but not both)<br>Date:                                        Event:  Filing of Lawsuit |
|---|
| Purpose of Disclosure:    Compliance with Tenn. Code Ann. § 29-26-121 |
| Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates |

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>→  *John Ruffino* | Date:<br> 3--18-16  ← |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

## SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS

| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
|---|---|---|

| Provider's Name: **StoneCrest Medical Center** | Recipient's Name: Dr. Deka Efobi |
|---|---|

| Provider's Address 200 StoneCrest Bouelvard Smyrna, TN 37167 | Address 1: 305 West Main Street |
|---|---|
| | Address 2: |
| | City   Lebanon    State TN    Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | Date: 3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

**HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION**

| **SECTION A:** | **THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS** | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| | |
|---|---|
| Provider's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br><br>Dr. Deka Efobi |

| Provider's Address<br><br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>305 West Main Street |
|---|---|
| | Address 2: |
| | City Lebanon     State TN     Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:          Event: Filing of Lawsuit

Purpose of Disclosure: Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B: NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C: SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15          Cummings Manookian

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI


**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

**VIA U.S. CERTIFIED MAIL – RETURN RECEIPT**

Neurology Clinic & Associates
P.O. Box 414
Brentwood, TN 37024-0414

*Re: Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Neurology Clinic & Associates:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents. Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you. Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein. I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of Neurology Clinic & Associates and its failure to diagnose and treat his signs and symptoms leading up to his February 2016 stroke to prevent that stroke from occurring as it did. Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

RE: John Ruffino

**LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
PURSUANT TO TENN. CODE ANN. § 29-26-121(a)**

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>Neurology Clinic & Associates | | |
|---|---|---|---|
| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>P.O. Box 414 | | |
| | Address 2: | | |
| | City    Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.** All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

## SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS

| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
|---|---|---|

| Provider's Name: Neurology Clinic & Associates | Recipient's Name: Neurology Clinic & Associates | |
|---|---|---|

| Provider's Address 305 West Main Street Lebanon, TN 37087-3545 | Address 1: P.O. Box 414 | | |
|---|---|---|---|
| | Address 2: | | |
| | City  Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                              Event:  Filing of Lawsuit

Purpose of Disclosure:  Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *John Ruffino* | Date: 3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>Neurology Clinic & Associates | |
|---|---|---|

| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>P.O. Box 414 | | |
|---|---|---|---|
| | Address 2: | | |
| | City  Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>Dr. Clark Archer<br>TriStar StoneCrest | Recipient's Name:<br>Neurology Clinic & Associates | | |
|---|---|---|---|
| Provider's Address<br>200 StoneCrest Boulevard<br>Smyrna, TN 37167 | Address 1:<br>P.O. Box 414 | | |
| | Address 2: | | |
| | City  Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>John Ruffino | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                          Cummings Manookian

**HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION**

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Clark Archer | Recipient's Name:<br><br>Neurology Clinic & Associates |
|---|---|

| Provider's Address<br><br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br>P.O. Box 414 | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                           Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>_John Ruffino_ | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                                Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>Neurology Clinic & Associates | |

| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>P.O. Box 414 | | |
| :--- | :--- | :--- | :--- |
| | Address 2: | | |
| | City   Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
| :--- | :--- |
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                      Cummings Manookian

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br>Neurology Clinic & Associates | | |
|---|---|---|---|
| Provider's Address<br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>P.O. Box 414 | | |
| | Address 2: | | |
| | City   Brentwood | State TN | Zip 37024 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B: | NOTICE TO PROVIDER AND RECIPIENT |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C: | SIGNATURES |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                 Cummings Manookian

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

**VIA U.S. CERTIFIED MAIL – RETURN RECEIPT**

StoneCrest Medical Center
c/o CT Corporation System
800 South Gay Street, #2021
Knoxville, TN 37929-9710

*Re: Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear StoneCrest Medical Center:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents. Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you. Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein. I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of StoneCrest Medical Center and its failure to diagnose and treat Mr. Ruffino's February 2016 stroke in the ER at StoneCrest Medical Center, including when he presented to StoneCrest Medical Center well within three hours of the onset of his change in status due to the stroke. Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>StoneCrest Medical Center<br>c/o CT Corporation System |
|---|---|

| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>800 South Gay Street |
|---|---|
| | Address 2:  Suite 2021 |
| | City   Knoxville   State TN   Zip 37929 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                   Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                   Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| **SECTION A:** | **THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS** | | |
|---|---|---|---|

| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
|---|---|---|

| Provider's Name: Neurology Clinic & Associates | Recipient's Name: StoneCrest Medical Center c/o CT Corporation System |
|---|---|

| Provider's Address 305 West Main Street Lebanon, TN 37087-3545 | Address 1: 800 South Gay Street |
|---|---|
| | Address 2: Suite 2021 |
| | City Knoxville / State TN / Zip 37929 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                    Event: Filing of Lawsuit

