

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com

---

91 7199 9991 7036 8467 8922

StoneCrest Medical Center
200 StoneCrest Boulevard
Smyrna, TN 37167

Package ID: 91719999917036884678922
Destination ZIP Code: 37167
Customer Reference:
Recipient: _____
Address: _____

ERETURNREC
1ST CLASS FLAT
PBP Account #: 51028488
Serial #: 0884512
DEC 30 2016   5:09P

---

91 7199 9991 7036 8467 8908

StoneCrest Medical Center
c/o CT Corporation System
800 South Gay Street, #2021
Knoxville, TN 37929-9710

Package ID: 91719999917036884678908
Destination ZIP Code: 37929
Customer Reference:
Recipient: _____
Address: _____

ERETURNREC
1ST CLASS FLAT
PBP Account #: 51028488
Serial #: 0884512
DEC 30 2016   5:09P

**EXHIBIT 1B**

91 7199 9991 7036 8467 8915

Neurology Clinic & Associates
305 West Main Street
Lebanon, TN 37087-3545

```
Package ID: 9171999991703684678915          ERETURNREC
Destination ZIP Code: 37087                1ST CLASS FLAT
Customer Reference:
Recipient: _____        PBP Account #: 51028488
Address:   _____              Serial #:  0884512
           _____          DEC 30 2016    5:09P
```

91 7199 9991 7036 8467 8892

Neurology Clinic & Associates
P.O. Box 414
Brentwood, TN 37024-0414

```
Package ID: 9171999991703684678892          ERETURNREC
Destination ZIP Code: 37024                1ST CLASS FLAT
Customer Reference:
Recipient: _____        PBP Account #: 51028488
Address:   _____              Serial #:  0884512
           _____          DEC 30 2016    5:09P
```

91 7199 9991 7036 8467 8885

Dr. Deka Efobi
305 West Main Street
Lebanon, TN 37087-3545

```
Package ID: 9171999991703684678885          ERETURNREC
Destination ZIP Code: 37087                1ST CLASS FLAT
Customer Reference:
Recipient: _____        PBP Account #: 51028488
Address:   _____              Serial #:  0884512
           _____          DEC 30 2016    5:09P
```

HCL-111
RUFFINO
2 of 2

# CUMMINGS MANOOKIAN

**BRIAN CUMMINGS**
Licensed to practice in
TN, GA, FL, CA and HI

**BRIAN MANOOKIAN**
Licensed to practice in TN

91 7199 9991 7036 8467 8878

Dr. Clark Archer
2910 South Church Street, Suite B
Murfreesboro, TN 37127

Package ID: 9171999991703684678878
Destination ZIP Code: 37127
Customer Reference:
Recipient: _____
Address: _____
_____

ERETURNREC
1ST CLASS FLAT
PBP Account #: 51028488
Serial #: 0884512
DEC 30 2016  5:09P

91 7199 9991 7036 8467 8861

Dr. Clark Archer, ER Physician
TriStar StoneCrest
200 StoneCrest Boulevard
Smyrna, TN 37167

Package ID: 9171999991703684678861
Destination ZIP Code: 37167
Customer Reference:
Recipient: _____
Address: _____
_____

ERETURNREC
1ST CLASS FLAT
PBP Account #: 51028488
Serial #: 0884512
DEC 30 2016  5:09P

45 Music Square West
Nashville, TN 37203
T 615.266.3333
F 615.266.0250

Pauahi Tower
1003 Bishop St.
Suite 2710
Honolulu, HI 96813
T 808.444.4800
F 808.444.4888

www.cmtriallawyers.com