# USPS Tracking® Results

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +



Remove ✕

**Tracking Number:** 9171999991703684677192

   Delivered

**Updated Delivery Day:** Wednesday, May 3, 2017

## Product & Tracking Information

See Available Actions

**Postal Product:**
Priority Mail™

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 3, 2017, 12:11 pm** | **Delivered, Front Desk/Reception** | **SMYRNA, TN 37167** |
| Your item was delivered to the front desk or reception area at 12:11 pm on May 3, 2017 in SMYRNA, TN 37167. | | |
| May 3, 2017, 10:20 am | Out for Delivery | SMYRNA, TN 37167 |
| May 3, 2017, 8:23 am | Sorting Complete | SMYRNA, TN 37167 |
| May 3, 2017, 8:01 am | Arrived at Unit | SMYRNA, TN 37167 |
| May 3, 2017, 1:53 am | Departed USPS Facility | NASHVILLE, TN 37230 |
| May 1, 2017, 10:29 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |
| May 1, 2017, 9:14 pm | Accepted at USPS Origin Facility | NASHVILLE, TN 37203 |
| May 1, 2017 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

See Less ∧

## Available Actions

Text Updates ⌄

Email Updates ⌄

Return Receipt Email ⌄

Case 3:17-cv-00725   Document 12-1   Filed 06/06/17   Page 1 of 3 PageID #: 142

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**There's an easier way to track your packages.**

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

(https://www.usps.com/) **app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo%2FTrackConfirmAction%21input**

**HELPFUL LINKS**

Contact Us (https://www.usps.com/help/welcome.htm)
Site Index (https://www.usps.com/globals/site-index.htm)
FAQs (http://faq.usps.com/)

**ON ABOUT.USPS.COM**

About USPS Home (http://about.usps.com/)
Newsroom (http://about.usps.com/news/welcome.htm)
USPS Service Updates (http://about.usps.com/news/service-alerts/welcome.htm)
Forms & Publications (http://about.usps.com/forms-publications/welcome.htm)
Government Services (https://www.usps.com/gov-services/gov-services.htm)
Careers (http://about.usps.com/careers/welcome.htm)

**OTHER USPS SITES**

Business Customer Gateway (https://gateway.usps.com/)
Postal Inspectors (https://postalinspectors.uspis.gov/)
Inspector General (http://www.uspsoig.gov/)
Postal Explorer (http://pe.usps.gov/)
National Postal Museum (http://www.postalmuseum.si.edu/)
Resources for Developers (https://www.usps.com/webtools/welcome.htm)

**LEGAL INFORMATION**

Privacy Policy (http://about.usps.com/who-we-are/privacy-policy/privacy-policy-highlights.htm)
Terms of Use (http://about.usps.com/termsofuse.htm)
FOIA (http://about.usps.com/who-we-are/foia/welcome.htm)
No FEAR Act EEO Data (http://about.usps.com/who-we-are/no-fear-act/welcome.htm)

Copyright © 2017 USPS. All Rights Reserved.

 (https://www.facebook.com/USPS?rf=108501355848630)  (https://twitter.com/usps)

(http://www.pinterest.com/uspsstamps/)  (https://www.youtube.com/usps)