Licensure Verification

# Search Results

EXHIBIT B

You are viewing page 1 of 1...

1. **ARCHER , CLARK EDWARD**
   Brentwood, TN 37027

   **Profession:** Medical Doctor
   **Rank:** Medical Doctor
   **Specialties:**
     Emergency Medicine

   **License Number:** 34250
   **Status:** Licensed

   **Original Date:** 05/10/2000
   **Expiration Date:** 09/30/2018

   View:
   **Practitioner Profile**

   **Certification Letter**

   **Supervisory Relationships**

You are viewing page 1 of 1...

## Follow Us On

Facebook    Twitter    YouTube

# Practitioner Profile Data

*This information is provided by the licensee as required by law.*
Print Date.6/6/2017

While searching for information on a particular health care professional, consumers should be aware that there are several locations available to aid them with their research. (Licensure Verification, Abuse Registry, Monthly Disciplinary Actions, and Recently Suspended Licenses For Failure to Pay Child Support) Links to various Internet sites are available from the Department of Health Website home page and from the Health Related Boards Website.

## ARCHER, CLARK EDWARD

| LANGUAGES: (Other than English) | None Reported |
|---|---|

| SUPERVISING PHYSICIAN: | None Reported |
|---|---|

### GRADUATE/POSTGRADUATE MEDICAL/PROFESSIONAL EDUCATION AND TRAINING

| PROGRAM/INSTITUTION | CITY STATE/COUNTRY | DATE OF GRADUATION | TYPE OF DEGREE |
|---|---|---|---|
| UNIVERSITY OF TENNESSEE | MEMPHIS TN | 06/01/1997 | MD |

### OTHER EDUCATION AND TRAINING

| PROGRAM/INSTITUTION | CITY STATE/COUNTRY | FROM | TO |
|---|---|---|---|
| RESIDENCY-EMERGENCY MEDICINE | AKRON OH | 07/01/1997 | 06/30/2000 |

### SPECIALTY BOARD CERTIFICATIONS

| CERTIFYING BODY/BOARD/INSTITUTION | CERTIFICATION/SPECIALTY/SUBSPECIALTY |
|---|---|

| | |
|---|---|
| None Reported | None Reported |

## FACULTY APPOINTMENTS

| TITLE | INSTITUTION | CITY/STATE |
|---|---|---|
| None Reported | None Reported | None Reported |

## STAFF PRIVILEGES

**This practitioner currently holds staff privileges at the following hospitals**

| HOSPITAL | CITY/STATE |
|---|---|
| None Reported | None Reported |

**This practitioner currently participates in the following *TennCare* plans**

None Reported

## FINAL DISCIPLINARY ACTION

**ACTIONS BY STATE REGULATORY BOARD**

| AGENCY | VIOLATION | ACTION |
|---|---|---|
| None Reported | None Reported | None Reported |

**RESIGNATIONS IN LIEU OF TERMINATION**

| HOSPITAL | ACTION |
|---|---|
| None Reported | None Reported |

**ACTIONS BY HOSPITAL**

| HOSPITAL | VIOLATION | ACTION |
|---|---|---|

| None Reported | None Reported | None Reported |

## CRIMINAL OFFENSES

| **OFFENSE** | **JURISDICTION** |
|---|---|
| None Reported | None Reported |

## LIABILITY CLAIMS

Some studies have shown that there is no significant correlation between malpractice history and a healthcare provider's competence. At the same time, the Legislature believes that consumers should have access to malpractice information. In these profiles, the Department has given you information about both the malpractice history of the healthcare provider's specialty and his/her history of payments. The Legislature has placed payment amounts into three statistical categories: below average, average, and above average. To make the best health care decisions, you should view this information in perspective.You could miss an opportunity for high quality care by selecting a healthcare provider based solely on malpractice history.

**When considering malpractice data, please keep in mind:**

- **Malpractice histories tend to vary by specialty. Some specialties are more likely than others to be the subject of litigation. This report compares healthcare providers only to the members of their specialty, not to all their, in order to make individual healthcare providers history more meaningful.**

- **The incident causing the malpractice claim may have happened years before a payment is finally made. Sometimes, it takes a long time for a malpractice lawsuit to move through the legal system.**

- **Some healthcare providers work primarily with high risk patients. These healthcare providers may have malpractice histories that are higher than average because they specialize in cases or patients who are at very high risk for problems.**

- **Settlement of a claim may occur for a variety of reasons which do not necessarily reflect negatively on the professional competence or conduct of the provider. A payment in settlement of a medical malpractice action or claim should not be construed as creating a presumption that medical malpractice has occurred.**

**You may wish to discuss information provided in this report, and malpractice generally, with your healthcare provider. The Department can refer you to other articles on this subject.**

**The Health Department started getting reports for claims paid after May, 1998.**

**Settlements valued below $75,000 for medical doctors and osteopathic physicians, $50,000 for chiropractors, $25,000 for dentists and $10,000 for all other professions
are not included here.**

| **DATE** | **Settlement amount was:** |
|---|---|
| None Reported | None Reported |

Case 3:17-cv-00725    Document 12-2    Filed 06/06/17    Page 4 of 5 PageID #: 148

**OPTIONAL INFORMATION**

**COMMUNITY SERVICE / AWARD / HONOR**

| DESCRIPTION | ORGANIZATION |
|---|---|
| None Reported | None Reported |

**PUBLICATIONS**

| TITLE | PUBLICATION | DATE |
|---|---|---|
| None Reported | None Reported | None Reported |

Follow Us On

Facebook    Twitter    YouTube