# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| John Ruffino and Martha Ruffino, Husband and Wife | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Dr. Clark Archer and HCA Health Services of | ) |
| Tennessee, Inc. d/b/a StoneCrest Medical Center | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.  3:17-cv-00725

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr. Clark Archer
TriStar StoneCrest Medical Center
200 StoneCrest Boulevard
Smyrna, TN 37167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian Cummings
Brian Manookian
Cummings Manookian PLC
45 Music Square West
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

Date:  JUN − 6 2017  _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*