IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:17-cv-00725 |
| v. | ) ) | JURY DEMAND |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) ) ) ) ) | |
| Defendants. | ) | |

___

**PLAINTIFFS' NOTICE OF FILING
AFFIDAVIT OF ATTEMPTED SERVICE AND
REQUEST FOR ACCEPTANCE BY COUNSEL**
___

The Plaintiffs – John Ruffino and Martha Ruffino, Husband and Wife – submit this Notice of Filing Bradley Holton's Affidavit of Attempted Service (Ex. A) and Request for Acceptance by Counsel (Ex. B) as evidence of their continued, and active efforts to personally hand-deliver the Summons and Complaint in this matter to Dr. Clark Archer, notwithstanding prior delivery by Certified Mail as well as Dr. Archer's pending representations to the Court that he has not been served with process.

Respectfully submitted,

/s/ Brian P. Manookian
**Brian Cummings, #19354**
**Brian P. Manookian, #26455**
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
(615) 266-3333 (phone)
(615) 266-0250 (fax)
bcummings@cummingsmanookian.com
bmanookian@cummingsmanookian.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I have served all parties in this matter through counsel of record listed below with the foregoing by CM/ECF:

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for the Defendant*
*Dr. Clark Archer*

C.J. Gideon, Jr.
J. Blake Carter
Gideon Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (phone)
(615) 254-0459 (fax)
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for the Defendant*
*HCA Health Services of Tennessee, Inc.*
*d/b/a StoneCrest Medical Center*

/s/ Brian P. Manookian