EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

-----------------------------------------------------------X

    JOHN RUFFINO and
    MARTHA RUFFINO, Husband and Wife
        Plaintiffs,

        **AFFIDAVIT OF ATTEMPTED SERVICE**

    -against-

        **CIVIL ACTION NO. 3:17-CV-00725**

Dr. CLARK ARCHER and
HCA HEALTH SERVICES OF TENNESSEE, Inc,
d/b/a STONECREST MEDICAL CENTER
        DefendantS.
-----------------------------------------------------------X

STATE OF TENNESSEE , COUNTY OF DAVIDSON,

    Bradley Holton being duly sworn, says:

I authorized to serve court process in Tennessee, not a party to this action, and over 18 years of age. My business address is 1222 16th ave S #23 Nashville TN 37212.

On June 7th 2017 @ 9am I arrived at StoneCrest Hospital 200 StoneCrest Boulevard, Smyrna, TN 37167. The nurse at the ER desk stated that Dr Clark Archer was not in today and she had not seen him at work for a few days.

On June 7th 2017 @ 10am I arrived at 8226 Donaway Court Brentwood TN 37027 the door was answered by a while male who appeared to be in his sixties. He stated that this is the home of Dr Clark Archer, that he is the Father Dr Clark Archer, and that Clark Archer was not home or expected to be home until June 22.

On June 12th 2017 @ 10am I arrived at StoneCrest Hospital 200 StoneCrest Boulevard, Smyrna, TN 37167. The nurse at the ER desk stated that Dr Clark Archer was not in today and she had still not seen him from my last visit that she remembered.

On June 14th 2017 @ 5pm I arrived at 8226 Donaway Court Brentwood TN 37027 There was no answer at the door after 5 minutes of knocking. There were two vehicles in the driveway plate E-24243 and E-29261

On June 14th 2017 @7:50pm I arrived at 8226 Donaway Court Brentwood TN 37027 There was no answer at the door after 5 minutes of knocking. There were two vehicles in the driveway plate E-24243 and E-29261

Bradley Holton

Sworn and subscribed to me this 15 _____ Notary Public