

Brian Manookian <bmanookian@cummingsmanookian.com>

# Ruffino v. Archer: Ongoing Evasion Service of Process

**Brian Manookian** <bmanookian@cummingsmanookian.com>  Thu, Jun 15, 2017 at 12:12 PM
To: "James E. Looper" <JLooper@hallboothsmith.com>
Cc: "Bryant C. Witt" <BWitt@hallboothsmith.com>, NGorman@hallboothsmith.com, "C. J. Gideon" <cj@gideoncooper.com>, Blake Carter <blake@gideoncooper.com>
Bcc: Doug Rice <drice@cummingsmanookian.com>

James,

We have now attempted to serve Dr. Archer with the Summons and Complaint in this case on multiple occasions, both at the hospital where he treated the patient and at his home in Brentwood, Tennessee.

Our process server was informed on June 7, 2017 at Clark Archer's house by a gentleman identifying himself as Clark Archer's father that Clark Archer was out-of-state on vacation.

Our process server made multiple additional attempts to serve Clark Archer yesterday, June 14, 2017, at his home, including in the evening, noting the presence of multiple vehicles in the driveway.

Clark Archer has actual receipt of this lawsuit via certified mail, as evidenced by your appearance on his behalf and his filing of pleadings in the case.

He nevertheless continues to unlawfully evade service of process, while simultaneously arguing that the suit should be dismissed for failure to serve process.

Please immediately respond with a clear instruction on when and where Clark Archer will personally receive the Summons and Complaint in this case from our process server within the next 48 hours. We will then arrange to have the process server meet Dr. Archer at the time and place of Dr. Archer's choosing to deliver it.

Alternatively, immediately confirm that you are accepting service of process on behalf of Dr. Archer via the summons and Complaint already in your possession.

_____

Brian Manookian | Cummings Manookian PLC
45 Music Square West | Nashville, Tennessee 37203
T: **615.266.0226** | F: **615.266.0250**
E: **bmanookian@cummingsmanookian.com**
W: **www.cmtriallawyers.com**

**EXHIBIT B**