# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| John Ruffino and Martha Ruffino, Husband and Wife <br><br> *Plaintiff* <br><br> v. <br><br> Dr. Clark Archer and HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-cv-00725 |

EXHIBIT 1

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Clark Archer
8226 Donaway Court
Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian Cummings
Brian Manookian
Cummings Manookian PLC
45 Music Square West
Nashville, TN 37203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: JUN 2 7 2017

*Alia D. Morgan*

Signature of Clerk or Deputy Clerk

RETURN COPY

Civil Action No. 3:17-cv-00725

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Dr Clark Archer**
was received by me on *(date)* **6/27/2017** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Kristi Archer**
_____ , a person of suitable age and discretion who resides there,
on *(date)* **6/27/2017** , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6/28/2017**

*Server's signature*

**Bradley Holton Process Server**
*Printed name and title*

**1222 16th ave S #73 Nashville TN 37202**
*Server's address*

Additional information regarding attempted service, etc: