UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 3:17-cv-00725 |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) ) ) ) | Jury Demand Judge Crenshaw Magistrate Judge Newbern |
| Defendants. | ) | |

## JOINT REPORT ON CASE RESOLUTION PLAN

The parties have discussed case resolution and determined that additional discovery is needed before substantive discussions can take place regarding case resolution. Depositions are scheduled to occur in the next three weeks, which will assist the parties in identifying additional discovery needed prior to expert disclosures. The parties will be in a better position on April 16, 2018 to evaluate case resolution.

**GIDEON, COOPER & ESSARY, PLC**

**/s/ J. Blake Carter**
**C.J. Gideon, Jr., #6034**
**J. Blake Carter, #30098**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (phone)
(615) 254-0459 (fax)
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for HCA Health Services of Tennessee, Inc.*
*d/b/a StoneCrest Medical Center*


**HALL BOOTH SMITH, P.C**

**/s/ Bryant Witt**
**James E. Looper, #025200**
**Bryant Witt, #018295**
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219

*Counsel for Clark Archer, M.D.*


**CUMMINGS MANOOKIAN, PLC**

**/s/ Brian Cummings**
**Brian Cummings, #19354**
**Brian Manookian, #26455**
**Afsoon Hagh, #028393**
Cummings Manookian, PLC
45 Music Square West
Nashville, TN 37203
bcummings@cummingsmanookian.com
bmanookian@cummingsmanookian.com

*Counsel for Plaintiffs*

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

<u>*/s/ J. Blake Carter*</u>
**C.J. Gideon, Jr., # 6034**
**J. Blake Carter, # 30098**
315 Deaderick Street, Suite 1100
Nashville, TN  37238
(615) 254-0400
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been furnished, by electronic means via the Court's electronic filing system, this 17th day of October, 2017, to the following:

| | |
|---|---|
| Brian Cummings | James E. Looper |
| Brian Manookian | Bryant Witt |
| Afsoon Hagh | Nate Gorman |
| Cummings Manookian, PLC | Hall Booth Smith, P.C. |
| 45 Music Square West | Fifth Third Center |
| Nashville, TN  37203 | 424 Church Street, Suite 2950 |
| | Nashville, TN  37219 |
| *Counsel for Plaintiff* | |
| | *Counsel for Clark Archer, M.D.* |

<u>*/s/ J. Blake Carter*</u>

3