UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No.: 3:17-cv-00725 |
| DR. CLARK ARCHER and HCA ) HEALTH SERVICES OF TENNESSEE, INC. ) d/b/a STONECREST MEDICAL CENTER, ) ) | Jury Demand Judge Crenshaw Magistrate Judge Newbern |
| Defendants. ) | |

## NOTICE OF FILING

HCA Health Services of Tennessee, Inc. gives notice of filing the following documents in support of its concurrently filed Motion for Summary Judgment:

1. Affidavit from Adrian A. Jarquin-Valdivia, M.D.,

2. Affidavit from Jodi Dodds, M.D.,

3. "Site of Arterial Occlusion Identified by Transcranial Doppler Predicts the Response to Intravenous Thrombolysis for Stroke," STROKE, 2007 38: 948-954;

4. Authenticated medical records from (a) Neurology Clinic Associates, (b) StoneCrest Medical Center, and (c) Centennial Medical Center; and

5. Deposition transcript of Martha Ruffino.

Respectfully submitted,

**GIDEON, COOPER & ESSARY, PLC**

<u>**/s/ J. Blake Carter**</u>
**C.J. Gideon, Jr., # 6034**
**J. Blake Carter, # 30098**
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished, by electronic means via the Court's electronic filing system, this 30th day of November, 2017, to the following:

Brian Cummings
Brian Manookian
Cummings Manookian, PLC
45 Music Square West
Nashville, TN 37203

*Counsel for Plaintiff*

James E. Looper
Bryant Witt
Nate Gorman
Hall Booth Smith, P.C.
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219

*Counsel for Clark Archer, M.D.*

/s/ J. Blake Carter