UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, <br><br> Defendants. | Civil Action No.: 3:17-cv-00725 <br><br> Jury Demand <br> Judge Crenshaw <br> Magistrate Judge Newbern |

### AFFIDAVIT OF ADRIAN A. JARQUIN-VALDIVIA, M.D.

STATE OF TENNESSEE )
)
COUNTY OF DAVIDSON )

1. I am over 21 years of age and competent in all respects to make this Affidavit. My testimony is based on my education, training, and experience as a physician practicing in Nashville, Tennessee; my own observations and evaluations as Mr. Ruffino's treating physician; and my review of Mr. Ruffino's medical records and imaging studies from StoneCrest Medical Center and Centennial Medical Center.

2. After obtaining my medical degree, I completed a transitional training year at the University of Texas in Dallas from 1994 to 1995. From 1995 to 1997, I completed an internal medicine residency at the University of Utah. From 1997 to 2000, I completed a neurology residency at the Mayo Clinic in Rochester, Minnesota. I followed residency training with dual fellowships (NeuroICU Clinical Fellowship and a MICU Clinical Fellowship) at the University of California in San Francisco in 2002.

EXHIBIT 1

3.      Among numerous other board certifications, I have been board-certified in Neurocritical Care since 2007. My CV is attached to this affidavit as Exhibit A.

4.      I am the current Medical Director of the Stroke Center at Centennial Medical Center. From 2005 to 2009, I was the Assistant Director of the Stroke Fellowship Program in the Dept. of Neurology at Vanderbilt University Medical Center.

5.      I was one of Mr. Ruffino's treating neurologists at Centennial Medical Center in February and March 2016 after his transfer from StoneCrest Medical Center.

6.      Prior to Mr. Ruffino's admission to StoneCrest on February 17, 2016, Mr. Ruffino experienced a series of documented transient ischemic attacks (TIAs) with repetition of the same symptoms, including impact on speech, facial drooping, and dysfunction of his right arm and leg. A TIA is a defined by a series of clinical neurovascular symptoms lasting less than twenty-four (24) hours.

7.      The documented TIAs were crescendo, stereotypical TIAs caused by a fixed lesion with structural narrowing in the middle cerebral artery leading to a stroke.

8.      I reviewed the CT scan of Mr. Ruffino's brain, without contrast, performed shortly after Mr. Ruffino's arrival to StoneCrest Medical Center on the morning of February 17, 2016. The study was completed no later than 10:32 a.m., as confirmed by the time of Dr. Parker's dictated interpretation of that study. The February 18, 2016 and February 28, 2016 MRI studies of Mr. Ruffino's brain demonstrate old infarction.

9.      I reviewed the CT angiogram performed at StoneCrest Medical Center on the afternoon of February 17, 2016 prior to his transfer to Centennial. To a reasonable, high degree of medical probability, an occlusion is present in the M1 segment of the left

2

middle cerebral artery (MCA). The M2 segment of the left MCA is not occluded. The main risk factors for this condition are chronic smoking and hypertension.

10. The federal Food and Drug Administration only authorizes on-label use of tissue plasminogen activator (tPA) within three (3) hours after the patient was last normal. Patient outcome following administration of tPA, specific to location of the occluded vessel, has been studied. My experience is confirmed by the literature. Treatment of an occlusion in the M1 segment of the MCA with tPA does not offer any assurance of improvement in outcome to a reasonable degree of medical certainty, irrespective of time of administration of tPA. Table 4 from *Site of Arterial Occlusion Identified by Transcranial Doppler Predicts the Response to Intravenous Thrombolysis for Stroke*, **STROKE**, 2007 38: 948-954, establishes that 84.5% of patients with an occlusion in the M1 segment had a poor outcome despite administration of tPA.

11. To calculate "last known time of normal" for evaluation of tPA administration or interventional therapy, a patient must be normal when he awakens. A patient that wakes up with a deficit is considered "last normal" at the time the patient went to sleep. The recorded history given in the emergency room at Centennial Medical Center that Mr. Ruffino woke up with right facial weakness, facial droop, slurred speech and expressive aphasia first thing on the morning of February 17, 2016,[1] Mr. Ruffino's last known time of normal was when he went to bed the night before. Mr. Ruffino did not arrive in the ED at StoneCrest until 9:48 a.m.