Purpose of Disclosure: Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| **SECTION B:** | **NOTICE TO PROVIDER AND RECIPIENT** |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| **SECTION C:** | **SIGNATURES** |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *John Ruffino* | Date: 3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15        Cummings Manookian

**HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION**

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
| Provider's Name: Neurology Clinic & Associates | Recipient's Name: StoneCrest Medical Center c/o CT Corporation System | |

| Provider's Address P.O. Box 414 Brentwood, TN 37024-0414 | Address 1: 800 South Gay Street |
|---|---|
| | Address 2: Suite 2021 |
| | City Knoxville / State TN / Zip 37929 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                              Event: Filing of Lawsuit

Purpose of Disclosure: Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B: NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C: SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *John Ruffino* | Date: 3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>Dr. Clark Archer<br>TriStar StoneCrest | Recipient's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | |
|---|---|---|

| Provider's Address<br>200 StoneCrest Boulevard<br>Smyrna, TN 37167 | Address 1:<br>800 South Gay Street | | |
|---|---|---|---|
| | Address 2: Suite 2021 | | |
| | City   Knoxville | State TN | Zip 37929 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br><br>Dr. Clark Archer | Recipient's Name:<br><br>StoneCrest Medical Center<br>c/o CT Corporation System |
|---|---|

| Provider's Address<br><br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br> 800 South Gay Street |  |  |
|---|---|---|---|
| | Address 2: Suite 2021 | | |
| | City   Knoxville | State TN | Zip 37929 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                        Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>John Ruffino | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                 Cummings Manookian

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| | |
|---|---|
| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System |
| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>800 South Gay Street |
| | Address 2: Suite 2021 |

| City Knoxville | State TN | Zip 37929 |
|---|---|---|

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event: Filing of Lawsuit

Purpose of Disclosure: Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B: NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C: SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| **SECTION A:** | **THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS** |
|---|---|

| Patient Name: <br> JOHN RUFFINO | Date of Birth: <br> 06-12-1959 | Social Security No: <br> XXX-XX-7251 |
|---|---|---|

| Provider's Name: <br><br> StoneCrest Medical Center <br> c/o CT Corporation System | Recipient's Name: <br><br> StoneCrest Medical Center <br> c/o CT Corporation System |
|---|---|

| Provider's Address <br><br> 800 South Gay Street, #2021 <br> Knoxville, TN 37929-9710 | Address 1: <br> 800 South Gay Street |
|---|---|

Address 2: Suite 2021

| City   Knoxville | State TN | Zip 37929 |
|---|---|---|

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                     Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| **SECTION B:** | **NOTICE TO PROVIDER AND RECIPIENT** |
|---|---|

The purpose of the release of my records is for review by the Recipient listed above. **THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.** All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| **SECTION C:** | **SIGNATURES** |
|---|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: <br><br> *John Ruffino* | Date: <br> 3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                    Cummings Manookian

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

**VIA U.S. CERTIFIED MAIL – RETURN RECEIPT**

StoneCrest Medical Center
200 StoneCrest Boulevard
Smyrna, TN 37167

*Re:  Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear StoneCrest Medical Center:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents.  Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you.  Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein.  I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of StoneCrest Medical Center and its failure to diagnose and treat Mr. Ruffino's February 2016 stroke in the ER at StoneCrest Medical Center, including when he presented to StoneCrest Medical Center well within three hours of the onset of his change in status due to the stroke. Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T  615.266.3333
F  615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T  808.444.4800
F  808.444.4888

www.cmtriallawyers.com

The name and address of the attorney sending this notice is:

Brian Manookian
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

2

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br>Dr. Deka Efobi | Recipient's Name:<br>StoneCrest Medical Center | |

| Provider's Address<br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br> 200 StoneCrest Boulevard | | |
|---|---|---|---|
| | Address 2: | | |
| | City  Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                     Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B:   NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C:   SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                          Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

## SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>StoneCrest Medical Center | |
|---|---|---|

| Provider's Address<br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br>200 StoneCrest Boulevard | | |
|---|---|---|---|
| | Address 2: | | |
| | City Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                   Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>StoneCrest Medical Center | |

| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>200 StoneCrest Boulevard | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*[signature]* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                         Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | | |
|---|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br><br>Dr. Clark Archer<br>TriStar StoneCrest | Recipient's Name:<br><br>StoneCrest Medical Center | | |
| Provider's Address<br><br>200 StoneCrest Boulevard<br>Smyrna, TN 37167 | Address 1:<br> 200 StoneCrest Boulevard | | |
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                     Event:  Filing of Lawsuit