12. Dizziness or seizures, alone, or together, are not an indication to administer tPA.

---

[1] Exhibit B to this affidavit.

13. To a reasonable degree of medical probability, the care provided to Mr. Ruffino at StoneCrest Medical Center by the healthcare providers was not the proximate cause of any injury that would not otherwise have occurred.

14. The care provided to Mr. Ruffino at Centennial Medical Center complied with accepted standards of care. At discharge from Centennial on February 26, 2016, Mr. Ruffino demonstrated only mild right residual right sided weakness, and mild speech difficulty.

15. All of my opinions contained in this affidavit are to a reasonable degree of medical probability and are based on my personal knowledge.

**FURTHER AFFIANT SAY NOT.**

_____
ADRIAN A. JARQUIN-VALDIVIA, M.D.

Sworn to and subscribed before me this 7th day of November, 2017.

_____
NOTARY PUBLIC

My commission expires on: 10-7-2019
COUNTY OF _____ )

[Notary Seal: MEGAN CUTLER BROWN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 10-7-2019]

4

Case 3:17-cv-00725   Document 41-1   Filed 11/30/17   Page 4 of 13 PageID #: 352

# CURRICULUM VITAE
May 2013

**Adrian A. Jarquin-Valdivia, M.D., R.D.M.S.**
2400 Patterson Street, Suite 320
Nashville, TN 37232
Telephone: (615) 342-6840
Fax: (615) 342-6844
E-mail: adrian.a.jarquin-valdivia@hachealthcare.com
Place and date of birth: <u>Nicaragua</u>, June 16, 1966
Immigration status: U.S. Citizen



## Languages
Spanish and English

## Education
| | |
|---|---|
| 1984 – 1993 | Universidad Nacional Autonoma de Honduras (U.N.A.H.) M.D. |

## Postdoctoral Training
*Fellowships*
| | |
|---|---|
| 2000 – 2002 | University of California, San Francisco NeuroICU Clinical Fellowship |
| 2000 – 2002 | University of California, San Francisco MICU Clinical Fellowship |

*Internship and residencies*
| | |
|---|---|
| 1994 – 1995 | University of Texas, Southwestern Medical Center, Dallas. Transitional Year |
| 1995 – 1997 | University of Utah, University Hospital, Salt Lake City Internal Medicine Residency |
| 1997 – 2000 | Mayo Clinic, Rochester, Minnesota Neurology Residency |

## Attending Physician Appointment:
| | |
|---|---|
| 2009- | Medical Director, Stroke Center, Centennial Medical Center Medical Director, Neurosciences Intensive Care Unit |
| 2005-2009 | Assistant Director, Stroke Fellowship, Dept Neurology, VUMC |
| 2004-2009 | Master Clinical Teacher, Vanderbilt University Medical School Director, Medical Students Neurology Clerkship |
| 2002-2009 | Founder and Director, Ultrasound Laboratory, Department of Neurology, Vanderbilt University |
| 2003-2008 | Founder and Director of the International Visiting Scholars Program (later directed by Dr. A. Arain) |

**EXHIBIT A**

2002-2009        Assistant Professor, Departments of Neurology, Anesthesia and Internal Medicine, Vanderbilt University

**Certification, Eligibility and Licensure**
- 2007-2017    Neurocritical Care, ABPN
- 2005 -       American Board of Hospice and Palliative Medicine (eligible)
- 2005-2015    Vascular Neurology Certification, ABPN
- 2005-        Fundamental of Critical Care, SCCM
- 2004 -2014   Clinical Neurology (certified, ABPN)
- 2004 -       MRI/CT American Society of Neuroimaging, certified
- 2003 -       Registered Diagnostic Medical Sonographer, ARDMS
- 2005-2015    Critical Care Medicine, Added Qualifications, ABIM
- 2002 -       Neurosonology, American Society of Neuroimaging, certified
- 2002 -       Tennessee Medical License Certification - 39571
- 2002 -       Institutional Review Board Certification, VUMC (renewed, 2008)
- 1997-2007    Internal Medicine, certified, ABIM

**Memberships in Professional Societies**
- 2005    American Association for the History of Medicine
- 2004    American Institute of Ultrasound in Medicine
- 2003    American Heart Association, Stroke Council
- 2003    European Society of Neurosonology and Cerebral Hemodynamics
- 2002    Neurocritical Care Society
- 2002    American Society of Neuroimaging
- 2002    Neurosonology Research Group, World Federation of Neurology
- 2002    Mayo Alumni Association
- 2000    American College of Chest Physicians
- 2000    Society of Critical Care Medicine
- 1998    American College of Physicians-American Society of Internal Medicine
- 1998    American Academy of Neurology
- 1997    American Medical Association