Purpose of Disclosure:    Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B:   NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C:   SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>_John Ruffino_ | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                         Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br><br>Dr. Clark Archer | Recipient's Name:<br><br>StoneCrest Medical Center | |

| Provider's Address<br><br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br>200 StoneCrest Boulevard | | |
| --- | --- | --- | --- |
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                  Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>StoneCrest Medical Center | |
|---|---|---|
| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>200 StoneCrest Boulevard | |
| | Address 2: | |
| | City  Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                    Event:  Filing of Lawsuit

Purpose of Disclosure:    Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                         Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br><br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br><br>StoneCrest Medical Center | |

| Provider's Address<br><br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>200 StoneCrest Boulevard | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Smyrna | State TN | Zip 37167 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                              Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B:   NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C:   SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                          Cummings Manookian

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

December 30, 2016

**VIA U.S. CERTIFIED MAIL – RETURN RECEIPT**

Neurology Clinic & Associates
305 West Main Street
Lebanon, TN 37087-3545

*Re: Notice Required by Tenn. Code Ann. § 29-26-121(a)*

Dear Neurology Clinic & Associates:

Brian Cummings and I represent John Ruffino and Martha Ruffino. We are their authorized agents. Through me and Mr. Cummings, Mr. Ruffino is asserting claims for healthcare liability against you. Martha Ruffino is Mr. Ruffino's wife, and she gives notice of her loss of consortium claim as that injury and damages were caused by the same health care negligence/malpractice referenced herein. I am hereby providing you notice under Tenn. Code Ann. § 29-26-121(a).

The claims arise out of care provided to John Ruffino by and on behalf of Neurology Clinic & Associates and its failure to diagnose and treat his signs and symptoms leading up to his February 2016 stroke to prevent that stroke from occurring as it did. Further, John Ruffino and Martha Ruffino seek all damages available in a health care liability action in Tennessee.

The full name and date of birth of the patient whose treatment is at issue is:

John Ruffino
06-12-1959

The name and address of the claimants authorizing notice are:

John & Martha Ruffino
1206 South Sixth Street
Mayfield, KY 42066

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

The name and address of the attorney sending this notice is:

Brian Manookian ·
45 Music Square West
Nashville, TN 37203

Enclosed is a list of the names and addresses of all providers being sent a notice at this time. Also enclosed are HIPAA-compliant medical authorizations which will permit you to obtain complete medical records from each other provider being sent a notice.

Tenn. Code Ann. § 29-26-121(a)(5) requires that a health care provider, who receives notice of a potential claim for health care liability, "shall, within thirty (30) days of receiving the notice, based upon any reasonable knowledge and information available, provide written notice to the potential claimant of any other person, entity, or health care provider who may be a properly named defendant."

Sincerely,

Brian Manookian

## LIST OF NAMES AND ADDRESSES OF ALL PROVIDERS BEING SENT A NOTICE
## PURSUANT TO TENN. CODE ANN. § 29-26-121(a)

| Provider | TN Dept. of Health Website Address | Provider's Current Business Address | Address of Registered Agent |
|---|---|---|---|
| Dr. Deka Efobi | Brentwood, TN 37024-0414 | 305 West Main Street Lebanon, TN 37087-3545 | N/A |
| Neurology Clinic & Associates | N/A | 305 West Main Street Lebanon, TN 37087-3545 | P.O. Box 414 Brentwood, TN 37024-0414 |
| Dr. Clark Archer | Brentwood, TN 37027 | TriStar StoneCrest 200 StoneCrest Boulevard Smyrna, TN 37167 | N/A |
| Dr. Clark Archer | Brentwood, TN 37027 | 2910 South Church Street Suite B Murfreesboro, TN 37127 | N/A |
| StoneCrest Medical Center | N/A | 200 StoneCrest Boulevard Smyrna, TN 37167 | CT Corporation System 800 South Gay Street, #2021 Knoxville, TN 37929-9710 |

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br><br>Dr. Deka Efobi | Recipient's Name:<br><br>Neurology Clinic & Associates | | |
|---|---|---|---|
| Provider's Address<br><br>305 West Main Street<br>Lebanon, TN 37087-3545 | Address 1:<br> 305 West Main Street | | |
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                        Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B:   NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C:   SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                        Cummings Manookian

# HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

## SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS

| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
|---|---|---|

| Provider's Name: Neurology Clinic & Associates | Recipient's Name: Neurology Clinic & Associates |
|---|---|

| Provider's Address 305 West Main Street Lebanon, TN 37087-3545 | Address 1: 305 West Main Street |
|---|---|
| | Address 2: |
| | City Lebanon    State TN    Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:      Event: Filing of Lawsuit