**Honors**
- 2011    Frist Humanitarian Award Nominee, CMC (HCA)
- 2007    Charter Member Induction to the Academy of Excellence in Teaching, VUMC
          Alpha Omega Alpha Faculty, VUMC
- 2006    Thomas E. Brittingham Teaching Award, VU
          Risk Management Faculty Award, VU
          Grant W. Liddle research Appreciation Award, VU
- 2004    CADLE Teaching Award, VU
- 2003    Residents' Teacher of the Year Award, Neurology, VU
- 1986    Best physiology-biochemistry student, Medical School, U.N.A.H.
- 1983    National Science Merit Award, United States Achievement Academy

## Poster Presentations

**2012**     Compounded Point-Scoring Of Dysphagia Risk Factors Predict Clinical Dysphagia In An Acute Care Hospital Setting. **AHA Quality of Care and Outcomes Research 2012, Atlanta (control #306)**

**2011**     **Brain Death Criteria fulfilled via Telemedicine. The First 2 cases of "Teledeath".** TriStar Stroke Symposium, Nashville
**Dysphagia Risk Factor Scoring.** TriStar Stroke Symposium, Nashville

**2009**     **Routine Enteral Probiotics Prevents C. difficile Diarrhea.** 38th Congress, Society of Critical Care Medicine, Nashville

**2008**     **Near-Infrared Spectroscopy – its clinical potentials in brain death diagnosis.** 5th International Symposium on the Definition of Death. Platform Presentation, Cuba (we could not attend the meeting)

**2006**     **Aortic Acceleration as a Surrogate for Left Ventricular Performance. A simple Method.** With Martina I. Okwueze, MD and Nina Mitsky,

**2005**     **Intracranial Pressure by Transcranial Doppler. A Different Perspective at the Spectrum.** American society of Neuroimaging, Orlando. **Intracranial Pressure by Transcranial Doppler. A Different Perspective at the Spectrum.** 23rd Annual Research Forum, Vanderbilt University.
**Clinical Role of Echocardiography in Acute Stroke.** 23rd Annual Research Forum, Vanderbilt University.

**2004**     **Sonographic Assessment of Skeletal Muscles: Implications for a Manned Mission to Mars.** Niermann, Kj, Fleischer, AC, Jarquin-Valdivia A, et al. http://www.marspapers.org/papers/Neirmann_2004.pdf

**1998**     **Neurologic complications following heart transplantation in the modern era: decreased incidence, but postoperative stroke remains prevalent.** 123rd Annual Meeting of the American Neurological Association, Quebec, Montreal.

## Publications

**2010**     Lee CD, Song Y, Peltier AC, Jarquin-Valdivia AA, Donofrio PD. **Muscle Ultrasound quantifies the Rate of Muscle Thickness in Amyotrophic Lateral Sclerosis.** Muscle Nerve. 2010 Nov.; 42(5):814-9 (PMID: 20886651)

Dobkin BH et al. (Jarquin-Valdivia AA – site Principal Investigator) **International Randomized Clinical trial, Storke Inpatient**

Rehabilitation with Reinforcement of Walking speed (SIRROWS), Improves Outcomes. Neurorehabbil Neural Repair. 2010 Mar-Apr;24(3):235-42 (PMID: 20164411) PDF

2009    Jarquin-Valdivia, AA, Nina Glass, Petrusa, E. **BrainWaves – In your pager?** Medical Education 43:486-7 (PMID: 19422505)
Glass, N., Arneson, F., Jarquin-Valdivia, AA. **Podcasting Neurology.** Submitted to Medical Education.