Purpose of Disclosure: Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

## SECTION B: NOTICE TO PROVIDER AND RECIPIENT

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

## SECTION C: SIGNATURES

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *[signature]* | Date: 3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |

| Provider's Name:<br>Neurology Clinic & Associates | Recipient's Name:<br>Neurology Clinic & Associates | | |
|---|---|---|---|
| Provider's Address<br>P.O. Box 414<br>Brentwood, TN 37024-0414 | Address 1:<br>305 West Main Street | | |
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                                Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B:   NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C:   SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name: JOHN RUFFINO | Date of Birth: 06-12-1959 | Social Security No: XXX-XX-7251 |
| Provider's Name: Dr. Clark Archer TriStar StoneCrest | Recipient's Name: Neurology Clinic & Associates | |

| Provider's Address 200 StoneCrest Boulevard Smyrna, TN 37167 | Address 1: 305 West Main Street | | |
| --- | --- | --- | --- |
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                                    Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

**SECTION B:   NOTICE TO PROVIDER AND RECIPIENT**

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

**SECTION C:   SIGNATURES**

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: *John Ruffino* | Date: 3-18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                           Cummings Manookian

HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| SECTION A: THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | | |
|---|---|---|
| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
| Provider's Name:<br><br>Dr. Clark Archer | Recipient's Name:<br><br>Neurology Clinic & Associates | |

| Provider's Address<br><br>2910 South Church Street<br>Suite B<br>Murfreesboro, TN 37127 | Address 1:<br>305 West Main Street | | |
|---|---|---|---|
| | Address 2: | | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                              Event:   Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS.  All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br><br>John Ruffino | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                                        Cummings Manookian

| SECTION A: | THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS | |
|---|---|---|

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>StoneCrest Medical Center | Recipient's Name:<br>Neurology Clinic & Associates | |
|---|---|---|

| Provider's Address<br>200 StoneCrest Bouelvard<br>Smyrna, TN 37167 | Address 1:<br>305 West Main Street | |
|---|---|---|
| | Address 2: | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                                        Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| SECTION B:   NOTICE TO PROVIDER AND RECIPIENT |
|---|

The purpose of the release of my records is for review by the Recipient listed above. THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| SECTION C:   SIGNATURES |
|---|

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative: | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                              Cummings Manookian

## HIPAA AUTHORIZATION FOR RELEASE OF PROTECTED MEDICAL/HEALTH INFORMATION

| | | |
|---|---|---|
| **SECTION A:** | **THIS SECTION MUST BE COMPLETED FOR ALL AUTHORIZATIONS** | |

| Patient Name:<br>JOHN RUFFINO | Date of Birth:<br>06-12-1959 | Social Security No:<br>XXX-XX-7251 |
|---|---|---|

| Provider's Name:<br>StoneCrest Medical Center<br>c/o CT Corporation System | Recipient's Name:<br>Neurology Clinic & Associates | |
|---|---|---|

| Provider's Address<br>800 South Gay Street, #2021<br>Knoxville, TN 37929-9710 | Address 1:<br>305 West Main Street | |
|---|---|---|
| | Address 2: | |
| | City   Lebanon | State TN | Zip 37087 |

This authorization will expire on the following (fill in the Date or the Event but not both)
Date:                          Event:  Filing of Lawsuit

Purpose of Disclosure:   Compliance with Tenn. Code Ann. § 29-26-121

Description of Information to be Used or Disclosed: All PHI in Medical Record for All Dates

I understand that:
1. I may refuse to sign this authorization and it is strictly voluntary.
2. If I do not sign this form, my health care and the payment for my health care will not be affected unless stated otherwise.
3. I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may potentially be redisclosed.
5. I understand that my attorney will receive copies of all records received through this authorization.
6. I, through my attorney, will receive a copy of this form after I sign it.

| | |
|---|---|
| **SECTION B:** | **NOTICE TO PROVIDER AND RECIPIENT** |

The purpose of the release of my records is for review by the Recipient listed above.  THIS AUTHORIZATION DOES NOT PERMIT YOU TO DISCUSS THESE MATTERS WITH THE RECIPIENT OR THEIR REPRESENTATIVES OUT OF THE PRESENCE OF MY ATTORNEYS. All medical records obtained pursuant to this authorization by Recipient shall be copied by Recipient's office and a Bates-Numbered copy shall be furnished to my counsel, Cummings Manookian, 102 Woodmont Boulevard, Suite 241, Nashville, TN, 37205, within five days after the records are obtained via this authorization.

| | |
|---|---|
| **SECTION C:** | **SIGNATURES** |

I have read the above and authorize the disclosure of the protected medical and health information as stated. Moreover, I acknowledge and hereby consent that the released information may contain alcohol, drug, psychiatric, HIV testing, HIV results, or AIDS information.

| Signature of Patient / Plan Member / Guardian / Representative:<br>*John Ruffino* | Date:<br>3--18-16 |
|---|---|
| Print Name of Guardian / Representative (if applicable): | Relationship to Patient (if applicable): |

01/15                          Cummings Manookian