Lee, VK, Kimbrough, DJ, Jarquin-Valdivia, AA. **Acute Bacterial Parotitis Following Acute Stroke.** Infection 2009 Jun;37(3):283-5 (PMID: 18516707)

2008    Pancioli AM. Et al (Jarquin-Valdivia AA – Site Sub-Investigator) **The combined Approach to Lysis Utilizing Eptifibatide and rt-PA in Acute Ischemic Stroke: The CLEAR trial.** Stroke 2008 Dec;39(12):3268-76 (PMID: 18772447)

2007    Niederhauser, BA, Rosenbaum, BP, Gore, JC, Jarquin-Valdivia, AA. **A functional near-infrared spectroscopy study to detect activation of somatosensory cortex by peripheral nerve stimulation.** Neurocritical Care Nov 2007 (PMID: 17975711)

Quinn, DC, Bingham, JW, Shourbaji, NA, Jarquin-Valdivia, AA. **Medical Students Learn to Assess Care Using the Healthcare Matrix.** Med Teacher. Sept 2007;(29)7:660-5 (PMID: 18236253)

Todd, PM, Jerome, RN, Jarquin-Valdivia, AA. **Organ Preservation in brain dead patients: information support for neurocritical care protocols development.** J. Med Libr Assoc (95)3:238-45 Jul 2007 (PMID: 17641753)

2005    Bridges, N; Jarquin-Valdivia, A. **The Resuscitation Position. To T or not to T?** American Journal of Critical Care 2005 Sep;14(5):364-8 (PMID: 16120887)

Jarquin-Valdivia AA, Rich AT, Yarbrough JL, Thompson RC. **Intraventricular Colloid cyst, Hydrocephlaus and Neurogenic Stunned Myocardium.** Clin Neurol Neurosurg. 2005 Aug;107(5):361-5 (PMID: 16023528)

Chuquilin, M., Jarquin-Valdivia, A.A. **From Apasmara to the Falling Sickness. Early and Diverse Accounts on Epilepsy.** Submitted to Lancet Neurology.

Jarquin-Valdivia, AA; Larson, TC **Carotid Dissections in Neurofibromatosis I.** Journal of Vascular Interventional Radiology – Accepted, yet never published

Jarquin-Valdivia, M.D., R.D.M.S. Adrian A.; **2005 Intensive Care Ultrasound (ICUS) Proposed Curriculum** (Submitted CCM)

2004     Selph, JF; Riebau, DA; Jarquin-Valdivia, AA. **Acute Ischemic Stroke after Central Line Placement** Emerg and Crit C Med. 2005;8(2)

2003     Jarquin-Valdivia, AA; Mitsky, NN, **The Horizontal Angle of the Middle Cerebral Artery from the Middle TCD Temporal Window.** J Diagn Med Sonography 20:1, Jan/Feb 2004.

Jarquin-Valdivia, AA; **Psychiatric Symptoms and Brain Tumors, A brief History of the Early Western Period.** Archives of Neurology 2004 Nov;61(11):1800-4 (PMID: 15534193).

Jarquin-Valdivia, AA; McCartney, J; Palestrant, D; Johnston, SC; Gress, D; **The Thickness of the Temporal Squama and its Implications for Transcranial Sonography.** J Neuroimaging 2004 Apr;14(2):139-42 (PMID: 15095559)

2001     Jarquin-Valdivia, AA; Buchhalter, **Delayed diagnosis of pediatric Langerhans' cell histiocytosis: case report and retrospective review of pediatric cases at Mayo Clinic.** J. Child Neurol 2001Jul;16(7):535-8 (PMID: 11453455)

1999     Jarquin-Valdivia, AA; Wijdicks, EF; McGregor, C. **Neurologic complications following heart transplantation in the modern era: decreased incidence, but postoperative stroke remains prevalent.** Transplantation Proceedings 1999 August, 31(5):2161-2 (PMID: 10456001)

1993     Jarquin-Valdivia, AA; Martinez-Zelaya, Y; Javier-Zepeda, C. **Informe de los Resultados de 20847 Cultivos de Liquido Cefalo-raquideo en el Hospital Escuela (de Honduras) 1980 -1992. (Report of the results on 20847 cultures of cerebrospinal fluid at the Hospital Escuela 1980-1992)** Medicina Clinica, Vol. 2 July - December 1993 Honduras

**Book Chapters**
2005     **Neurocritical Care and Brain Death** chapters co-authored with Dr. Kirshner for a Neurology Clerkship book he is editing

2004        Jarquin-Valdivia, AA. **Brain Death**, in <u>Encyclopedia</u> of Human Development

2003        Jarquin-Valdivia, AA.; Bonovich, D. **Coma**, in Critical Care Secrets, 3ed, edited by Parsons, PE and Weiner-Kronish, J. p 327-329, 2003
Jarquin-Valdivia, AA.; Bonovich, D. **Brain Death**, in Critical Care Secrets 3ed, edited by Parsons, PE and Weiner-Kronish, J. 330-334,

Jarquin-Valdivia, AA., Bonovich, D., Hemphill, JC. **The Role of the Neurointensivist (in the Management of Traumatic Brain Injury)**, In Contemporary Neurosurgery, Editor Paul Matz. 2003, 14(2):131-8

**Multicenter Research**
2007-2009   Nye, S, Johnson, N, Jarquin-Valdivia – Local PI and Co-PIs **Stroke-Walk Study** WFNR-ASNR. UCLA PI B. Dobkin – completed

2005 -      Adrian A. Jarquin-Valdivia, local PI for industry sponsored, acute stroke prospective trial looking at sonothrombolysis and ultrasound contrast agents. IMRx Trial cancelled after approval.

2004-2007   Jason Thurman, local PI (2004) CLEAR Trial. (*Combined Approach to Lysis Utilizing Eptifibatide and rt-PA in Acute Ischemic Stroke*) A multicenter prospective clinical study to assess combined lytic therapy in ischemic stroke within 3 hours of onset. Site Sub-Investigator at Vanderbilt University Medical Center.

2003 -      U01 NS 043975. Patrick Pullicino, PI; 9/30/01-7/31/06. WARCEF (*Warfarin versus aspirin in reduced cardiac ejection fraction*). A multi-center, prospective trial evaluating means of reducing embolization from dysfunctional left ventricles. Sub-investigator at Vanderbilt University site (beginning 2003).

2000 -      5M01RR000083-390471. Jesse Hemphill, PI; 2000-2002. WASID (*Warfarin versus aspirin for symptomatic intracranial disease*), a multicenter NIH-sponsored stroke prevention study. Co-investigator at University of California, San Francisco site (through 7/02).
R01 NS 039131, Edward Feldmann, PI; 9/15/99-6/30/04. SONIA (*Stroke outcomes and neuroimaging of intracranial atherosclerosis*), a multicenter NIH-sponsored companion Neuroimaging study to WASID. Co-investigator at University of California, San Francisco site (through 7/02).

Co-investigator for the BMS Study (A Double-Blind, Placebo Controlled, Safety, Efficacy and Dose Response Trial of Three Doses

of BMS-204352 in Patients with Acute Stroke). A multicenter trial of a neuroprotective agent.

**Letter**
2002     Jarquin-Valdivia, AA; Thompson, A. **The Origin of the Combitube.** *TheInternet Journal of Anesthesiology.* 2001, 5:4.

**Biography**
2000     **The Biography of Edward H. Lambert, M.D.** Video-documentary Department of Neurology and Center for Humanities in Medicine, Mayo Clinic

**Invited Lectures**
2012     Stroke, SouthernHills Medical Center, Nashville (CME event)

2011     **Stroke,** Summit Medical Center, Smyrna, TN (CME event)
~~Stroke, Hendersonvile Medical Center, Hendersonville TN~~
**Telemedicine and Stroke,** Horizon Med Center, TN
**Management of Intracerebral Hemorrhage,** TriStar Stroke symposium, Nashville (CME event)

2010     Several

2009     **Neurological Complications of Organ Transplantation,** 38th annual meeting of the Society of Critical Care Medicine, Nashville
**Medical Education, Reflections so Far.** Neurology Grand Rounds
**Cerebrovascular Diseases.** Vanderbilt School of Nursing

2008     **The International Visiting Scholars Program.** A Global symposium on training Programs and Partnerships Institute for Global Health – Vanderbilt University
**Transcranial Doppler in Cluster Headaches.** Combined Clinical Neurosciences Grand Rounds, VUMC
**Stroke.** Vanderbilt School of Nursing

2007     **Neurology.** Med-Peds Vanderbilt Residents
**Muscle Ultrasound.** Neuromuscular Lecture Series. Department of Neurology
**Ultrasound Physics, Instrumentation and ICU Bedside Clinical Use** Vanderbilt SICU Fellows' Conference
**Clinical Neuroscience.** Vanderbilt School of Nursing
**Stroke.** Vanderbilt School of Nursing

2006     **Cardioembolism.** Cardiology Division, Internal Medicine, VU
**Stroke.** Internal Medicine, VU

|      |   |
|------|---|
|      | Interventions in Acute Stroke. Nursing Symposium, VU<br>TCD in Stroke Diagnosis and Therapy. 9th Vanderbilt Stroke Symposium<br>Stroke. Vanderbilt School of Nursing School<br>Neuroscience. Vanderbilt School of Nursing School |
| 2005 | Ultrasound in the ICU. 28th Clinical Neurology Symposium<br>Brain Death. 8th Clinical Neurology Symposium<br>Brain Death and Organ Donation. Department of Internal Medicine, VUMC<br>Stroke. Department of Internal Medicine, VUMC<br>Stroke and Right-to-left Shunts. Department of Medicine. VUMC<br>Role of Faculty and Residents in Medical Students Education. Department of Neurology, VUMC<br>Transcranial Doppler in the NeuroICU. Neurosurgery Journal Club<br>Endotracheal Intubation in the Neurologically Ill. Emergency Medicine Department. VUMC |
| 2003 | Brain Death and Organ Donation. Department of Pediatrics Resident's Conference, VUMC<br>Landmarks in the History of Medicine. History of Medicine Society, VUMC<br>Issues in Transplantation and Organ Procurement 2004. Working with Families through the Donation Process. Tennessee Donor Services. Nashville<br>Brain Death and Organ Donation. MICU, Internal Medicine, VUMC<br>Subarachnoid Hemorrhage. MICU, Internal Medicine, VUMC<br>Donation After Cardiac Death. ICU Fellows Conference, VUMC<br>Donation After Cardiac Death (DCD). Neurology Grand Rounds, VUMC<br>Brain Death and Organ Donation. Internal Medicine (ACRE), VUMC<br>Intensive Care Management of Acute Cerebral Hemorrhage. 7th Annual Stroke Symposium, Vanderbilt University |
| 2003 | Neurosonology. Combined Neurology/Neurosurgery Grand Rounds, VUMC<br>Ultrasound in the ICU. ICU Fellows Conference. Surgery and Anesthesiology, VUMC<br>Neurosonology in Acute Cerebrovascular Disease. Tennessee Academy of Neurology, Nashville, Yearly Meeting<br>Brain Death. ICU Fellows Conference. Surgery and Anesthesiology, VUMC<br>Update on Transcranial Doppler. Clinical Neurology Lecture Series. Department of Neurology, VUMC |

****HISTORY AND PHYSICAL****

```
ROOM:      M.NS03-A
STATUS:    ADM IN
PATIENT:   RUFFINO,JOHN JAMES
MR#:       M001949828
ACC#:      M00158587645
DOB:       06/12/59
PHYSICIAN: Akanbi,Olabisi O  MD
```

DATE OF ADMISSION: 02/17/16

---

DATE OF ADMISSION:
February 18, 2016

The patient was transferred from StoneCrest.

The patient was then seen by me on February 18, 2016.

CHIEF COMPLAINT:
The patient was transferred from StoneCrest where stroke was diagnosed.

HISTORY OF PRESENT ILLNESS:
The patient is a 56-year-old Caucasian male with medical history significant for hypertension and hypercholesterolemia, who presented to StoneCrest ED on account of dizziness and slurred speech with facial muscle weakness as well. This was started around 8 p.m. yesterday morning. The patient is, however, a poor historian, so history was obtained by chart review and also from wife. The patient stated that he has been having these acute events with speech difficulty and facial weakness of unknown for the past 1 month. He has had about 3 episodes so far, which really lasted for about 3 to 5 minutes and resolved completely afterwards. The patient was presented to the StoneCrest medical facility way way after the thrombolytic window and at that time, CT head was done, which did not show any intracranial abnormalities and also a CTA was done, which did not show any significant stenosis. The patient at presentation was still having the right facial weakness and droop wit slurred speech with some expressive aphasia. The history, patient woke up with above listed symptoms in the morning. At Lebanon University Medical Center, he was worked up extensively with MRI brain and MRA of the brain as well with negative findings. He was given aspirin at that time and was treated for possible seizures with gabapentin.

The patient was subsequently transferred to Centennial Medical Center, it has to be reviewed by the neurologist over here.

PAST MEDICAL HISTORY:
1. Hypertension.
2. Hypercholesterolemia.

PAST SURGICAL HISTORY:
Noncontributory.

PT: RUFFINO,JOHN JAMES          UNIT: M001949828     ACCT: M00158587645


EXHIBIT
B