## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF TENNESSEE     )

COUNTY OF _Rutherford_ )

_Freya Brown_____ , says as follows:

(a)    That I am the duly authorized Custodian of the records for Deka Efobi, M.D. / Neurology Clinic Associates and have authority to certify said records;

(b)    That the copy of the requested records on ~~Oliver Wolfenbarger~~ _John Ruffino_ attached to this Affidavit is a true copy of all the records described in the accompanying letter dated January 10, 2017, and the signed Authorizations for Release of Protected Health Information;

(c)    That the records were prepared by the personnel of this office in the ordinary course of business at or near the time of the act, condition, or event; and

(d)    That the cost to furnish the copies of these records based on the usual charges of this office is $ _20.00_ .

_Freya Brown_
(Signature of Affiant)

STATE OF TENNESSEE     )
                        )
COUNTY OF _Rutherford_ )

Sworn to and subscribed by me on this _20_ day of _January_____ , 2017.

_____
(Notary Public)

My Commission Expires: _9/20/2020_

CALEB B BARRETT
STATE OF TENNESSEE
NOTARY PUBLIC
RUTHERFORD COUNTY

EXHIBIT
4

# DEKA EFOBI M.D.

**305 W Main Street**
**Lebanon, TN 37087**
**Phone : (615) 443-9912**
**Fax : (615) 443-9978**
**Email : drbrain@nca-md.com**

---

Account No.: 332081      Patient Name: John J. Ruffino      DOB: 06/12/1959

---

**PERSONAL DETAILS:**

| Name | JOHN J. RUFFINO | Gender | MALE | DOB | 06/12/1959 |
|---|---|---|---|---|---|
| Address | 1206 SOUTH 6TH STREET MAYFIELD, KY 42066 | | | E-mail | |
| Home Phone No. | (248) 770-1584 | Cell Phone No. | | (248) 762-5356 | |
| Emergency Contact Person | | Principal Doctor | | DEKA A. EFOBI M.D. | |

**PRIMARY INSURANCE:**

| Insurance Details | UNITED HEALTHCARE | Insurance ID | | 950404828 | |
|---|---|---|---|---|---|
| Address | P.O.BOX 740800 ATLANTA, GA 30374 | Subscriber Name | | JOHN J. RUFFINO | |
| Phone No. | | Group No. | | 904957 | |

**EEG (DOS: 02/16/2016)**

**Procedure: EEG**

**Evaluation Date:** 02/11/2016. 41 minutes

**Reason for Study:** John J. Ruffino, a 57-year-old male, has been recommended EEG for transient alteration in awareness.

**Technical Study :** A posterior dominant rhythm was seen. At 11.This activity is of medium amplitude, symmetric and reactive to eye opening. Epileptiform activity was not seen.

**Photic stimulation:** No abnormal responses were seen.

**Sleep:** Patient attained stage II NREM sleep. Sleep potentials were symmetrical.

**Impression:** This is a normal EEG, while the patient was awake and asleep. Focal or lateralizing features were not seen during the recording. Generalized abnormalities were not seen during the recording. Epileptiform findings were not seen during the recording.

DEKA A EFOBI, M.D.

This report is electronically signed.

**NEUROLOGY PROGRESS NOTE (DOS: 02/11/2016)**

## Chief Complaints/Reason for Visit

Follow up visit on MRI, MRA and ECHO. Pt. Did not have blood work done. Also states he is still experiencing Mini stroke, headaches, memory loss and Difficulty swallowing at this time. No refill.

## History of present Illness

Folow up. Had another TIA like spell. Worried

## Review of System

- **Constitutional: Positive for fatigue.** Negative for fever, malaise, recent weight loss and recent weight gain.
- **Eyes: Positive for redness, pain / pressure and glasses.** Negative for vision changes, contacts lens, diplopia, blurred vision and drainage.
- **Ears: Positive for hearing loss.** Negative for tinnitus, headache, otalgia and vertigo.
- **Nose:** Negative for rhinorrhea, nasal congestion, epistaxis, sinusitis and ulcers.
- **Mouth:** Negative for shingles, mouth breathing, dry mouth, swelling of the lips, gum bleeding and Sore tounge.
- **Throat: Positive for snoring.** Negative for throat clearing, sore throat, difficulty speaking, throat infections, post nasal drip, feeling of tightness and throat pain.
- **Respiratory: Positive for shortness of breath.**
- **Cardiovascular:** Negative for palpitations, edema and angina.
- **Neurology: Positive for numbness, weakness of extremities, tingling and memory loss.** Negative for headaches, seizures, tremors, trouble walking, confusion, mood changes and giddiness.
- **Musculoskeletal: Positive for back pain, joint pain, weakness and H/O falls.** Negative for limited movement.
- **Psychiatric: Positive for depression and anxiety/panic attacks.**
- **Gastrointestinal:** Negative for diarrhea, constipation, dysphagia and reflux.
- **Genitourinary: Positive for frequent urination and urgency.** Negative for incomplete emptying and nocturia.
- **Skin:** Negative for rash.
- **Hematological: Positive for easy bruising.** Negative for lymphadenopathy.
- **Endocrine:** Negative for heat intolerance and cold intolerance.

## History

**Past Medical History:** HTN.

**Surgical History:** Gallbladder removal Appendectomy.

**Social History:** He never consumes alcohol. He never consumes caffeine. Patient does not exercise regularly. Uses home smoke detector. He is married. He is a heavy cigarette smoker (20-39 cigs/day). Never consumes soda.

**Family History:** Father is deceased (cancer). Mother is deceased (cancer). Siblings are alive (2 brother cancer back pain). Children are alive (1 son good health).

## Current Medications

Aspirin 81 mg tablet, dispersible qd oral, Flomax 0. 4 mg 1 capsule qd oral, Hydrochlorothiazide 25 mg 1 tablet qd oral, Lipitor 20 mg 1 tablet qd oral and Lisinopril 10 mg 1 tablet qd oral.

## Allergies

NKDA.

## General Physical Exam:

General appearance:  Appears stated age and in no apparent distress.
Cardiovascular:  S1 S2 regular rate and rhythm; No carotid bruits auscultated.

1/16/2017 5:04 PM

**Musculoskeletal:** Neck supple full range of motion of neck and back; Nontender to palpation of neck and back.
**Head:** Symmetric.
**Eyes:** No scleral icterus.
**Ears:** Bilateral tympanic membranes were pearly grey with good light reflex.
**Nose:** Nasal mucosa normal.
**Throat:** No lymphadenopathy, no signs of infection.
**Neck:** Supple. No thyromegaly and cervical nodes or JVD.
**Peripheral vascular:** Radial, dorsalis pedis and posterio tibialis pulses 2/4 bilaterally.
**Respiratory:** Lungs are normal to percussion and clear to auscultation.
**Extremities:** Right elbow tenderness on palpation.
**Abdomen:** Soft, non tender and not distended; there is no organomegaly; bowel sounds are heard.

**Neurologic Exam:**
**Mental Status:**
Alert: Alert.
Orientation: Oriented to person, place and time.
Attention & concentration: Attention and concentration is good.
Speech & language: Speech is fluent.
Comprehension: Comprehension is intact.
Repitition: Repitition is intact.
Naming: Naming is intact.
Long term memory: Long term memory appears good.
Short term memory: Short term memory appears good.
Mood and affect: Affect is appropriate.
Fund of knowledge: Fund of knowledge appears adequate.
**Cranial Nerves:**
I: Not tested.
II: Pupils equally round and reactive to light and accomodation; visual fields were full; fundus vasculature was normal and disk margins were normal.
III, IV & VI: Extraocular movements are intact.
V: Facial sensation was equal; jaw strength was intact.
VII: Face symmetric.
VIII: Hearing was grossly intact to voice and finger rub.
IX, X: Uvula was midline.
XI: Shoulder shrug, lateral head rotation was intact.
XII: Tongue was midline.
**Muscle Strength:** No pronator drift; fine finger movements intact; 5/5 upper extremity and lower extremity bilaterally.
**Tone:** Normal throughout.
**Sensory:** Intact to light touch throughout.
**Reflexes:** Reflexes are 2/4 throughout.
**Babinski Reflex:** Downgoing bilaterally.
**Cerebellar:** Finger to nose and heel to shin, rapid alternating movements intact bilaterally.
**Gait:** Normal heel to toe; negative romberg; tandem is intact.
**Assessment**

1. Transient cerebral ischemic attack, unspecified.
2. Transient alteration of awareness.
3. Other hyperlipidemia.
4. Essential (primary) hypertension.
5. Toxic effect of tobacco cigarettes, accidental (unintentional), initial encounter.
6. Abnormal brain scan.

**Plan**

1. Hypercoagulable Panel and Comprehensive ordered on 02/11/2016. EEG ordered on 02/11/2016.
2. I have prescribed him to take Neurontin 300 mg oral capsule qhs for 30 days (refills 1).
3. Patient with transient alteration in awareness and transient episoes of TIA like sx. His last one described as numbness with difficulty swallowing followed by fatigue and headaches. Will try low dose neurontin. MRI brain negative for infarct; PWMD ECHO, MRA ok- DDx partial seizures. Will get EEG. Still has not had hypercoagulable profile drawn. COntinue statins, antiplatelets.

| Account No.: 332081 | Patient Name: John J. Ruffino | DOB: 06/12/1959 |

    4. EEGFperformed-see separate note
    5. Return Visit:2/18/2016.
    6. Time spent with patient:35.

*[signature]*

DEKA A EFOBI, M.D.

This report is electronically signed.

## NEUROLOGY PROGRESS NOTE (DOS: 02/11/2016)

**Chief Complaints/Reason for Visit**

Here for EEG

**History**

**Past Medical History:** HTN.

**Surgical History:** Gallbladder removal Appendectomy.

**Social History:** He never consumes alcohol. He never consumes caffeine. Patient does not exercise regularly. Uses home smoke detector. He is married. He is a heavy cigarette smoker (20-39 cigs/day). Never consumes soda.

**Family History:** Father is deceased (cancer). Mother is deceased (cancer). Siblings are alive (2 brother cancer back pain). Children are alive (1 son good health).

**Current Medications**

Aspirin 81 mg tablet, dispersible qd oral, Flomax 0. 4 mg 1 capsule qd oral, Hydrochlorothiazide 25 mg 1 tablet qd oral, Lipitor 20 mg 1 tablet qd oral, Lisinopril 10 mg 1 tablet qd oral and Neurontin 300 mg capsule qhs oral.

**Allergies**

NKDA.

**General Physical Exam:**
**Vitals:**
**Sitting RA BP:** 142/88 mmHg, **Respiratory Rate:** 16 per min, **Pulse Ox:** 98 %, **Pulse rate:** 74 per min and **Height:** 5' 4".
**Assessment**

    1. Transient cerebral ischemic attack, unspecified.
    2. Other hyperlipidemia.
    3. Essential (primary) hypertension.
    4. Toxic effect of tobacco cigarettes, accidental (unintentional), initial encounter.
    5. Transient alteration of awareness.

**Plan**

| Account No.: 332081 | Patient Name: John J. Ruffino | DOB: 06/12/1959 |

1. I have prescribed him to take Folbic Vitamin B Complex with Folic Acid oral 1 tablet daily for 30 days (refills 12).
2. See separate report
3. Time spent with patient:45.

### Aftercare
1. Patient family was counseled regarding treatment plans, medication adjustment and lifestyle recommendations to deal with the special needs of the patient.


DEKA A EFOBI, M.D.

This report is electronically signed.


## NEUROLOGY PROGRESS NOTE (DOS: 12/14/2015)


### Chief Complaints/Reason for Visit

New pt. Referred from Dr. Luck. Pt. States he is dealing with mini strokes.


### History of present Illness

56 year-old RHCM with intermittent right sided heaviness and paresthesia ongoing for 2 months. HAs had 3 spells; first one occurd while walking in walmart and felt heaviness of RLE, two other episodes ocured while sitting, unable to use RUE. HAs dysarthria with all episodes and they last a few minutes. NO LOC, no confusion, no headache. Now on aspirin, Takes


### Review of System

- **Constitutional: Positive for fatigue.** Negative for fever, malaise, recent weight loss and recent weight gain.
- **Eyes: Positive for redness, pain / pressure and glasses.** Negative for vision changes, contacts lens, diplopia, blurred vision and drainage.
- **Ears: Positive for hearing loss.** Negative for tinnitus, headache, otalgia and vertigo.
- **Nose:** Negative for rhinorrhea, nasal congestion, epistaxis, sinusitis and ulcers.
- **Mouth:** Negative for shingles, mouth breathing, dry mouth, swelling of the lips, gum bleeding and Sore tounge.
- **Throat: Positive for snoring.** Negative for throat clearing, sore throat, difficulty speaking, throat infections, post nasal drip, feeling of tightness and throat pain.
- **Respiratory: Positive for shortness of breath.**
- **Cardiovascular:** Negative for palpitations, edema and angina.
- **Neurology: Positive for numbness, weakness of extremities, tingling and memory loss.** Negative for headaches, seizures, tremors, trouble walking, confusion, mood changes and giddiness.
- **Musculoskeletal: Positive for back pain, joint pain, weakness and H/O falls.** Negative for limited movement.
- **Psychiatric: Positive for depression and anxiety/panic attacks.**
- **Gastrointestinal:** Negative for diarrhea, constipation, dysphagia and reflux.
- **Genitourinary: Positive for frequent urination and urgency.** Negative for incomplete emptying and nocturia.
- **Skin:** Negative for rash.
- **Hematological: Positive for easy bruising.** Negative for lymphadenopathy.
- **Endocrine:** Negative for heat intolerance and cold intolerance.


### History


**Past Medical History:** HTN.

**Surgical History:** Gallbladder removal Appendectomy.

**Social History:** He never consumes alcohol. He never consumes caffeine. Patient does not exercise regularly. Uses home smoke detector. He is married. He is a heavy cigarette smoker (20-39 cigs/day). Never consumes soda.

**Family History:** Father is deceased (cancer). Mother is deceased (cancer). Siblings are alive (2 brother cancer back pain). Children are alive (1 son good health).

### Current Medications

Aspirin 81 mg tablet, dispersible qd oral, Flomax 0. 4 mg 1 capsule qd oral, Hydrochlorothiazide 25 mg 1 tablet qd oral, Lipitor 20 mg 1 tablet qd oral and Lisinopril 10 mg 1 tablet qd oral.

### Allergies

NKDA.

### General Physical Exam:
General appearance:  Appears stated age and in no apparent distress.
Cardiovascular:  S1 S2 regular rate and rhythm; No carotid bruits auscultated.
Musculoskeletal:  Neck supple full range of motion of neck and back; Nontender to palpation of neck and back.
Head:  Symmetric.
Eyes:  No scleral icterus.
Ears:  Bilateral tympanic membranes were pearly grey with good light reflex.
Nose:  Nasal mucosa normal.
Throat:  No lymphadenopathy, no signs of infection.
Neck:  Supple. No thyromegaly and cervical nodes or JVD.
Peripheral vascular:  Radial, dorsalis pedis and posterio tibialis pulses 2/4 bilaterally.
Respiratory:  Lungs are normal to percussion and clear to auscultation.
Extremities:  Right elbow tenderness on palpation.
Abdomen:  Soft, non tender and not distended; there is no organomegaly; bowel sounds are heard.

### Neurologic Exam:
**Mental Status:**
Alert:  Alert.
Orientation:  Oriented to person, place and time.
Attention & concentration:  Attention and concentration is good.
Speech & language:  Speech is fluent.
Comprehension:  Comprehension is intact.
Repitition:  Repitition is intact.
Naming:  Naming is intact.
Long term memory:  Long term memory appears good.
Short term memory:  Short term memory appears good.
Mood and affect:  Affect is appropriate.
Fund of knowledge:  Fund of knowledge appears adequate.
**Cranial Nerves:**
I:  Not tested.
II:  Pupils equally round and reactive to light and accomodation; visual fields were full; fundus vasculature was normal and disk margins were normal.
III, IV & VI:  Extraocular movements are intact.
V:  Facial sensation was equal; jaw strength was intact.
VII:  Face symmetric.
VIII:  Hearing was grossly intact to voice and finger rub.
IX, X:  Uvula was midline.
XI:  Shoulder shrug, lateral head rotation was intact.
XII:  Tongue was midline.
**Muscle Strength:**  No pronator drift; fine finger movements intact; 5/5 upper extremity and lower extremity bilaterally.

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 7 of 58 PageID #: 389
John Ruffino                                           Neurology Clinic Associates - 000009

**Tone:** Normal throughout.
**Sensory:** Intact to light touch throughout.
**Reflexes:** Reflexes are 2/4 throughout.
**Babinski Reflex:** Downgoing bilaterally.
**Cerebellar:** Finger to nose and heel to shin, rapid alternating movements intact bilaterally.
**Gait:** Normal heel to toe; negative romberg; tandem is intact.

**Assessment**

1. Transient cerebral ischemic attack, unspecified.
2. Other hyperlipidemia.
3. Essential (primary) hypertension.
4. Toxic effect of tobacco cigarettes, accidental (unintentional), initial encounter.

**Plan**

1. MRA Brain ordered on 12/14/2015. MRI BRAIN WITH AND W/O CONTRAST ordered on 12/14/2015. Hypercoagulable Panel and Comprehensive ordered on 12/14/2015. ECHO ordered on 12/14/2015.
2. Has had multiple episodes suggestive of TIA. Recently started aspirin and 1 since then. DDX:TIA vertebrobasilar syndrome, seizures. He as multiple risk factors for CVD: htn, hyperlipidemia, tobacco depe. Does not wish to stop smoking.
3.
4. Will initiate w/u. Continue aspirin, statins and good BP control. States he had lipid profile recently with PCP. Please get result.
5. Follow up after all above. May need eeg if all negative
6. Tennis elbow-followed by PCP
7. Return Visit:1/11/2016.
8. Time spent with patient:45.

DEKA A EFOBI, M.D.

This report is electronically signed.

**Radiology Results**

**University Medical Center**

**1411 West Baddour Parkway, Lebanon, TN, 37087**

**Phone (615) 443-2583    Fax (615) 443-2536**

Patient Name: RUFFINO, JOHN J

| | | | | |
|---|---|---|---|---|
| **DOB:** | 06/12/1959 | **Age:** 56 Y | **Patient Status:** O | **Patient Type:** O |
| **Visit #:** | 3644371 | **Sex:** M | **Patient Location:** OPR | |
| **Acc.:** | 10016287 | | **Completed:** 12/23/2015 | |
| **Exam:** | (884) MRAVBRWO - | - MRA/MRV HEAD WO CONT | | |

| | |
|---|---|
| **Requesting Provider:** EFOBI, DEKA, MD | **MRN/Pt Num:** 0000764114 |

**Attending Provider:**    EFOBI, DEKA, MD
305 WEST MAIN STREET
LEBANON, TN 37087

---

**Diagnostic Report Text:**

Clinical Diagnosis: CEREBRAL ISCHEMIC
ATTACK/HYPERLIPIDEMIA ;TC:

PROCEDURE: MRA HEAD WITHOUT CONTRAST
TECHNIQUE: Axial 3-D time-of-flight MR angiography of
the circle of Willis was performed. The source images
were reconstructed in various views using maximum
intensity projection. CPT 70544

HISTORY: Multiple episodes of right-sided weakness
and aphasia .

COMPARISONS: None .

FINDINGS:
Vertebral arteries: Normal .
Basilar artery: Normal .
Internal carotid arteries: Normal .
Anterior cerebral arteries: Normal .
Middle cerebral arteries: Normal .
Posterior cerebral arteries: Normal . Posterior
communicating arteries not identified.
Branch occlusions: None .
Vascular malformations: None .

IMPRESSION: No significant intracranial arterial
abnormality. Posterior communicating arteries not
identified.

Dictated By: Bernhard, Matthew
Signed By: Bernhard, Matthew

**End of diagnostic report for accession:**    10016287

| | | |
|---|---|---|
| **Dictated By:** | BERNHARD, MATTHEW, MI | |
| **Transcribed By:** | Interfac, Powerscribe884, 884TRANS | 12/23/2015 1:00 PM CST |
| **Signed By:** | BERNHARD, MATTHEW, MD | 12/23/2015 1:00 PM CST |

---

1 of 1          Case 3:17-cv-00725     Document 41-4     Filed 11/30/17     Page 9 of 58 PageID #: 391   /2017 5:24 PM
John Ruffino                                                    Neurology Clinic Associates - 000011

**Radiology Results**

**University Medical Center**
**1411 West Baddour Parkway, Lebanon, TN, 37087**
**Phone (615) 443-2583    Fax (615) 443-2536**

Patient Name: RUFFINO, JOHN J

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** | 06/12/1959 | **Age:** 56 Y | **Patient Status:** | O | **Patient Type:** O |
| **Visit #:** | 3644371 | **Sex:** M | **Patient Location:** | OPR | |
| **Acc.:** | 10016287 | | **Completed:** | 12/23/2015 | |
| **Exam:** | (884) MRAVBRWO - | - MRA/MRV HEAD WO CONT | | | |

| | | |
|---|---|---|
| **Requesting Provider:** EFOBI, DEKA, MD | | **MRN/Pt Num:** 0000764114 |
| **Attending Provider:** | EFOBI, DEKA, MD | |
| | 305 WEST MAIN STREET | |
| | LEBANON, TN 37087 | |

**Diagnostic Report Text:**

Clinical Diagnosis: CEREBRAL ISCHEMIC
ATTACK/HYPERLIPIDEMIA ;TC:

PROCEDURE: MRA HEAD WITHOUT CONTRAST
TECHNIQUE: Axial 3-D time-of-flight MR angiography of
the circle of Willis was performed. The source images
were reconstructed in various views using maximum
intensity projection. CPT 70544

HISTORY: Multiple episodes of right-sided weakness
and aphasia .

COMPARISONS: None .

FINDINGS:
Vertebral arteries: Normal .
Basilar artery: Normal .
Internal carotid arteries: Normal .
Anterior cerebral arteries: Normal .
Middle cerebral arteries: Normal .
Posterior cerebral arteries: Normal . Posterior
communicating arteries not identified.
Branch occlusions: None .
Vascular malformations: None .

IMPRESSION: No significant intracranial arterial
abnormality. Posterior communicating arteries not
identified.

Dictated By: Bernhard, Matthew
Signed By: Bernhard, Matthew

**End of diagnostic report for accession:**    10016287

| | | |
|---|---|---|
| **Dictated By:** | BERNHARD, MATTHEW, MI | |
| **Transcribed By:** | Interfac, Powerscribe884, 884TRANS | 12/23/2015 1:00 PM CST |
| **Signed By:** | BERNHARD, MATTHEW, MD | 12/23/2015 1:00 PM CST |

1 of 3       Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 10 of 58 PageID #: 392    7/10/2017 5:25 PM
John Ruffino                                        Neurology Clinic Associates - 000012

**Radiology Results**

**University Medical Center**

**1411 West Baddour Parkway, Lebanon, TN, 37087**

**Phone (615) 443-2583    Fax (615) 443-2536**

Patient Name: RUFFINO, JOHN J

| | | | | |
|---|---|---|---|---|
| **DOB:** | 06/12/1959 | **Age:** 56 Y | **Patient Status:** O | **Patient Type:** O |
| **Visit #:** | 3644371 | **Sex:** M | **Patient Location:** OPR | |
| **Acc.:** | 10016286 | | **Completed:** 12/23/2015 | |
| **Exam:** | (884) MRBRWW - | - MR BRAIN W&WO CONT | | |

| | | |
|---|---|---|
| **Requesting Provider:** EFOBI, DEKA, MD | | **MRN/Pt Num:** 0000764114 |
| **Attending Provider:** | EFOBI, DEKA, MD | |
| | 305 WEST MAIN STREET | |
| | LEBANON, TN 37087 | |

**Diagnostic Report Text:**

Clinical Diagnosis: CEREBRAL ISCHEMIC
ATTACK/HYPERLIPIDEMIA ,TC:

PROCEDURE: MRI BRAIN WITHOUT AND WITH CONTRAST
TECHNIQUE: Magnetic resonance imaging of the brain
was performed before and after the IV injection of 0.1
mmol/kg paramagnetic contrast. CPT 70553

HISTORY: Multiple episodes of right-sided weakness,
numbness, and aphasia.

COMPARISONS: None .

FINDINGS:
Skull base, calvarium and sinuses: Normal .
Cerebellum: No evidence of hemorrhage, ischemia or
mass .
Brainstem: No evidence of hemorrhage, ischemia or
mass .
Cerebrum: No evidence of hemorrhage, ischemia or
mass . Multiple bilateral scattered nonspecific foci
of T2/FLAIR signal hyperintensity, most pronounced
within the right centrum semiovale and bilateral
parietal temporal white matter.
Ventricles: .
Pituitary gland: Normal .
Globes and orbits: Normal .
Arterial and venous flow voids: Normal .
Abnormal enhancement: None .
Other: None .

IMPRESSION:
1. No evidence of acute intracranial abnormality .
2. Moderate nonspecific chronic white matter disease
as detailed above, likely microangiopathic changes .

CRITICAL VALUE: No

Dictated By: Bernhard, Matthew
Signed By: Bernhard, Matthew

# TriStar StoneCrest
## MEDICAL CENTER

Patient: __John Ruffino__          Medical Record Number: __SM00254095__

Facility: __Tristar StoneCrest Medical Center__          Phone Number: __615-768-2800__

Address: __200 Stonecrest Blvd__          City/State: __Smyrna,TN__          Zip: __37167__

### CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

**Select Only One:**

☑ The complete records consisting of __81__ pages.

☐ The complete records for the time period beginning _____ and ending _____ consists of ____ pages.

### CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

### DECLARATION OF CUSTODIAN OF RECORDS

I, __Melissa Gannon__, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of __Tennessee__, County of __Rutherford__ that the foregoing is true and correct.

Signature _Melissa Gannon_

Date _1/5/2017_

Subscribed and sworn to me, a notary public in and for said county, this __5__ Day of __January__ 2017

Notary Public _____

My commission expires: _June 17, 2018_

*(Notary seal: MELINDA EDDY, STATE OF TENNESSEE, NOTARY PUBLIC, RUTHERFORD COUNTY)*

Scane

**Emergency Medical Condition (EMC) Identified:** (Mark appropriate box; have physician certify if I.c or I.d selected and then go to Section II.)

PHYSICIAN

**I.   MEDICAL CONDITION: Diagnosis:** C.V.A

a. ☐ **No Emergency Medical Condition Identified:** This patient has been examined and an EMC has not been identified.
   **Screening Physician Signature:** _____ Date: ___/___/___ Time: _____ AM/PM

b. ☐ **Unstable Patient, Request for Transfer:** The patient has been examined and an EMC has been identified and the patient is not stable. The hospital has the capability and capacity to provide the care needed but the patient has specifically requested to be transferred to another facility after being notified that the hospital can and is willing to provide the care needed to stabilize and treat the EMC.

c. ☒ **Patient Stable For Transfer:** The patient has been examined and any medical condition stabilized such that, within reasonable clinical confidence, no material deterioration of this patient's condition is likely to result from or occur during transfer.

d. ☐ **Patient Unstable:** The patient has been examined, an EMC has been identified and patient is not stable, but the transfer is medically indicated and in the best interest of the patient.

**I.c and I.d Physician Certification:** I have examined this patient and based upon the reasonable risks and benefits described below and upon the information available to me, I certify that the medical benefits reasonably expected from the provision of appropriate medical treatment at another facility outweigh the increased risk to this patient's medical condition that may result from effecting this transfer.
**Physician Signature:** C.A.ce   Date: 2/17/16   Time: 1656 AM/PM
**Signature applies to any checked boxes.**

**II.  REASON FOR TRANSFER:**
☒ Medically Indicated    ☒ Patient Requested (see patient request documentation: Section VII)
☐ On-call physician refused or failed to respond within a reasonable period of time.
On-Call Physician Name: _____ Address: _____

**III. RISKS AND BENEFITS FOR TRANSFER:**

| Medical Benefits: | Medical Risks: |
|---|---|
| ☒ Obtain level of care/service unavailable at this facility. | ☒ Deterioration of condition in route. |
| Service: Nevro ICU | ☒ Worsening of condition or death if you stay here. |
| ☐ Medical benefits outweigh the risks. | ☒ Risk of traffic delay/accident resulting in condition deterioration or death. |
| ☐ Other: _____ | ☐ Other: _____ |

**IV.  MODE/SUPPORT DURING TRANSFER AS DETERMINED BY PHYSICIAN:**
Mode of transportation for transfer: ☐ BLS ☒ ALS ☐ Helicopter ☐ Neonatal Unit ☐ Other: _____
Agency: Authorized   Name/Title of accompanying hospital employee if required: _____
Support/Treatment during transfer: ☒ Cardiac Monitor ☒ Oxygen: 2 L ☐ IV Pump
IV Fluid: Saline 100   Rate: _____ ☐ Restraints – Type: _____ ☐ Other: _____ ☐ None
Transferring Physician Signature if different from Certifying Physician: _____ Date: ___/___/___ Time: _____ AM/PM
If no physician immediately available, transfer authorized by Qualified Medical Provider per Dr. _____
QMP Signature: _____ Date: ___/___/___ Time: _____ AM/PM
Authorizing Physician Signature: _____ Date: 2/17/16 Time: _____ AM/PM

NURSING

**V.   RECEIVING FACILITY AND INDIVIDUAL:** The receiving facility has the capability for the treatment of this patient (including adequate equipment and medical personnel) and has agreed to accept the transfer and provide appropriate medical treatment.
Receiving Facility: Centennial   Person accepting TXFR: Bahri   Date: ___/___/___ Time: _____ AM/PM
Receiving MD: Bahri   Date: 2/17/16 Time: 1657 AM/PM
Questions regarding Medication Reconciliation Information may be directed to Bahri _____ or Transferring Physician.

**VI.  ACCOMPANYING DOCUMENTATION** sent via: ☐ Patient/Responsible Party ☐ Fax ☒ Transporter
Documentation includes: ☐ Copy of Medical Record ☒ Lab/ EKG/ X-Ray ☒ Copy of Transfer Form
☒ Medication Reconciliation Information ☐ Advanced Directive ☐ Other: _____
Report given to: (Person/title): Felicia Schuch, RN
Time of Transfer: 2205 Date: 2/17/16 Nurse Signature: Hayley Tolleson   Transferring Unit: ED
Vital Signs Just Prior to Transfer: Temp: 97.9 Pulse: 88 BP: 153   SpO2%: 97   HT: _____ Time: 2150 AM/PM

PATIENT

**VII. PATIENT CONSENT TO MEDICALLY INDICATED TRANSFER or PATIENT REQUEST FOR TRANSFER:**
☒ I hereby CONSENT TO TRANSFER to another facility. I understand that it is the opinion of the physician responsible for my care that the benefits of transfer outweigh the risks of transfer. I have been informed of the risks and benefits of this transfer.
☐ I hereby REQUEST TRANSFER to _____. I understand and have considered the hospital's EMTALA responsibilities that have been explained to me, the medical risks and benefits of transfer and the physician's recommendation. I make this request upon my own suggestion and not that of the hospital, physician or anyone associated with the hospital. I agree to accept the risks associated with my decision.
The reason I request transfer is: _____
Signature of: ☐ Patient ☐ Responsible Person John Ruffino   Relationship to patient: Self
Witness: Hayley Tolleson, RN Title: RN   Date: 2/17/16 Time: 2205 AM/PM

PATIENT IDENTIFICATION.

*EDPRS*

PRIM TALA Memorandum of Transfer   DATE 17/02/2017
T3140BC (9/14)

RUFFINO, JOHN JAMES
SM0509454079  ADM INo    SH.ER05·
02/17/16 0949 Bennett, Julian MO
DOB:06/12/59  56    M   MR# SH00254095
STONECREST MEDICAL CENTER

```
STONECREST MEDICAL CENTER (COCSY)
EMERGENCY PROVIDER REPORT
REPORT#:0217-0175  REPORT STATUS: Signed
DATE:02/17/16 TIME: 1400
```

```
PATIENT: RUFFINO,JOHN JAMES        UNIT #: SM00254095
ACCOUNT#: SM0509454079             ROOM/BED: SM.ER05-A
AGE: 56        SEX: M              PCP PHYS: NO PRIMARY OR
FAMILY PHYSICIAN
SERVICE DT: 02/17/16               AUTHOR: Archer,Clark E   MD
REP SRV DT: 02/17/16               REP SRV TM: 1400
* ALL edits or amendments must be made on the electronic/computer
document *
```

## **See Addendum**

### HPI-Stroke/CVA

#### General
**Initial Greet Date/Time** 02/17/16 0958
**Assumed Care at
   Time** 1220

#### Presentation
**Chief Complaint: Right Side** Weakness, face, slurred speech
**Sudden in Onset?** Yes (0830)
**Onset Occurred** Today
**Symptom Duration** Since onset
**Progression since Onset** Waxes and wanes
**Location** Face
**Radiation** Does not radiate
**Exacerbated by** Nothing
**Relieved by** Nothing

#### Context
**Recent Healthcare** Recent testing, Previous diagnosis, Prior workup

### Risk-Stroke/CVA

#### Risk Stratification
**NIH Stroke Scale**
**Value** 4

### Review of Systems

#### ROS Statements

PRINTED BY:bpa9869        DATE 1/5/2017

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 14 of 58 PageID #: 396
John Ruffino                          StoneCrest Medical Center - 000005

**All systems rev & neg** except as marked.

## Past Medical History - Adult
**Stated Complaint** DIZZINESS
**Allergies**
**Coded Allergies:**
No Known Allergies (02/17/16)

**Past Medical History:**
Reports: Hyperlipidemia, Hypertension.
**Past Surgical History:**
Reports Cholecystectomy
**Patient History**
Relation not specified for:
 Family History: Unremarkable

**Smoking status for patients 13** Current every day smoker

## Physical Exam

### Initial Vital Signs
**Vital Signs**
First Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 97     | 02/17 0956   |
| B/P      | 187/89 | 02/17 0956   |
| Temp     | 97.7   | 02/17 0956   |
| Pulse    | 66     | 02/17 0956   |
| Resp     | 189    | 02/17 0956   |

Last Documented:

|          | Result | Date Time    |
|----------|--------|--------------|
| Pulse Ox | 97     | 02/17 1222   |
| B/P      | 150/79 | 02/17 1222   |
| Pulse    | 56     | 02/17 1222   |
| Resp     | 16     | 02/17 1222   |
| Temp     | 97.7   | 02/17 0956   |

All vital signs available at the time of this entry have been reviewed.

PRINTED BY:bpa9869          DATE 1/5/2017

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 15 of 58 PageID #: 397
John Ruffino                                    StoneCrest Medical Center - 000006

## Basic Physical Exam
**Basic PE** ENT: Membranes moist, ABD: Soft/non-tender, ABD: Normal bowel sounds, LYMPH: No adenopathy, EXT: NL inspection, EXT: Neurovascular intact, SKIN: No rashes, warm/dry, PSYCH: NL thought content

## Focused PE
**General/Const**    **
  **General/Const** Awake, Alert, Well appearing, Well developed, Well hydrated
**Head/Eyes**      **
  **Head/Eyes** Atraumatic, Normocephalic, PERRL, EOMI, No nystagmus
**ENT**
  **ENT** Atraumatic, Airway patent, Mucous membranes moist, Pharynx NL, No peritonsillar abscess
**Neck**        **
  **Neck** Atraumatic, Supple, No meningismus, Full range of motion, No adenopathy
**Resp/Chest**     **
  **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress, No rales, No rhonchi, No wheezing, No retractions
**Cardiovascular**   **
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, No gallop, No murmurs
**Abdomen/GI**
  **Abdomen/GI** Atraumatic, Soft, Non-tender, McBurney's non-tender, No guarding
**Neurologic**     **
  **Neurologic** Oriented X3
  **Speech**
  Slow, Slurred.

## Interpretation & Diagnostics

## Lab Results Interpretation
**Results**
Laboratory Tests

02/17/16 1015:



|      | 14.4 |      |
|------|------|------|
| 6.6  | 41.7 L | 226 |

| 137 | 100 | 17 | 121 H |
|-----|-----|-----|-------|
| 3.7 | 25  | 1.1 |       |

PRINTED BY:bpa9869          DATE 1/5/2017

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 16 of 58 PageID #: 398
John Ruffino                                    StoneCrest Medical Center - 000007

Patient: RUFFINO,JOHN JAMES
Unit#:SM00254095
Date: 02/17/16
Acct#:SM0509454079

**Laboratory Tests:**

| | 02/17 1015 | 02/17 1200 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | 137 | |
| Potassium (3.5 - 5.1 mmol/L) | 3.7 | |
| Chloride (98 - 107 mmol/L) | 100 | |
| Carbon Dioxide (23 - 29 mmol/L) | 25 | |
| Anion Gap | 12 | |
| BUN (6 - 20 mg/dL) | 17 | |
| Creatinine (0.9 - 1.3 mg/dL) | 1.1 | |
| GFR Calculation | 89 | |
| Glucose (74 - 106 mg/dL) | 121 H | |
| Calcium (8.6 - 10.0 mg/dL) | 9.1 | |
| Total Bilirubin (0.3 - 1.2 mg/dL) | 0.8 | |
| AST (8 - 40 U/L) | 20 | |
| ALT (10 - 40 U/L) | 22 | |
| Alkaline Phosphatase (38 - 126 U/L) | 71 | |
| CK-MB (CK-2) (0.3 - 4.0 ng/mL) | 1.6 | |
| Troponin I (0.00 - 0.03 ng/mL) | 0.01 | |
| Total Protein (6.4 - 8.3 g/dL) | 6.9 | |
| Albumin (3.5 - 4.8 gm/dL) | 4.0 | |
| Globulin (gm/dL) | 2.9 | |
| Albumin/Globulin Ratio | 1.4 | |
| Coagulation | | |
| INR (0.9 - 1.1) | 0.95 | |
| PT Patient/Control Mix (9.5 - 11.6 SECONDS) | 10.1 | |
| Hematology | | |
| WBC (3.5 - 12.5 k/uL) | 6.6 | |
| RBC (4.5 - 6.1 M/uL) | 4.84 | |
| Hgb (14.0 - 17.5 g/dL) | 14.4 | |
| Hct (42.0 - 52.0 %) | 41.7 L | |
| MCV (80 - 100 fL) | 86.2 | |
| MCH (25 - 34 pg) | 29.8 | |
| MCHC (32 - 36 g/dL) | 34.5 | |
| Plt Count (145 - 483 k/uL) | 226 | |
| Neutrophils % (35 - 83 %) | 70.2 | |
| Lymphocytes % (13.5 - 45.1 %) | 20.8 | |
| Monocytes % (0 - 14 %) | 7.7 | |
| Eosinophils % (0 - 6 %) | 1.1 | |
| Basophils % (0 - 2 %) | 0.2 | |
| Toxicology | | |

PRINTED BY:bpa9869        DATE 1/5/2017

Case 3:17-cv-00725     Document 41-4     Filed 11/30/17     Page 17 of 58 PageID #: 399
John Ruffino                                    StoneCrest Medical Center - 000008

Patient: RUFFINO,JOHN JAMES
Unit#:SM00254095
Date: 02/17/16
Acct#:SM0509454079

| | | |
|---|---|---|
| Urine Opiates Screen (NEGATIVE) | | NEGATIVE |
| Ur Methadone, Qual (Negative) | | NEGATIVE |
| Ur Barbiturates, Qual (NEGATIVE) | | NEGATIVE |
| Ur Amphetamine Screen (NEGATIVE) | | NEGATIVE |
| U Benzodiazepines Scrn (NEGATIVE) | | NEGATIVE |
| Urine Cocaine (NEGATIVE) | | NEGATIVE |
| Urine Cannabinoids (NEGATIVE) | | NEGATIVE |
| Urines | | |
| Urinalysis | | MICRO NOT PERFORMED |
| Urine Color (YELLOW) | | Straw |
| Urine Appearance (CLEAR) | | Clear |
| Urine pH (5.0 - 8.0) | | 6.0 |
| Ur Specific Gravity (1.001 - 1.035) | | 1.011 |
| Urine Protein (NEG MG/DL) | | Negative |
| Urine Glucose (UA) (NEG MG/DL) | | Negative |
| Urine Ketones (NEG) | | Negative |
| Urine Blood (NEG) | | Negative |
| Urine Nitrite (NEG) | | Negative |
| Urine Bilirubin (NEG) | | Negative |
| Urine Urobilinogen (NEG MG/DL) | | <0.2 |
| Ur Leukocyte Esterase (NEG) | | Negative |

Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT HEAD W/O CONTRAST    70450 02/17 1000**
*** Report Impression - Status: SIGNED  Entered: 02/17/2016 1037

Impression: There is no acute intracranial abnormality. Otherwise as
above..
Impression By: DR.PARKE1 - Keith R. Parker, MD
**RADIOLOGY - XR CHEST 1 VIEW PORT    71010 02/17 1014**
*** Report Impression - Status: SIGNED  Entered: 02/17/2016 1017

IMPRESSION: Slightly limited by suboptimal inspiration, but no
abnormality is demonstrated.

Impression By: DR.BAKJA - Jack R. Baker, MD

PRINTED BY:bpa9869          DATE 1/5/2017

## Re-Evaluation & MDM

### ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Electrolytic, Caloric, And Wat**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 3 ML | ASDIR PRN IV | 02/17 1001 04/17 1000 | AC | |

### Consultation
Consultation
   **Consultant Called** Neurology
   **Call Returned** Call returned

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 02/17 0956 |
| B/P | 187/89 | 02/17 0956 |
| Temp | 97.7 | 02/17 0956 |
| Pulse | 66 | 02/17 0956 |
| Resp | 189 | 02/17 0956 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 02/17 1222 |
| B/P | 150/79 | 02/17 1222 |
| Pulse | 56 | 02/17 1222 |
| Resp | 16 | 02/17 1222 |
| Temp | 97.7 | 02/17 0956 |

All vital signs available at the time of this entry have been reviewed.

PRINTED BY:bpa9869          DATE 1/5/2017

Case 3:17-cv-00725     Document 41-4     Filed 11/30/17     Page 19 of 58 PageID #: 401
John Ruffino                                          StoneCrest Medical Center - 000010

## Clinical Impression
Clinical Impression
**Primary Impression:** TIA / CVA SYNDROME, ACUTE

## Disposition Decision
Admit
   )( **Admission Accepts** Yes
   )( **Accepted Time** 1411
   )( **Accepted Date** 02/17/16
   **Call Information** will see patient

## Critical Care
**Time Spent** 30-74 minutes
**Services Performed** Patient management by me, Time spent at bedside, Reviewing test results, Reviewing imaging, Discussing patient care, Documentation in record, Time with fam/surrogate, no tpa recommended by dr chitturi:

Electronically Signed by Archer,Clark E  MD on 02/17/16 at 1411

**Addendum 1: 02/17/16 1608 by Archer,Clark E  MD**

DISCUSSIONS WITH DR FRANKLIN/CHITTURI: FELT BEST FOR TRANSER DOWNTOWN TO HIGHER LEVEL OF CARE / NEURO ICU. PT AND FAMILY REQUESTING SAME.

Electronically Signed by Archer,Clark E  MD on 02/17/16 at 1609

```
RPT #: 0217-0175
***END OF REPORT***
```

Page 7 of 7

PRINTED BY:bpa9869    DATE 1/5/2017

Case 3:17-cv-00725   Document 41-4   Filed 11/30/17   Page 20 of 58 PageID #: 402
John Ruffino                  StoneCrest Medical Center - 000011

Stonecrest Med Ctr EDM **LIVE**
EMERGENCY PATIENT RECORD

RUN DATE: 02/19/16
RUN TIME: 0347
RUN USER: HPF-FEED

Patient: RUFFINO,JOHN JAMES          Age/Sex: 56/M          Acct No: SMC5094584079
ED Provider: Archer,Clark E  MD                              Unit No: SMC0254095

---

### GENERAL DATA

ED Physician: Archer,Clark E  MD, 2ndActive     Arrival Date/Time: 02/17/16 - 0948
Practitioner:                                   Triage Date/Time: 02/17/16 - 0956
Nurse: TELEGDY,HAYLEY, RN                        Date of Birth: 06/12/1959

Stated Complaint: DIZZINESS
Chief Complaint: Vertigo/Dizziness              Priority: 3

### ALLERGIES

Allergy/Adverse Reaction          Type/Category     Severity Date     Ver
No Known Drug Intolerances        Allergy/Drug      Unknown 02/17/16 Y

### ASSESSMENTS

RAPID INITIAL Asmt w/Sepsis

Occurred                    Recorded
Date     Time User          Date     Time User
02/17/16 0956 McCulloch,Carol A., RN   02/17/16 0956 McCulloch,Carol A., RN

First Point of Contact: Yes
Enter/Edit ALLERGIES: Yes
Arrived By: AMB
EMS Service: RUTH
Subjective Assessment:
REPORTED DIZZINESS WHILE DRIVING, HX SEIZURES
Objective Assessment:
AWAKE AND ALERT,COLOR GOOD,
MOVING ALL EXTREMITIES,
08/EMT History: (If Noted Below)
SMOKING STATUS: for Patients 13 Yrs Old or Older: Current every day smoker
Flowsheet: Yes
Chief Complaint: Vertigo/Dizziness
Priority: CTAS 3/URGENT
Is This a Work Related Injury: No
ESP? No
Facility ESP Status:
NOT ESP Enabled
Is Patient PRESENT? Y
Able to Perform TB & Contagious Respiratory Infection Point of Entry Screen Y
--In the past 3 weeks has the patient:--
--Resided in or traveled to an African country: None
Had contact with anyone who has been to a West African country: No
Been in contact with blood or body fluids of a person with Ebola: No
Fever greater than 100.4 F or 38.0 C: N
Is patient currently experiencing any of following in last 7 days:
Fever GREATER than 100.4: N
(38.0 C)
Cough: N
(NOT Related to
Allergy or COPD)
Sore Throat: N
Night Sweats: N
Unexplained Weight Loss: N
Fatigue: N
Body Aches: N

---

Rash: N
Nasal Congestion (NOT Related to Allergies or Sinus Infections): N
Pt Reports Prior HISTORY of TB or POSITIVE TB Skin Test: N
Close Contact with a Person who has TB: N
Close Contact with ANY Person Having an Influenza-like Illness: N
Travel outside the US in the past 3 weeks: N
TB POINT OF ENTRY Screen: NEGATIVE
Contagious Respiratory Infection Point of Entry Screen: NEGATIVE
Temperature: 97.7
TEMP Source: ORAL
Pulse: 66
Respirations: 189
Blood Pressure: 187/89
BP Source: Right Arm
MAP (mm Hg.): 121
O2 Sats: 97
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (If Noted Below) ---------------->>
Ht-Ft: 5
Ht-In: 4
On: 162.56
How is weight obtained? Stated/Estimated/Broslow
Wt-Lbs: 230
BMI:
39.4:
  : High
===SEVERE SEPSIS SCREENING===
Temperature: No
WBC results:
No Results past 24 hrs
Heart rate: No
Band results:
No Results past 24 hrs
Respirations: Yes
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 1
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

Vertigo/Dizziness Assessment

Occurred                    Recorded
Date     Time User          Date     Time User
02/17/16 1000 Bromley,Robert A., RN   02/17/16 1229 Bromley,Robert A., RN

Presenting Signs & Symptoms: Dizziness. CALLED HIS BOSS TODAY, ON WAY TO WORK AS HE WAS,
DRIVING, AND TOLD HIM, HE FELT DIZZY AND DROVE, TAKEN HIS HEADACHE IN THIS,
MORNING. HIS BOSS CALLED , 911 AND PT PULLED OVER. , PT A-NOX, RESP E/U, SKIN ,
W/D, NO DRIFT NOTED, , PUPILS PERRL, GRIPS EQUAL, AND STRONG BIL.
Initial Onset of Signs & Symptoms: More than 1 month Ago
Symptoms Constant or Intermittent: Intermittent
Onset of Current Episode: Less than 1 Hour Ago
Symptom Onset Gradual or Sudden: Gradual
** Recent Head Injury / Freq Fall(s) **
** Current Episode **
Loss of Consciousness: No
Behavior: Appropriate, Calm
** Abbreviated NIH Stroke Scale **

RUN DATE: 02/19/16
RUN TIME: 0347
RUN USER: HPF.FEED

Stonecrest Med Ctr-EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 2

Patient: RUFFINO,JOHN JAMES    Age/Sex: 56/M    Acct No: S005094S4079
ED Provider: Archer,Clark E.,MD    ED Room:    Unit No: S000254095

---

Level of Consciousness: Alert
Questions: Both correct
Commands: Obeys Both
Arm weakness left: No Drift
Arm weakness right: No Drift
Leg weakness left: No Drift
Leg weakness right: No Drift
Pupils PERLA: Yes
NUMBNESS/TINGLING: No
Weakness: No
Hand Grips Equal & Strong: Yes
Leg Strength Equal & Strong: Yes
Balance/Gait: Balanced
Pt on CARDIAC MONITOR: Yes
Cardiac Rhythm: Normal Sinus Rhythm
Does patient have a pacemaker? None
Does Patient Have an Internal Defibrillator? No

Swallow Screening - Assessment

| Occurred | | Recorded | | |
|---|---|---|---|---|
| Date | Time User | Date | Time User | |
| 02/17/16 1008 Bromley,Robert A., RN | | 02/17/16 1229 Bromley,Robert A., RN | | |

SWALLOW SAFETY SCREENING

Is Patient CURRENTLY Intubated: N
Acute Stroke/Neurological DX: N
Longer than 48 Hours - NOT M/VT Diag Testing: N
Drooling/Difficulty Managing Secretions: N
Wet Voice or Gurgly Breath Sounds: N
Food Residue/Foreign Object in Mouth: N
NEW DX of Head/Neck/Esophageal CA: N
Current DX RLL Pneumonia: N
Facial Weakness / Slurred Speech: N
Anterior Cervical Disectomy w/ Fusion,
CABG or Thoracic Surgery-THIS Admit: N
STROKE BOOKLET Given to Pt/Family: N
Is Patient FULLY Awake & Alert: Y
Is Pt Able to Tolerate HOB up 30 Degrees: Y

*STEP 1*: After Drinking 1 tsp (5cc) Water - ANY of the Following Occur: N
*STEP 2*: After Drinking SIP of Water firm Cup - ANY of the Following Occur: N
*STEP 3*: After Drinking 3-4 oz of Water - ANY of the Following Occur: N
*STEP 4*: After Eating 1 Cracker - ANY of the Following Occur: N
Did Pt have Difficulty with ANY of these Steps: N

Vertigo/Dizziness ReAssessment

| Occurred | | Recorded | | |
|---|---|---|---|---|
| Date | Time User | Date | Time User | |
| 02/17/16 1015 Bromley,Robert A., RN | | 02/17/16 1601 Bromley,Robert A., RN | | |

Patient Condition Assessment: No Change
Ongoing Signs & Symptoms: Dizziness
Behavior: Appropriate

Level of Consciousness: Alert
Questions: Both correct
Commands: Obeys Both
Arm weakness left: No drift
Arm weakness right: No drift
Leg weakness left: No drift
Leg weakness right: No drift
Pupils PERLA: Yes
NUMBNESS/TINGLING: No
Weakness: No
Hand Grips Equal & Strong: Yes
Leg Strength Equal & Strong: Yes
Balance/Gait: Balanced
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
Pt on CARDIAC MONITOR: Yes
Cardiac Rhythm: Normal Sinus Rhythm
Skin COLOR: Normal for Ethnicity

Detail Assessment

| Occurred | | Recorded | | |
|---|---|---|---|---|
| Date | Time User | Date | Time User | |
| 02/17/16 1052 Bromley,Robert A., RN | | 02/17/16 1057 Bromley,Robert A., RN | | |

Suicide screening: No
Evidence of physical and/or psychological abuse: No
Do you currently think your safety is being threatened by anyone you know: No
Previous Medical History: Yes
Previous Surgeries: Appendectomy, Gallbladder
Inter/Difficulty Need and reconciliation: Y
Nutrition/Difficulty Assessment: WNP Yes
Functional Assessment: WNP Yes
Living arrangements: Lives with others
Tobacco history: Yes
ALCOHOL History: No
Drug use History: No
Are there cultural, religious, language, developmental or behavioral factors
to the patient's plan of care: No
Any barriers to learning identified: No
Readiness to Learn: Cooperative
Preferred Method of Learning: Demonstration
OB/GYN History: (if noted below)
Do you feel a sense of hopelessness or helplessness that affects the care
in High
ED plan of care
Chief Complaint: Vertigo/Dizziness
Expected outcome of chief complaint: Improved
In the past few days have you been having
I want to ask you if your child attempted suicide
In the past week have you been having
Heart: Yes
  : Hypertension, CHF
Respiratory: Yes
  : COPD
Neurological: Yes
  : Dizzy, Other, FOR A MONTH BEEN TESTED, FOR SEIZURE
GI: No
GU: No

RUN DATE: 02/19/16
RUN TIME: 0347
RUN USER: HPF.FEED

Stonecrest Med Ctr EDM **LIVE**
EMERGENCY PATIENT RECORD

Patient: RUFFINO,JOHN JAMES
ED Provider: Archer,Clark E. MD

Age/Sex: 56/M
ED Room:

Acct No: S00509454079
Unit No: S00254095

---

**Mental Health:** No
**Cancer:** No
**Chronic/Other:** Yes
  : Hypertension
**Comments:**
HAS BEEN ON NEURONTIN FOR 4 DAYS FOR "SPELLS"
THAT BEEN GOING ON FOR A MONTH

**FAMILY HEALTH HISTORY**

Occurred
Date      Time  User
02/17/16  1224  Bromley,Robert A., RN

Enter/Edit FAMILY HEALTH HISTORY: Y

Recorded
Date      Time  User
02/17/16  1224  Bromley,Robert A., RN

**Medication History**

Occurred
Date      Time  User
02/17/16  1224  Bromley,Robert A., RN

Enter/Edit home med reconciliation: Y

**Physical Findings**

Occurred
Date      Time  User
02/17/16  1224  Bromley,Robert A., RN

Recorded
Date      Time  User
02/17/16  1224  Bromley,Robert A., RN

********* EAR *********
****** NOSE ******
****** THROAT ******

**SEVERE SEPSIS SCREENING**

Occurred
Date      Time  User
02/17/16  1225  Bromley,Robert A., RN

Recorded
Date      Time  User
02/17/16  1225  Bromley,Robert A., RN

**Temperature:** No
WBC results:
02/17/16  6.6  1015
Heart rate: No
Band results:
No Results past 24 hrs
MSC/Bands: No
Respirations: No
If yes to 2 or more of above, proceed to next section: 0
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

**Vertigo/Dizziness Reassessment**

Occurred
Date      Time  User
02/17/16  1229  Bromley,Robert A., RN

Recorded
Date      Time  User
02/17/16  1229  Bromley,Robert A., RN

---

**Patient Condition Assessment:** No Change

**Vertigo/Dizziness Reassessment**

Occurred
Date      Time  User
02/17/16  1514  RICHARDS,ABBY, RN

Recorded
Date      Time  User
02/17/16  1514  RICHARDS,ABBY, RN

**Patient Condition Assessment:** No Change

**SEVERE SEPSIS SCREENING**

Occurred
Date      Time  User
02/17/16  1708  Bromley,Robert A., RN

Recorded
Date      Time  User
02/17/16  1708  Bromley,Robert A., RN

**Temperature:** No
If yes to 2 or more of above, proceed to next section: 0
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

**Vertigo/Dizziness Reassessment**

Occurred
Date      Time  User
02/17/16  1822  Bromley,Robert A., RN

Recorded
Date      Time  User
02/17/16  1822  Bromley,Robert A., RN

**Patient Condition Assessment:** No Change

**Vertigo/Dizziness Reassessment**

Occurred
Date      Time  User
02/17/16  1925  TELEGDY,HAYLEY, RN

Recorded
Date      Time  User
02/17/16  1927  TELEGDY,HAYLEY, RN

**Patient Condition Assessment:** Worsened
Ongoing Signs & Symptoms: DYSPHASIA, RIGHT ARM WEAKNESS
Behavior Appropriate: Calm
Level of Consciousness: Alert
Questions: Both correct
Commands: Obeys Both
Pupils PERLA: Yes
NUMBNESS/TINGLING: No
Weakness: Yes
Location of Weakness: Hand, Right
Hand Grips Equal & Strong: No
Explain:
RIGHT HAND WEAKER THAN
LEFT
Leg Strength Equal & Strong: Yes
Balance/Gait: Unable to Assess
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
Pt on CARDIAC MONITOR: Yes
Cardiac Rhythm: Normal Sinus Rhythm
Skin COLOR: Normal for Ethnicity
Skin Temp: Warm, Dry

**SEVERE SEPSIS SCREENING**

---

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 23 of 58 PageID #: 405
John Ruffino                                    StoneCrest Medical Center - 000016

RUN DATE: 02/19/16
RUN TIME: 0947
RUN USER: HPF.FEED

Stonecrest Med Ctr EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 4

Patient: RUFFINO,JOHN JAMES
ED Provider: Archer,Clark E   MD

Age/Sex: 56/M
ED Room:

Acct No: SM0509434079
Unit No: SM00254095

Occurred        Recorded    Time User
Date   Time User  Date
02/17/16 2111 TELEGDY,HAYLEY, RN   02/17/16 2111 TELEGDY,HAYLEY, RN

Smoking cessation instruction given to the patient/caregiver: Pt/Caregiver received
Was Pt Treated in FAST TRACK: No
LPMSE
ED plan of care
Chief Complaint: Vertigo/Dizziness
Expected outcome of chief complaint: Improved
Actual outcome of chief complaint: Improved

Temperature: No
WBC results:
02/17/16 6.6 1015
Heart rate: No
Band results:
No results past 24 hrs
Respirations: No
WBC/Bands: No
If yes to 2 or more of above, proceed to next section: 0
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

Temperature: 97.9
TEMP Source: ORAL
Pulse: 69
Respirations: 18
Blood Pressure: 150/85
MAP (mm Hg): 106
BP Source: Right Arm
O2 Sats: 97
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (if Noted Below) ------------------------>>
ORTHOSTATIC VITAL SIGNS - (if Noted Below)
Glasgow Coma Scale:

Vertigo/Dizziness Reassessment

Occurred        Recorded    Time User
Date   Time User  Date
02/17/16 2111 TELEGDY,HAYLEY, RN   02/17/16 2114 TELEGDY,HAYLEY, RN

- << Fetal Heart Rate >>
Days
Days
Reason for Transfer: HIGHER LEVEL OF CARE
Services Required for Transfer: Neurology
Memorandum of Transfer, Documentation of Diagnostics Copied: Yes
Report Given To:
FELICIA SCHOCH, RN
Which Facility:
CENTENNIAL
Via: Ambulance
Which EMS Service: RUTH
Patient Left -->
#1:
#2:
#3:
#4:
#1:
#2:
#3:
#4:
#1:
#2:
#3:
#4:
#1:
#2:
#3:
#4:

Patient Condition Assessment: No Change
Onset/Signs & Symptoms: DYSPHASIA, RIGHT SIDED WEAKNESS
Behavior: Appropriate, Calm
Level of Consciousness: Alert
Questions: Both correct
Commands: Obeys Both
Pupils PERLA: Yes
NUMBNESS/TINGLING: No
Weakness: Yes
Location of Weakness: Hand, Right
Hand Grips Equal & Strong: No
Explain:
RIGHT WEAKER THAN LEFT
Balance/Gait: Unable to Assess
Breath Sounds Clear & Equal Bilaterally All Lobes: Yes
Pt on CARDIAC MONITOR: Yes
Cardiac Rhythm: Normal Sinus Rhythm
Skin COLOR: Normal for Ethnicity
Skin Temp: Warm, Dry

Disposition - DC, TX, ADM, LPT

Occurred        Recorded    Time User
Date   Time User  Date
02/17/16 2233 TELEGDY,HAYLEY, RN   02/17/16 2234 TELEGDY,HAYLEY, RN

===SEVERE SEPSIS SCREENING===
===INFECTION===
===NEW ORGAN DYSFUNCTION within past 48 hours===

Patient Disposition: Transfer
Disposition Category: Was Stabilized & Transf'd
Assess VITAL SIGNS Now: Yes
Assess PAIN Now: No
EDUCATION Provided: No
IV Infusion Times: No
Discontinue IV: No
FOLEY Discontinue: No
Any ADVERSE REACTION to Meds While in ED: No
SMOKING STATUS for Patients 13 Yrs Old or Older: Current every day smoker

NEURO Cks w/ Glasgow/Cran Nerv

Occurred                              Recorded

RUN DATE: 02/19/16
RUN TIME: 0347
RUN USER: HF.FEED

Stonecrest Med Ctr EDM **LIVE**
EMERGENCY PATIENT RECORD

PAGE 5

Patient: RUFFINO,JOHN JAMES
ED Provider: Archer,Clark E  MD

Age/Sex: 56/M
ED Room:

Acct No: SN050945079
Unit No: SN00254095

---

**Date        Time User**
02/17/16  1009 Bromley,Robert A., RN

GLASGOW COMA SCALE===============================
: Y
Best VERBAL: ORIENTED / APPROPRIATE
Best MOTOR: OBEYS Commands
EYE Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ~~~~~>>
CRANIAL NERVES=================================
Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Sensation: NORMAL

FLOWSHEET: VITALS

**Occurred**                                                    **Recorded**
**Date        Time User**                                      **Date        Time User**
02/17/16  1011 Bromley,Robert A., RN                 02/17/16  1556 Bromley,Robert A., RN

Pulse: 67
Respirations: 16
Blood Pressure: 158/84
MAP (mm Hg.): 108
O2 Sats: 98
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES ------------------------->>
ORTHOSTATIC VITAL SIGNS - : (If Noted Below)
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

NEURO Cks w/ Glasgow/Cran Nerv

**Occurred**                                                    **Recorded**
**Date        Time User**                                      **Date        Time User**
02/17/16  1015 Bromley,Robert A., RN                 02/17/16  1604 Bromley,Robert A., RN

---

GLASGOW COMA SCALE===============================
: Y
Best VERBAL: ORIENTED / APPROPRIATE
Best MOTOR: OBEYS Commands
EYE Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ~~~~~>>
Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Sensation: NORMAL

FLOWSHEET: VITALS

**Occurred**                                                    **Recorded**
**Date        Time User**                                      **Date        Time User**
02/17/16  1026 Bromley,Robert A., RN                 02/17/16  1557 Bromley,Robert A., RN

Pulse: 63
Respirations: 18
Blood Pressure: 148/82
MAP (mm Hg.): 104
O2 Sats: 98
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - : (If Noted Below)
ORTHOSTATIC VITAL SIGNS - : (If Noted Below) --------->>
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

NEURO Cks w/ Glasgow/Cran Nerv

**Occurred**                                                    **Recorded**
**Date        Time User**                                      **Date        Time User**
02/17/16  1030 Bromley,Robert A., RN                 02/17/16  1606 Bromley,Robert A., RN

GLASGOW COMA SCALE===============================
: Y
Best VERBAL: ORIENTED / APPROPRIATE

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 25 of 58 PageID #: 407
John Ruffino                                    StoneCrest Medical Center - 000018

RUN DATE: 02/19/16
RUN TIME: 1347
RUN USER: HP-FEED

Stonecrest Med Ctr EDM **LIVE**
EMERGENCY PATIENT RECORD

Patient: RUFFINO,JOHN JAMES   Age/Sex: 56/M   Acct No: SN650045A079
ED Provider: Archer,Clark E  MD   ED Room:   Unit No: SN0025A095

Best MOTOR: OBEYS Commands
EYE Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ^^^^^^^>>
CRANIAL NERVES:
Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Sensation: NORMAL
Comment:
PT UP AND AMBULATED TO RESTROOM S/E GAIT.

FLOWSHEET: VITALS

Occurred          Recorded
Date  Time User   Date  Time User
02/17/16 1044 Bromley,Robert A., RN   02/17/16 1557 Bromley,Robert A., RN

Pulse: 67
Respirations: 18
Blood Pressure: 154/80
MAP (mm Hg.): 104
O2 Sats: 98
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (If Noted Below) ---------------------------->>
ORTHOSTATIC VITAL SIGNS - (If Noted Below) --------------------------->>
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

NEURO Cks w/ Glasgow/Cran Nerv

Occurred          Recorded
Date  Time User   Date  Time User
02/17/16 1045 Bromley,Robert A., RN   02/17/16 1607 Bromley,Robert A., RN

GLASGOW COMA SCALE=================================
: Y
Best VERBAL: ORIENTED / APPROPRIATE
Best MOTOR: OBEYS Commands

Eye Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ^^^^^^^>>
CRANIAL NERVES:
Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Comment:
PT ON STRETCHER IV PATENT. PT A+O×3, RESP E/U
SKIN W/D.

FLOWSHEET: VITALS

Occurred          Recorded
Date  Time User   Date  Time User
02/17/16 1050 Bromley,Robert A., RN   02/17/16 1051 Bromley,Robert A., RN

Pulse: 63
Respirations: 16
Blood Pressure: 127/79
MAP (mm Hg.): 95
O2 Sats: 96
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (If Noted Below) ---------------------------->>
ORTHOSTATIC VITAL SIGNS - (If Noted Below)
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

FLOWSHEET: VITALS

Occurred          Recorded
Date  Time User   Date  Time User
02/17/16 1056 Bromley,Robert A., RN   02/17/16 1558 Bromley,Robert A., RN

Pulse: 68
Respirations: 18
Blood Pressure: 154/79
MAP (mm Hg.): 104
O2 Sats: 98

DATE 1/5/2017

PRINTED BY:bpa9869

Case 3:17-cv-00725   Document 41-4   Filed 11/30/17   Page 26 of 58 PageID #: 408
John Ruffino                          StoneCrest Medical Center - 000019

RUN DATE: 02/19/16
RUN TIME: 0347
RUN USR: HPF.FEED

Stonecrest Med Ctr EDM  **LIVE**
EMERGENCY PATIENT RECORD

PAGE 7

Patient: RUFFINO,JOHN JAMES          Age/Sex: 56/M        Acct No: SM6500054079
ED Providers: Archer,Clark E MD      ED Room:              Unit No: SM0025V035

Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (if Noted Below) ------------------------------------>>
ORTHOSTATIC VITAL SIGNS - (if Noted Below)
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

NEURO Cks w/ Glasgow/Cran Nerv

Occurred                                    Recorded
Date    Time User                          Date    Time User
02/17/16 1100 Bromiley,Robert A., RN       02/17/16 1638 Bromiley,Robert A., RN

GLASGOW COMA SCALE=
: Y
Best VERBAL: ORIENTED / APPROPRIATE
Best MOTOR: OBEYS Commands
EYE Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ^^^^^^^>>
CRANIAL NERVES=
Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Sensation: NORMAL

NEURO Cks w/ Glasgow/Cran Nerv

Occurred
Date    Time User
02/17/16 1200 Bromiley,Robert A., RN

GLASGOW COMA SCALE=
: Y
Best VERBAL: ORIENTED / APPROPRIATE
Best MOTOR: OBEYS Commands
EYE Opening: Open SPONTANEOUSLY
Glasgow Coma Scale TOTAL: 15
Document CRANIAL NERVES &/or NEURO CHECKS on NEXT Pages ^^^^^^^>>
CRANIAL NERVES=

Recorded
Date    Time User
02/17/16 1702 Bromiley,Robert A., RN

Eye MOVEMENT (III,IV,VI): NORMAL
Gag Reflex (X,XII): NORMAL
Pupil SIZE - L: 3 mm
Pupil RESPONSE - L: BRISK
Pupil SIZE - R: 3 mm
Pupil RESPONSE - R: BRISK
Responsiveness: ALERT
Oriented To: ALERT
Speech/Language: NORMAL
Arm STRENGTH - L: NORMAL POWER
Arm STRENGTH - R: NORMAL POWER
Hand GRIP - L: STRONG
Hand GRIP - R: STRONG
Leg STRENGTH - L: NORMAL POWER
Leg STRENGTH - R: NORMAL POWER

Sensation: NORMAL

FLOWSHEET: VITALS

Occurred                                    Recorded
Date    Time User                          Date    Time User
02/17/16 1222 Bromiley,Robert A., RN       02/17/16 1222 Bromiley,Robert A., RN

Pulse: 56
Respirations: 16
Blood Pressure: 150/79
MAP (mm Hg,): 102
O2 Sats: 97
Airway Adjunct: Room air
BILATERAL BLOOD PRESSURES - (if Noted Below)
ORTHOSTATIC VITAL SIGNS - (if Noted Below) ------------------------------------>>
Ht-Ft: 5
Ht-In: 4
On: 162.56
BMI:
39.4
: High
Glasgow Coma Scale:
<< Fetal Heart Rate >>

IV: SALINE LOCK - Tx & ORDER

Occurred                                    Recorded
Date    Time User                          Date    Time User
02/17/16 1222 Bromiley,Robert A., RN       02/17/16 1223 Bromiley,Robert A., RN

Time #1 IV Started: 1030
Date: 02/17/16
Where/Who Started:
TONY
Size (Gauge): #20
Type of Catheter: Single Lumen
# of Attempts: 1
IV Site: ACF, Left
#1:
#2:
#3:

PRINTED BY:bpa9869        DATE 1/5/2017

Case 3:17-cv-00725    Document 41-4    Filed 11/30/17    Page 27 of 58 PageID #: 409
John Ruffino                                      StoneCrest Medical Center - 000020

```
STONECREST MEDICAL CENTER        Name: RUFFINO,JOHN JAMES
MEDICAL IMAGING                  Phys: Archer,Clark E  MD
200 STONECREST BLVD              DOB: 06/12/1959   Age: 56   Sex: M
SMYRNA, TN 37167                 Acct: SM0509454079  Loc: SM.ER05 A
PHONE #: 615-768-2370            Exam Date: 02/17/2016 Status: ADM IN
  FAX #:                         Radiology No:
                           Unit No: SM00254095
```

```
 EXAMS:                     Reason:                    CPT:
000822509 CT ANGIO HEAD W/WO CON   NEU - Neurological Deficit  70496
```

CTA head with/without contrast

Comparison: CT head at 1029 hours.

History: Dizziness.

Technique: Noncontrast CT brain performed earlier today. Subsequently
helical images obtained through the brain following dynamic
intravenous administration of 100 cc Isovue-370 contrast. Image
postprocessing including MIPs and3D reconstructions performed on
independent workstation.

CTA head: There is abrupt, complete occlusion of the LEFT MCA proximal
M2 segment. There is a paucity of vascularity in the LEFT MCA
territory. The other major cerebral vessels are widely patent. The
basilar artery and its bifurcation are unremarkable. The anterior
communicating artery is patent and the posterior communicating
arteries are not visualized. The dural venous sinuses are patent. No
aneurysm, vascular malformation, or abnormal enhancement..

 Impression: There is complete occlusion of the proximal LEFT MCA M2
 segment.

 Case discussed with Dr. Clark E Archer, MD at  2/17/2016 3:17 PM.


 Result Code: (CR) CRITICAL RESULT

 CTA neck with and without contrast

 Comparison:  None available.

 History:  Right-sided weakness and slurred speech.

 Technique: Noncontrast localizer images obtained. Subsequently,
 helical images obtained from superior mediastinum through skull base
 following dynamic intravenous administration 100 cc Isovue-370
 contrast. Image postprocessing including MIPs and multiplanar 3D
 reconstructions.

 Nonvascular findings:  No acute abnormality.


 Arch:  Normal caliber and configuration. No high-grade stenosis of the
 brachiocephalic vessels.

 Right Carotid:  Widely patent, with mild calcific plaque proximal ICA.

PRINTED BY: bpa9669        DATE: 07/5/2017                    (CONTINUED)
PAGE: 1

Case 3:17-cv-00725   Document 41-4   Filed 11/30/17   Page 28 of 58 PageID #: 410
John Ruffino                     Signed Report    StoneCrest Medical Center - 000065

STONECREST MEDICAL CENTER
MEDICAL IMAGING
200 STONECREST BLVD
SMYRNA, TN 37167
PHONE #: 615-768-2370
    FAX #:

Name: RUFFINO,JOHN JAMES
Phys: Archer,Clark E   MD
DOB: 06/12/1959   Age: 56      Sex: M
Acct: SM0509454079   Loc: SM.ER05 A
Exam Date: 02/17/2016 Status: ADM IN
Radiology No:
Unit No: SM00254095

EXAMS:                          Reason:                    CPT:
000822509 CT ANGIO HEAD W/WO CON    NEU - Neurological Deficit  70496

    <Continued>


Left Carotid:   Widely patent with minimal calcific plaque at the
bifurcation.

Right Vertebral: Widely patent, codominant.

Left Vertebral:  Widely patent, codominant.

Impression:  No occlusion or hemodynamic stenosis.. .


** Electronically Signed by Keith R. Parker MD on 02/17/2016 at 1518 **
            Reported and signed by: Keith R. Parker, MD


CC: NO PRIMARY OR FAMILY PHYSICIAN; SELF REFERRED

Technologist: Chad Robinette,ARRT(R,CT); Kiwaski Vaughn
Transcribed Date/Time: 02/17/2016 (1455)
CTDI:21.70           DLP:884.37
Electronic Signature Date/Time: 02/17/2016 (1518)
PRINTED BY: lpa 9069   S: 02/17/2016 (1/5207)

John Ruffino                                    StoneCrest Medical Center - 000066

```
STONECREST MEDICAL CENTER          Name: RUFFINO,JOHN JAMES
MEDICAL IMAGING                    Phys: Raad,Osman K  DO
200 STONECREST BLVD                DOB: 06/12/1959   Age: 56      Sex: M
SMYRNA, TN 37167                   Acct: SM0509454079  Loc: SM.ER
PHONE #: 615-768-2370              Exam Date: 02/17/2016 Status: REG ER
  FAX #:                           Radiology No:
                                   Unit No: SM00254095
```

```
   EXAMS:                          Reason:                    CPT:
000822440 CT HEAD W/O CONTRAST     dizzy                      70450
```

CT head without contrast

Comparison: None available.

Indication: Dizziness.

Technique: Axial images obtained from skull base through calvarium
without contrast.

Findings:

Cerebrum: There is age-appropriate atrophy.. There is no intracranial
hemorrhage or midline shift. No periventricular deep white matter
changes..

Posterior fossa: No hemorrhage. The basilar cisterns are maintained.
There is a prominent cisterna magna. There is calcific plaque of the
distal LEFT vertebral artery..

Ventricular system: Normal.

Calvarium, sinuses,  and skull base: Unremarkable.

The internal auditory canals are normal.

  Impression: There is no acute intracranial abnormality. Otherwise as
  above..


** Electronically Signed by Keith R. Parker MD on 02/17/2016 at 1035 **
          Reported and signed by: Keith R. Parker, MD




CC: Mark NP Reinhardt

Technologist: Chad Robinette,ARRT(R,CT)

Transcribed Date/Time: 02/17/2016 (1026)
CTDI:50.75              DLP:817.20
Electronic Signature Date/Time: 02/17/2016 (1035)
Orig Print D/T: S: 02/17/2016 (1037)
PRINTED BY:bpa9869          DATE 1/5/2017 BATCH NO: N/A

PAGE  1                       Signed Report
John Ruffino                                 StoneCrest Medical Center - 000067
```

```
STONECREST MEDICAL CENTER          Name: RUFFINO,JOHN
MEDICAL IMAGING                    Phys: Raad,Osman K  DO
200 STONECREST BLVD                DOB: 06/12/1959   Age: 56      Sex: M
SMYRNA, TN 37167                   Acct: SM0509454079  Loc: SM.ER
PHONE #: 615-768-2370              Exam Date: 02/17/2016 Status: PRE ER
  FAX #:                           Radiology No:
                          Unit No: SM00254095


  EXAMS:                       Reason:                    CPT:
000822441 XR CHEST 1 VIEW PORT   CP - Chest Pain          71010


  AP PORTABLE CXR    10:15 AM 2/17/2016

HISTORY: CP - Chest Pain

COMPARISON: none

FINDINGS: The heart size is normal. The lungs are clear. The
inspiration is limited.

  IMPRESSION: Slightly limited by suboptimal inspiration, but no
  abnormality is demonstrated.




** Electronically Signed by Jack R. Baker MD on 02/17/2016 at 1015 **
        Reported and signed by: Jack R. Baker, MD
```

CC: Mark NP Reinhardt

Technologist: Morgan Holmes, RT(R)

Transcribed Date/Time: 02/17/2016 (1015)
Electronic Signature Date/Time: 02/17/2016 (1015)
Orig Print D/T: S: 02/17/2016 (1017)
                                    BATCH NO: N/A

Patient: ___Ruffino, John___  Medical Record Number: ___M001949828___

Facility: ___Centennial Medical Center___  Phone Number: ___615-695-8700___

Address: ___2300 Patterson St___  City/State: ___Nashville, TN___  Zip: ___37203___

## CERTIFICATION OF MEDICAL RECORDS

To the best of my knowledge, the copied documents, records and other items enclosed are true and correct copies of all original records identified and described in the subpoena duces tecum, patient authorization, or court order made by or at the direction of the custodian of records. The original records were prepared in the ordinary course of the facility's regularly conducted business at or near the time of the act, condition, or event by persons with knowledge of the facts recorded, and the records have been maintained in the ordinary course of the facility's regularly conducted business according to all confidentiality and security requirements of law. This certification is given by the custodian of records instead of the custodian's personal appearance.

We are not aware of any omissions; however, due to the timing of this request it is possible that a portion of the medical record may be incomplete and/or preliminary at this time.

The Custodian hereby certifies the amount charged for production of the requested records is reasonable within the standards of the community and other similarly situated Hospitals.

The recipient of these records agrees to maintain their confidentiality and permit further disclosure only as authorized by law.

Select Only One:

☐ The complete records consisting of ___923___ pages.
☐ The complete records for the time period beginning _____ and ending _____ consists of _____ pages.
☐ The copied records consist of _____ pages per your request for specific portions of the medical record.
☐ The copied records consist of _____ pages. They are incomplete in the following:_____

## CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

## DECLARATION OF CUSTODIAN OF RECORDS

I, ___Denise Danitz___, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of ___Tennessee___, County of ___Davidson___ that the foregoing is true and correct.

___Denw___  ___10/6/17___
Signature  Date

**************************************************

Subscribed and sworn to me, a notary public in and for said county, this _____ Day of _____ 20___.

_____
Notary Public
My commission expires: _____

(Seal)

In states where a Notary is not required, this form will only include signature and date of the medical record custodian.

```
                    CENTENNIAL MEDICAL CENTER
                       2300 Patterson Street
                        Nashville, TN 37203

                    ****HISTORY AND PHYSICAL****

ROOM:  M.NS03-A
STATUS:  ADM IN
PATIENT:  RUFFINO,JOHN JAMES
MR#:  M001949828
ACC#:  M00158587645
DOB:  06/12/59
PHYSICIAN:  Akanbi,Olabisi O  MD

DATE OF ADMISSION:  02/17/16
```

DATE OF ADMISSION:
February 18, 2016

The patient was transferred from StoneCrest.

The patient was then seen by me on February 18, 2016.

CHIEF COMPLAINT:
The patient was transferred from StoneCrest where stroke was diagnosed.

HISTORY OF PRESENT ILLNESS:
The patient is a 56-year-old Caucasian male with medical history significant for
hypertension and hypercholesterolemia, who presented to StoneCrest ED on account
of dizziness and slurred speech with facial muscle weakness as well. This was
started around 8 p.m. yesterday morning. The patient is, however, a poor
historian, so history was obtained by chart review and also from wife. The
patient stated that he has been having these acute events with speech difficulty
and facial weakness of unknown for the past 1 month. He has had about 3
episodes so far, which really lasted for about 3 to 5 minutes and resolved
completely afterwards. The patient was presented to the StoneCrest medical
facility way way after the thrombolytic window and at that time, CT head was
done, which did not show any intracranial abnormalities and also a CTA was done,
which did not show any significant stenosis. The patient at presentation was
still having the right facial weakness and droop wit slurred speech with some
expressive aphasia. The history, patient woke up with above listed symptoms in
the morning. At Lebanon University Medical Center, he was worked up extensively
with MRI brain and MRA of the brain as well with negative findings. He was
given aspirin at that time and was treated for possible seizures with
gabapentin.

The patient was subsequently transferred to Centennial Medical Center, it has to
be reviewed by the neurologist over here.

PAST MEDICAL HISTORY:
1.  Hypertension.
2.  Hypercholesterolemia.

PAST SURGICAL HISTORY:
Noncontributory.

PT: RUFFINO,JOHN JAMES          UNIT: M001949828     ACCT: M00158587645

**FAMILY HISTORY:**
Noncontributory, patient is a poor historian.

**SOCIAL HISTORY:**
The patient says he does not smoke or drink alcohol, use illicit drugs.

**REVIEW OF SYSTEMS:**
The 12-point review of system done was negative except for the findings as stated in the history of present illness. No more details could be collected due to the patient's aphasia.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: Temperature is 97.7, pulse rate is 58, respirations are 18, blood pressure is 133/77 with O2 sat of 97.
GENERAL: Alert and oriented x3, not in any cardiopulmonary distress, lying in bed calmly.
HEENT: No pallor, anicteric, or cyanosed. No oropharyngeal exudates. Pupils were reactive to light and accommodation. Extraocular muscles are intact.
NECK: No neck pain. No JVD.
CARDIOVASCULAR: S1, S2, no murmur.
RESPIRATORY: Intact. Clear to auscultation bilaterally.
MUSCULOSKELETAL: The patient has right-sided weakness, also facial droop on the face. The patient favors use on the left hand more than the right.
NEUROLOGIC: The patient is alert, awake, and oriented x3, has some language difficulties and dysarthric especially about his problems. Pupils were reactive to light and accomodation. The patient has facial weakness on the right side of the face and tongue is still midline. Muscle bulk and tone are still fine and has some mild weakness on the proximal and distal right muscles. Gait could not be assessed at this time.

**LABORATORY DATA:**
1. WBC 6.6, hemoglobin is 14.4, hematocrit is 41.7 with platelets of 226. Troponin was 0.01. CMP: Sodium is 137, potassium is 3.7, chloride is 100, bicarb is 25, BUN 17, and creatinine is 1.1 with glucose of 121, INR is 0.9.
2. Chest x-ray shows no abnormality.
3. CT head shows no acute intracranial abnormality.
4. CTA head shows no signs of stenosis.
5. UA was negative.
6. UDS was negative.

**SUMMARY:**
The patient is a 56-year-old Caucasian male, admitted on account of stroke.

**PLAN:**
1. Presently, the patient will be admitted for conservative management as patient has passed the window for thrombolytics. We will go ahead and get an MRI of the brain to access for any acute ischemic changes.
2. We are going to get neurologic consult for review.
3. We are going to place the patient on IV normal saline to run at 125 mL an hour.
4. We are going to allow for permissive hypertension for now to encourage

PT: RUFFINO,JOHN JAMES          UNIT: M001949828     ACCT: M00158587645

Centennial Medical Center 000018

cerebral perfussion.
5.  We are going to wake patient up for getting A1c, lipid panel, also monitor
his CBC.
6.  We are going to get swallow study in patient as well.
7.  We are going to physical therapy, occupational and speech therapy as well.
8.  Deep venous thrombosis prophylaxis as Lovenox.
9.  Code status is FULL CODE.

DD:02/18/2016 08:40:12 DT:02/18/2016 11:31:03 SGSNASHHSC;Job#2899500
Authenticated and Edited by Olabisi O Akanbi, MD On 2/21/16 10:20:44 AM


_____
                                        Olabisi O Akanbi, MD
REPORT ID: 0219-0094



Electronically Signed by Olabisi O Akanbi, MD on 02/21/16 at 1025

PT: RUFFINO,JOHN JAMES            UNIT: M001949828    ACCT: M00158587645

PATIENT: RUFFINO,JOHN JAMES          UNIT #: M001949828
ACCOUNT#: M00158587645               ROOM/BED: M.NS03-A
DOB: 06/12/59  AGE: 56     SEX: M    ATTEND: Nottidge, Michael
E.,  MD
ADM DT: 02/17/16                     AUTHOR:
Jarquin-Valdivia,Adrian A  MD
REP SRV DT: 02/18/16                 REP SRV TM: 0829
* ALL edits or amendments must be made on the electronic/computer
document *


## History of Present Illness
**Requesting clinician:** Dr Paranjepe
**Reason for consult:**
stroke
**Chief complaint:**
stroke
**HPI:**
The patient is a 56 year-old right-handed, married, truck driver, smoker, man.
Since around December 2015, he has been having episodes of right hemmiparesis and
aphasia/dysarthria, the episodes would be self-limited, and last for about 10-15 minutes. The
episodes have been stereotypical.
The night before yesterday, he went to bed in usual state of health, in the morning yesterday,
he got ready to go to work at that time the wife noted that the patient was not speaking
normal and that he was confused. At about 08:00 hrs, while at work, he had increased
right-sided weakness and aphasia/dysarthria.

MH: obese, smoker, hypertension, dyslipidemia,
SH: chole
SocH: +smoker, no alcohol, no illicits, employed,


## History


## Past History
**Family history:**
MOTHER
  Family History: Cancer, Onset: 60+.
FATHER
  Family History: Cancer, Onset: 60+.
Relation not specified for:
  Family History: Unremarkable

## Medications:


Page 1 of 10

Patient: RUFFINO,JOHN JAMES
Unit#:M001949828
Date: 02/18/16
Acct#:M00158587645

Home Medications:

| Medication | Dose/Rte/Freq | Days | Qty | Entered | Last Reviewed |
|---|---|---|---|---|---|
| Lisinopril (Zestril)<br>Strength: (Unknown Strength) TAB | 40 MG PO DAILY | | | 02/17/16 2315 | 02/18/16 1138 |
| Tamsulosin (Flomax)<br>Strength: (Unknown Strength) CAP | 0.4 MG PO DAILY | | | 02/17/16 2316 | 02/18/16 1138 |
| Gabapentin (Neurontin)<br>Strength: (Unknown Strength) CAP | 300 MG PO DAILY 2100 | | | 02/17/16 2317 | 02/18/16 1138 |
| Aspirin<br>Strength: 81 MG TAB | 81 MG PO DAILY | | | 02/17/16 2319 | 02/17/16 2319 |
| Atorvastatin (Lipitor)<br>Strength: (Unknown Strength) TAB | 10 MG PO DAILY | | | 02/17/16 2320 | 02/18/16 1138 |
| Ibuprofen (Motrin)<br>Strength: 800 MG TAB | 800 MG PO TID | | | 02/18/16 1138 | 02/18/16 1138 |

Current Hospital Medications:
**Anti-Infective Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Minocycline HCl (MINOCYCLINE HCL) | 200 MG | DAILY PO | 02/18 1430 02/21 0901 | CAN | |
| Minocycline HCl (MINOCYCLINE HCL) | 200 MG | DAILY PO | 02/18 1209 02/22 0901 | CKD | 02/18 1305 |

**Autonomic Drugs**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Phenylephrine HCl (PHENYLEPHRINE HCL)<br>Sodium Chloride (SODIUM CHLORIDE 0.9%) | 30 MG<br><br>250 ML | ASDIR PRN IV | 02/18 1930 04/18 1931 | CKD | |
| Phenylephrine HCl (PHENYLEPHRINE SYRINGE 0.1MG/ML) | 0 | .STK-MED ONE IV | 02/18 1703 | DC | 02/18 1715 |

**Blood Formation,Coagulation &**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Enoxaparin Sodium (LOVENOX) | 40 MG | Q24H SUBQ | 02/18 0600 04/18 0601 | AC | 02/18 0555 |

Page 2 of 10

---

## Cardiovascular Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lisinopril (PRINIVIL) | 40 MG | DAILY PO | 02/19 0900 04/19 0901 | AC | |
| Tamsulosin HCl (FLOMAX 0.4 MG) | 0.4 MG | DAILY PO | 02/19 0900 04/19 0901 | AC | |
| Atorvastatin Calcium (LIPITOR) | 40 MG | BEDTIME PO | 02/18 2100 04/18 2101 | AC | |
| Lidocaine HCl (LIDOCAINE HCL 2%) | 0 | .STK-MED ONE INJ | 02/18 1827 | DC | 02/18 1921 |
| Atorvastatin Calcium (LIPITOR) | 10 MG | DAILY PO | 02/18 1219 04/18 1220 | CAN | |

## Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Aspirin (ASPIRIN) | 325 MG | DAILY PO | 02/18 1100 04/18 1101 | AC | 02/18 1044 |
| Aspirin (ASPIRIN) | 300 MG | DAILY RECTAL | 02/18 0900 04/18 0901 | DC | |

## Diagnostic Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Iopamidol (ISOVUE-370) | 40 ML | .STK-MED ONE IV | 02/18 1254 02/18 1255 | DC | 02/18 1254 |

## Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride (SODIUM CHLORIDE 0.9%) | 500 ML | BOLUS ONE IV | 02/18 1207 02/18 1236 | DC | 02/18 1305 |
| Sodium Chloride (SODIUM CHLORIDE 0.9%) | 1,000 ML | .Q8H IV | 02/18 0304 04/18 0305 | AC | 02/18 1922 |

## Gastrointestinal Drugs

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|

| Docusate Sodium (DOCUSATE SODIUM) | 100 MG | BID PO | 02/18 1210 04/18 2101 | AC | 02/18 1306 |
| Fish Oil (FISH OIL CONCENTRATE) | 1,000 MG | DAILY PO | 02/18 1209 04/19 0901 | CKD | 02/18 1306 |
| Famotidine (PEPCID) | 20 MG | BID PO | 02/18 0900 04/18 0901 | AC | 02/18 1044 |

**Vitamins**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Cholecalciferol (VITAMIN D3) | 1,000 INTL.UNITS | DAILY PO | 02/18 1209 04/19 0901 | CKD | 02/18 1306 |

**Allergies:**
**Coded Allergies:**
No Known Drug Intolerances (. 02/17/16)

## Review of Systems
**Unable to obtain due to:**
aphasia

## Objective

## Physical Exam
**VS:**
Last Documented:

| | Result | Date Time |
|---|---|---|
| B/P | 167/79 | 02/18 1829 |
| Pulse Ox | 99 | 02/18 1829 |
| Pulse | 70 | 02/18 1829 |
| Resp | 18 | 02/18 1829 |
| Temp | 37.2 | 02/18 1700 |
| O2 Delivery | ROOM AIR | 02/18 1545 |

Date:  Time:
Delirious/Non-Delirious:  Total Score:
Target RASS: []

## Medications:

Current Home Medications
Lisinopril (Zestril) 40 MG PO DAILY
Tamsulosin (Flomax) 0.4 MG PO DAILY
Gabapentin (Neurontin) 300 MG PO DAILY 2100
Aspirin 81 MG PO DAILY
Atorvastatin (Lipitor) 10 MG PO DAILY
Ibuprofen (Motrin) 800 MG PO TID

Active Meds + DC'd Last 24 Hrs
Lisinopril  40 MG   DAILY   PO
Tamsulosin HCl  0.4 MG   DAILY   PO
Atorvastatin Calcium  40 MG   BEDTIME   PO
Phenylephrine HCl  30 MG   ASDIR PRN   IV   (CKD)
       Sodium Chloride   250 ML
Lidocaine HCl  0  .STK-MED ONE  INJ   (DC)
Phenylephrine HCl  0  .STK-MED ONE   IV   (DC)
Minocycline HCl  200 MG   DAILY   PO   (CAN)
Iopamidol  40 ML  .STK-MED ONE   IV   (DC)
Atorvastatin Calcium  10 MG   DAILY   PO   (CAN)
Docusate Sodium  100 MG   BID   PO
Cholecalciferol  1,000 INTL.UNITS   DAILY   PO   (CKD)
Fish Oil  1,000 MG   DAILY   PO   (CKD)
Minocycline HCl  200 MG   DAILY   PO   (CKD)
Sodium Chloride  500 ML   BOLUS ONE   IV   (DC)
Aspirin  325 MG   DAILY   PO
Aspirin  300 MG   DAILY   RECTAL   (DC)
Famotidine  20 MG   BID   PO
Enoxaparin Sodium  40 MG   Q24H   SUBQ
Sodium Chloride  1,000 ML   .Q8H   IV

**General appearance:** altered mental state, obese, alert, awake, lying in bed, no respiratory distress
**Head/Eyes:** clear cornea, normocephalic, pupils are 2 mm CRR no nystagmus
**ENT:** normal nose
**Neck:** supple/no meningismus, no masses or swelling, trachea non-displaced
**Cardiovascular:** regular rate and rhythm
**Respiratory:** symmetric chest expansion, no distress
**Abdomen:** soft, no distention
**Extremities:** normal inspection, no edema
**Musculoskeletal:** normal inspection

**Skin:** dry, intact

## Speech
**Speech:** global aphasia, dysarthric, dystusia, speech apraxia

## Mental Status
**LOC:** alert
**Mental status:** cooperates

## Glasgow
**Glasgow Coma Score**

| Glasgow Coma Score | Response | Value |
|---|---|---|
| Glasgow eyes: | eyes open spontaneously | 4 |
| Glasgow speech: | incomprehensible sounds | 2 |
| Glasgow motor: | obeys commands | 6 |
| Total | | 12 |

## Cranial Nerves
**Cranial nerves:**
Abnormal: VII.

## Motor Testing
**Motor testing 1:**
Normal: bulk.
**Motor Testing 2:**
No asterixis, No dystonia, No fasciculations, No myoclonus, No myotonia, No tremor

## Cerebellar Test
**Cerebellar test:**
Normal L finger/nose/finger
**Nystagmus:** absent

## Reflexes
**Tendon reflexes:**
1+: R Bicep, L Bicep, R Patella, L Patella.

## NIH Stroke Scale
**NIH Stroke Scale**

| NIH Stroke Scale | Response | Value |
|---|---|---|

Page 6 of 10

| | | |
|---|---|---|
| Level of consciousness: | Alert, keenly responsive | 0 |
| Ask Month & Age: | Answers one correctly | 1 |
| Open/close eyes/hand grip | Performs one correctly | 1 |
| Horizontal EO movements | Partial paresis | 1 |
| Visual fields: | Partial hemianopsia | 1 |
| Facial palsy: | Partial facial paralysis | 2 |
| Lt arm motor drift (10s) | No drift | 0 |
| Rt motor arm drift (10s) | Drift; effort yet touches | 2 |
| Lt leg motor drift (5s) | No drift | 0 |
| Rt leg motor drift (5s) | Drift; does not touch bed | 1 |
| Limb ataxia FNF/heel-shin (F-N/H-S) | Absent | 0 |
| Sensation (arms/legs/face): | Mild, aware yet dulled | 1 |
| Language aphasia: | Severe, fragmentary | 2 |
| Dysarthria: | Slurring, intelligible | 1 |
| Extinction/inattention: | No abnormality | 0 |
| Total | | 13 |

## Results
**Findings/Data:**
Laboratory Tests

| | 02/18 0406 | 02/18 0455 |
|---|---|---|
| Chemistry | | |
| Sodium (135 - 146 MEQ/L) | | 141 |
| Potassium (3.5 - 5.3 MEQ/L) | | 3.5 |
| Chloride (98 - 107 MEQ/L) | | 108 H |
| Carbon Dioxide (20 - 33 MEQ/L) | | 28 |
| Anion Gap (4 - 14) | | 5 |
| BUN (7 - 25 MG/DL) | | 13 |
| Creatinine (0.6 - 1.3 MG/DL) | | 0.9 |
| GFR Calculation | | >90 |
| BUN/Creatinine Ratio (6 - 25 RATIO) | | 13.9 |
| Glucose (70 - 115 mg/dl) | | 96 |
| Calcium (8.5 - 10.1 MG/DL) | | 8.1 L |
| Triglycerides (<150 MG/DL) | 75 | |
| Cholesterol (0 - 200 MG/DL) | 127 | |
| LDL Cholesterol (0 - 130 MG/DL) | 81 | |
| VLDL Cholesterol (8 - 62 MG/DL) | 15 | |
| Non-HDL Cholesterol (mg/dL) | 96 | |
| HDL Cholesterol (>40 MG/DL) | 31 L | |

| LDL/HDL Ratio | 2.6 | |
|---|---|---|
| Cholesterol/HDL Ratio (RATIO) | 4.1 | |

Laboratory Tests

| | 02/18 0455 |
|---|---|
| **Hematology** | |
| WBC (3.9 - 10.6 K/mm3) | 7.9 |
| RBC (4.50 - 5.30 M/mm3) | 4.64 |
| Hgb (13.0 - 17.0 GM/DL) | 13.7 |
| Hct (37.0 - 49.0 %) | 40.4 |
| MCV (80.0 - 100.0 fl) | 87.0 |
| MCH (27.0 - 35.0 pg) | 29.6 |
| MCHC (31.0 - 37.0 g/dl) | 34.0 |
| RDW (11.5 - 14.5 %) | 12.3 |
| RDW Std Deviation (36.5 - 45.9 %) | 37.6 |
| Plt Count (150 - 450 k/cumm) | 217 |
| MPV (6.8 - 10.2 fl) | 8.9 |

**Radiology Data:**
Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT CEREB PERF ANALYSIS  00042T 02/18 1320**
*** Report Impression - Status: SIGNED  Entered: 02/18/2016 1355

Impression: Decreased perfusion throughout the left middle cerebral artery distribution of the parasylvian left temporal, parietal and frontal lobes without evidence of ischemia at this time.

Impression By: DR.LASGR - Gregory L. Lassiter, MD

**Results:** labs reviewed, CT personally reviewed, rhythm personally rev'd

## Diagnosis, Assessment & Plan
**Free Text A&P:**
He has been having crescendo stereotypical TIAs.
Now with left hemiparesis, aphasia.
HOB down, bolus of IV NS and he had some clinical improvement.

Page 8 of 10

Sent for CTP, showing large penumbra ischemica.

Arranged transfer to NeuroICU for therapeutic hypertension, to try to perfuse and save the penumbra.
Minocycline given PO today.
Place on IV Neo.
Keep HOB down flat.
Aggresive IV NS hydration/resuscitation. Goal SBP 170-19 torr.

He is >6 hours from onset of symptoms, and at this time, he is over 24 hours from onset of symptoms.

Discussed at length with wife, her questions answerwed
Discussed with Dr Paranjepe and Dr Nottidge.
By POCUS the LV EF >50%.
Get MRI brain tomorrow.

Stroke Core measures.


Place on cardiac telemetry to screen for intermittent atrial fibrillation.
Optimize 2ry stroke prevention: decrease salt intake to <4 grams/day; keep an active life style with scheduled 30-60 minutes a day of exercise. Aim at a normal BMI. Consider consult to dietitian/nutritionist. Include fish in diet (http://tinyurl.com/strokeandfish).
From the secondary stroke prevention perspective, consider adding a thiazide and lisinopril as the primary hypertension management medication regimen, and aim for SBP circa 120 torr (following JNC8 guidelines goals; and PROGRESS, 2001). He/she needs 1 (one) antiplatelet agent, indefinitely.
Continue DVT prophylaxis while hospitalized. Provide stroke education, printed AND verbal; teach FAST scale.
Encourage patient (and family) to d/c smoking. Please, emphasize the importance of this recommendation. (http://tinyurl.com/stoppingtobacco) Screen for obstructive sleep apnea, and schedule sleep clinic evaluation if OSA is suspected. (http://tinyurl.com/strokeosa)
Screen for depression, and treat accordingly.
If this patient drive motor vehicles, I advise to not do so for at least 1-2 weeks, and until a physician releases to patient to driving again.
A FAST educational video for patients and families can be accessed at: tinyurl.com/fastscale cc76

**Orders:**

| Procedure | Date/time | Status |
|---|---|---|
| IV Drip Titrate | 02/18 1842 | Active |

Case 3:17-cv-00725    Document 41-4    Filed 11/30/18    Page 44 of 58 PageID #: 726
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158587645
Centennial Medical Center - 000039
Page 38 of 487

Patient: RUFFINO,JOHN JAMES
Unit#:M001949828
Date: 02/18/16
Acct#:M00158587645

| | | |
|---|---|---|
| Foley Removal (Nurse Driven) | 02/18 1810 | Active |
| Order Set Tracking | 02/18 1210 | Active |
| SWALLOW Screening (Nursing) | 02/18 1210 | Active |
| Sequential Compression Device | 02/18 1210 | Active |
| Pulse Oximetry (Order) | 02/18 1210 | Active |
| RT: Oxygen Therapy | 02/18 1210 | Active |
| Neurological Check | 02/18 1210 | Active |
| Notify MD: VS Parameters | 02/18 1210 | Active |
| Education - STROKE Diagnosis | 02/18 1210 | Active |
| Education, Smoking Cessation | 02/18 1210 | Active |
| Education, DX, TX, Proc Tests | 02/18 1210 | Active |
| Potential Stroke Core Measure | 02/18 1210 | Active |
| Telemetry Monitor | 02/18 1210 | Active |
| Anticoagulant Monitor | 02/18 1210 | Active |
| MRI BRAIN W/O CONTRAST  70551 | 02/18 1210 | Active |
| Foley Catheter Insert | 02/18  UNK | Active |
| Activity Order | 02/18  UNK | Active |
| CT CEREB PERF ANALYSIS  00042T | 02/18  UNK | Complete |

Electronically Signed by Jarquin-Valdivia,Adrian A  MD on 02/18/16 at 2021

RPT #: 0218-0236
***END OF REPORT***

Case 3:17-cv-00725   Document 41-4   Filed 11/30/17   Page 45 of 58 PageID #: 727
Centennial Medical Center - 000049
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158587645
Page 39 of 487

CENTENNIAL MEDICAL CENTER (COCCT)
Neurology Progress Note
REPORT#:0226-1136   REPORT STATUS: Signed
DATE:02/26/16 TIME: 1851

PATIENT: RUFFINO,JOHN JAMES          UNIT #: M001949828
ACCOUNT#: M00158587645               ROOM/BED: M.7131-A
DOB: 06/12/59  AGE: 56      SEX: M   ATTEND: Sharifi,Naim  MD
ADM DT: 02/17/16                     AUTHOR:
Jarquin-Valdivia,Adrian A  MD
REP SRV DT: 02/26/16                 REP SRV TM: 1851
* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Subjective:**
can cary a simple conversation
no d/v/n
ambulating, without aggravation of language/speech nor motor function.


## Objective

## Physical Exam
**VS:**
Last Documented:

|            | Result   | Date Time   |
|------------|----------|-------------|
| B/P        | 118/70   | 02/26 1429  |
| Temp       | 36.5     | 02/26 1429  |
| Pulse      | 62       | 02/26 1429  |
| Resp       | 18       | 02/26 1429  |
| Pulse Ox   | 94       | 02/26 1158  |
| O2 Delivery| ROOM AIR | 02/26 1158  |

Date: 02/25/16  Time: 2043
Delirious/Non-Delirious: NO DELIRIUM  Total Score:  0 = ALERT AND CALM
Target RASS: []

**General appearance:** alert, awake, no respiratory distress
**Head/Eyes:** normocephalic, PERR, EOMI
**ENT:** normal nose
**Neck:** supple/no meningismus
**Respiratory:** symmetric chest expansion, no distress
**Abdomen:** no distention
**Extremities:** normal inspection, no edema
**Musculoskeletal:** normal inspection
**Neuro/CNS:** abnormal speech, right hemiparesis, alert, oriented X 3, PERRL

Case 3:17-cv-00725   Document 41-4   Filed 11/30/18   Page 46 of 58 PageID #: 428
Centennial Medical Center 000072
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158587645          Page 71 of 487

**Skin:** dry, intact

## Speech
**Speech:** global aphasia (mild ), dysarthric, speech apraxia

## Mental Status
**Orientation:**
Yes: to person, to place, to time, to situation.
**LOC:** alert
**Mental status:** cooperates

## Glasgow
**Glasgow Coma Score**

| Glasgow Coma Score | Response | Value |
|---|---|---|
| Glasgow eyes: | eyes open spontaneously | 4 |
| Glasgow speech: | oriented | 5 |
| Glasgow motor: | obeys commands | 6 |
| Total | | 15 |

## Cranial Nerves
**Cranial nerves:**
Abnormal: VII.

## Cognitive Function
**Cognitive function:** good attention

## Motor Testing
**Motor testing 1:**
Normal: bulk.
**Motor Testing 2:**
No asterixis, No dystonia, No fasciculations, No myoclonus, No myotonia, No tremor

## Cerebellar Test
**Nystagmus:** absent

## Results
**Findings/Data:**
Laboratory Tests

| | 02/26 |
|---|---|
| | |

Case 3:17-cv-00725   Document 41-4   Filed 11/30/18   Page 47 of 58   PageID #: 429
Centennial Medical Center 000073
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158587645   Page 72 of 487

| | 0647 |
|---|---|
| **Chemistry** | |
| Sodium (135 - 146 MEQ/L) | 140 |
| Potassium (3.5 - 5.3 MEQ/L) | 3.8 |
| Chloride (98 - 107 MEQ/L) | 108 H |
| Carbon Dioxide (20 - 33 MEQ/L) | 28 |
| Anion Gap (4 - 14) | 4 |
| BUN (7 - 25 MG/DL) | 12 |
| Creatinine (0.6 - 1.3 MG/DL) | 0.9 |
| GFR Calculation | >90 |
| BUN/Creatinine Ratio (6 - 25 RATIO) | 13.7 |
| Glucose (70 - 115 mg/dl) | 83 |
| Calcium (8.5 - 10.1 MG/DL) | 8.2 L |
| Phosphorus (2.5 - 4.9 MG/DL) | 2.6 |
| Magnesium (1.2 - 2.0 MEQ/L) | 1.6 |

Laboratory Tests

| | 02/26 0647 |
|---|---|
| **Hematology** | |
| WBC (3.9 - 10.6 K/mm3) | 9.9 |
| RBC (4.50 - 5.30 M/mm3) | 4.53 |
| Hgb (13.0 - 17.0 GM/DL) | 13.4 |
| Hct (37.0 - 49.0 %) | 39.3 |
| MCV (80.0 - 100.0 fl) | 86.8 |
| MCH (27.0 - 35.0 pg) | 29.5 |
| MCHC (31.0 - 37.0 g/dl) | 34.0 |
| RDW (11.5 - 14.5 %) | 12.1 |
| RDW Std Deviation (36.5 - 45.9 %) | 37.2 |
| Plt Count (150 - 450 k/cumm) | 208 |
| MPV (6.8 - 10.2 fl) | 8.7 |

**Results:** labs reviewed

## Diagnosis, Assessment & Plan

**Free Text A&P:**
s/p crescendo stereotypical TIAs
s/p large  LMCA penumbra
occluded distal LMCA

volumetrically small final infarct

continues with clinical penumbra, that improves with layng flat;
**please, low dose of lisinopril, and allow SBP to ride higher, he will have a gradual, over weeks normalization or lowering of the SBP.**
Give bolus NS, and IV infusion

continue telemertry

aggressive 2ry prevention
d/c smoking

consider for inpatient acute rehab
may d/c today

f/u with PMD

**Plan discussed with:** intensivist, nurse, patient, spouse/partner

Electronically Signed by Jarquin-Valdivia,Adrian A  MD on 02/26/16 at 1854

RPT #: 0226-1136
***END OF REPORT***

```
                    CENTENNIAL MEDICAL CENTER
                      2300 Patterson Street
                       Nashville, TN 37203

                    ****DISCHARGE SUMMARY****
```

ROOM: M.7110-A
STATUS: DIS IN
PATIENT: RUFFINO,JOHN JAMES
MR#: M001949828
ACC#: M00158708946
DOB: 06/12/59
PHYSICIAN: Dolaptchiev,Bojidar B  MD

DATE OF ADMISSION: 02/27/16
DATE OF DISCHARGE: 03/03/16
_____

DATE OF ADMISSION:
February 27, 2016

DATE OF DISCHARGE:
March 3, 2016

PRINCIPAL DIAGNOSIS ON ADMISSION:
Acute ischemic stroke.

DISCHARGE DIAGNOSES:
1.  Acute middle cerebral artery stroke.
2.  Aphasia.
3.  Right-sided weakness.

ADDITIONAL DIAGNOSES:
1.  Hypertension.
2.  Hyperlipidemia.
3.  Benign prostatic hypertrophy.
4.  Tobacco use.

CONSULTANTS:
Dr. Maria Dongas and Dr. Valdivia, neurology.

PROCEDURES:
None.

HISTORY OF PRESENT ILLNESS AND HOSPITAL STAY:
This 56-year-old white male with history of hypertension and BPH who was
evaluated at Centennial Medical Center ER for increased right sided weakness and
aphasia.  He was not a candidate for TPA in the emergency room secondary timing.
In the emergency room, the CT of the brain without contrast showed
encephalomalacia in the deep white matter of the left frontal and temporal
region suggesting prior infarction, no acute findings, has clinical signs of
stroke and MRI ordered on February 28, 2016, showed acute scattered areas of
strictly diffusion to suggest infarction involving the left periventricular
white matter and left external capsule and left temporal lobe cortex.  There is
also chronic small vessel ischemic disease within the pons and periventricular
white matter.  The patient was started on aspirin.  Physical therapy,

PT: RUFFINO,JOHN JAMES          UNIT: M001949828     ACCT: M00158708946

```
CENTENNIAL MEDICAL CENTER (COCCT) MAIN ER
EMERGENCY PROVIDER REPORT
REPORT#:0227-0982    REPORT STATUS: ESign
DATE:02/27/16  TIME: 1949

PATIENT: RUFFINO,JOHN JAMES           UNIT #: M001949828
ACCOUNT#: M00158708946                ROOM/BED: ER - 04
DOB: 06/12/59   AGE: 56       SEX:    PCP PHYS: NO PRIMARY OR FAMILY PHYSICIAN
ADM DATE: 02/27/16                    INI AUTH: Cain,Terry W  MD MD
                                      LAST SIG:
REP SERV DT: 02/27/16                 REP SERV TM: 1949
     * ALL edits or amendments must be made on the electronic/computer document *
```

## HPI-Stroke/CVA

### General
**Confirmed Patient** Yes
**Initial Greet Date/Time** 02/27/16 1918

### Presentation
**Chief Complaint: Right Side** increasing right sided weakness, increased aphasia
**Onset of symptoms:**
   **Date:** 02/27/16
   **Time:** 0430
**Hx Obtained From** Patient, Family
**Sudden in Onset?** Yes
**Onset Occurred** Today
**Symptom Duration** Since onset
**Progression since Onset** Gradually worsening
**Associated with**
Reports: Speech problem, Visual disturbance.  Denies: Aura, Balance problem, Bladder dysfunction, Bowel dysfunction, Confusion, Double vision, Gait problem, Headache, Incontinence, Loss of consciousness, Loss of vision, Nausea, Neck pain, Syncope, Vertigo, Vomiting.

### Context
**Related History**
Reports: Cerebrovascular accident.

### Free Text HPI Notes
**Free Text HPI Notes**
56 yo presents with increasing right sided weakness, increasing dysarthria/aphasia.  Began this am at 0430 when he fell while attempting to go the bathroom.  Has gradually worsened since.  Is not a tpa candidate secondary to recent stroke and onset greater than 4 hours ago.  Was discharged from the hospital yesterday for a stroke of the left mca with total occlusion of m2 branch.

## Risk-Stroke/CVA

## Risk Stratification
**Stroke Thrombolytic Therapy**
   **TPA Considered** No (contraindicated)
   **Neurologist Contacted** Yes (Dr. Dongas)
   **TPA Administered Intravenously** No, exclusion criteria
**Exclusion Criteria** Prior stroke/90 days
**NIH Stroke Scale**
**Value** 21
**NIH Stroke Score Timing**
   **Time** 1930
   **Date** 02/27/16

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.
**Complete sys rev & neg** except as marked.

### Basic Review of Systems
**Basic ROS** GU: No dysuria/frequency, HEM: No bleeding/bruising, ENDO: No cold/heat intol, ENDO: No weight gain/loss, ALL/IMMUNE: No allergy

### Focused Review of Systems
**Constitutional**
Denies: Fever.
**Respiratory**
Denies: Cough, non-productive, Cough, productive, Dyspnea on exertion, Hemoptysis, Parox nocturnal dyspnea, Pleuritic pain, Shortness of breath, Wheezing.
**Cardiovascular**
Denies: Chest pain, Dyspnea on exertion, Edema, Orthopnea, Palpitations, Parox nocturnal dyspnea, Syncope.
**GI**
Denies: Abdominal pain, Nausea, Vomiting.
**Neurologic**
Reports: Focal weakness, Numbness, Unable to speak, Vision change.  Denies: Abnormal movement, Bladder dysfunction, Bowel dysfunction, Change LOC, Confusion, Dizziness, Generalized weakness, Headache, Lightheaded, Problem walking, Seizure, Shaking, Slurred speech, Spinning sensation, Syncope, Tingling.

## Past Medical History - Adult
**Stated Complaint** DECREASE IN CONDITION SINCE STROKE LAST THURS.
**Allergies**
**Coded Allergies:**
No Known Drug Intolerances (. 02/17/16)

### Home Medications

Case 3:17-cv-00725     Document 41-4     Filed 11/30/18     Page 52 of 58 PageID #: 2434
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158708946

**Active Scripts**
Clopidogrel (Plavix) 75 MG PO DAILY
  #30
  Prov:    02/26/16
Atorvastatin (Lipitor) 40 MG PO BEDTIME
  #30
  Prov:    02/26/16
Lisinopril (Prinivil) 20 MG PO DAILY
  #30 TAB
  Prov:    02/26/16
Aspirin 325 MG PO DAILY
  #30
  Prov:    02/26/16

**Reported Medications**
Tamsulosin (Flomax) 0.4 MG PO DAILY
Gabapentin (Neurontin) 300 MG PO DAILY 2100

**Discontinued Reported Medications**
Lisinopril (Zestril) 40 MG PO DAILY
Aspirin 81 MG PO DAILY
Atorvastatin (Lipitor) 10 MG PO DAILY
Ibuprofen (Motrin) 800 MG PO TID


**Past Medical History:**
Reports: Hyperlipidemia, Hypertension.
**Past Surgical History:**
Reports Cholecystectomy
**Patient History**
MOTHER
  Family History: Cancer, Onset: 60+.
FATHER
  Family History: Cancer, Onset: 60+.
Relation not specified for:
  Family History: Unremarkable

**Smoking status for patients 13** Never Smoker


## Physical Exam


**Initial Vital Signs**
**Vital Signs**
First Documented:

|         | Result | Date Time   |
|---------|--------|-------------|
| Pulse Ox |     98 | 02/27 1920 |
| B/P     | 150/76 | 02/27 1920 |
| Temp    |   98.6 | 02/27 1920 |


Page 3 of 8

| Pulse | 81 | 02/27 1920 |
| Resp | 16 | 02/27 1920 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| B/P | 170/85 | 02/27 1927 |
| Pulse Ox | 98 | 02/27 1920 |
| Temp | 98.6 | 02/27 1920 |
| Pulse | 81 | 02/27 1920 |
| Resp | 16 | 02/27 1920 |

All vital signs available at the time of this entry have been reviewed.

**Initial VS** Reviewed

# Focused PE
**General/Const** **
  **General/Const** Awake, Alert, Well appearing, Well developed, Well hydrated, Well nourished, Cooperative, Not toxic appearing
  **Distress/Hydration**
  Distress moderate.
**Head/Eyes** **
  **Head/Eyes** Atraumatic, Normocephalic, PERRL, EOMI, No nystagmus, No periorbital redness, No periorbital swelling, No photophobia, No scleral icterus, Conjunctiva NL, Cornea clear, No corneal abrasion
**Neck** **
  **Neck** Atraumatic, Supple, No meningismus, Full range of motion, No adenopathy, No swelling, Non-tender, No midline vertebral tend, No masses, No crepitus, No JVD, No carotid bruit, Thyroid NL, No tracheal deviation
**Resp/Chest** **
  **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress, No rales, No rhonchi, No wheezing, No retractions, No stridor, No chest tenderness, No chest wall deformity, No crepitus
**Cardiovascular** **
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, No gallop, No murmurs, No rubs, Cap refill not delayed, Peripheral circulation NL, Pulses = bilaterally, No gross BP differential
**Neurologic** **
  **Neurologic** Oriented X3
  **Speech**
  Garbled, Expressive aphasia.
  **Cranial Nerve Deficit**
  6 - lateral gaze asym, 7 - upper/asymetric frown, 7 - lower/asymetric smile.
  **Focal Weakness**
  Upper extremity R, Lower extremity R.
  **Sensory Deficit**
  Upper extremity R, Lower extremity R.

Centennial Medical Center - 000512
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158708946    Page 24 of 285

# Interpretation & Diagnostics

## Lab Results Interpretation
**Considerations** Independ review imaging, Reviewed prior records
**Results**
Laboratory Tests

**02/27/16 1931:**

```
        14.1                          140  |  106  |  18
8.4 <         > 240              <
        41.3                          3.8  |  30   |  1.0  > 89
```

**Laboratory Tests:**

| | 02/27 1931 | 02/27 1935 | 02/27 1936 |
|---|---|---|---|
| Chemistry | | | |
| Sodium (135 - 146 MEQ/L) | 140 | | |
| Potassium (3.5 - 5.3 MEQ/L) | 3.8 | | |
| Chloride (98 - 107 MEQ/L) | 106 | | |
| Carbon Dioxide (20 - 33 MEQ/L) | 30 | | |
| Anion Gap (4 - 14) | 4 | | |
| BUN (7 - 25 MG/DL) | 18 | | |
| Creatinine (0.6 - 1.3 MG/DL) | 1.0 | | |
| GFR Calculation | >90 | | |
| BUN/Creatinine Ratio (6 - 25 RATIO) | 18.9 | | |
| Glucose (70 - 115 mg/dl) | 89 | | |
| POC Glucose (70 - 115 mg/dL) | | 89 | |
| Calcium (8.5 - 10.1 MG/DL) | 8.7 | | |
| Corrected Calcium (8.4 - 10.2 mg/dl) | 9.1 | | |
| Total Bilirubin (0.0 - 1.3 MG/DL) | 0.4 | | |
| AST (8 - 46) | 16 | | |
| ALT (7 - 60) | 50 | | |
| Alkaline Phosphatase (45 - 117) | 104 | | |
| Troponin I (<0.02 - 0.079 ng/mL) | | | <0.02 L |
| Total Protein (6.4 - 8.2 GM/DL) | 7.8 | | |
| Albumin (3.5 - 5.5 GM/DL) | 3.7 | | |
| Globulin (2.2 - 4.2 G/DL) | 4.1 | | |
| Albumin/Globulin Ratio (0.8 - 2.0) | 0.9 | | |
| Coagulation | | | |
| PT (9.4 - 11.3 SECONDS) | 10.1 | | |
| INR (0.9 - 1.1 RATIO) | 1.0 | | |
| PTT (Anticoag Therapy) (24.9 - 32.4 SECONDS) | 28.2 | | |
| Hematology | | | |
| WBC (3.9 - 10.6 K/mm3) | 8.4 | | |
| RBC (4.50 - 5.30 M/mm3) | 4.76 | | |
| Hgb (13.0 - 17.0 GM/DL) | 14.1 | | |

Page 5 of 8

Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158708946
Centennial Medical Center 0005137

| | | | |
|---|---|---|---|
| Hct (37.0 - 49.0 %) | 41.3 | | |
| MCV (80.0 - 100.0 fl) | 86.8 | | |
| MCH (27.0 - 35.0 pg) | 29.6 | | |
| MCHC (31.0 - 37.0 g/dl) | 34.1 | | |
| RDW (11.5 - 14.5 %) | 12.2 | | |
| RDW Std Deviation (36.5 - 45.9 %) | 37.2 | | |
| Plt Count (150 - 450 k/cumm) | 240 | | |
| MPV (6.8 - 10.2 fl) | 8.7 | | |
| Absolute Nucleated RBC (0.00 - 0.03 K/mm3) | 0.00 | | |
| Neutrophils % (50 - 70 %) | 70.5 H | | |
| Lymphocytes % (18 - 42 %) | 18.7 | | |
| Monocytes % (2 - 11 %) | 8.6 | | |
| Eosinophils % (1 - 3 %) | 1.5 | | |
| Basophils % (0 - 2 %) | 0.7 | | |
| Neutrophils # (1.8 - 8.0 K/mm3) | 5.9 | | |
| Lymphocytes # (1.0 - 4.8 K/mm3) | 1.6 | | |
| Monocytes # (0.1 - 0.6 K/mm3) | 0.7 H | | |
| Eosinophils # (0 - 0.5 K/mm3) | 0.1 | | |
| Basophils # (0 - 0.1 K/mm3) | 0.1 | | |
| Nucleated RBCs (0.0 - 0.6 %) | 0.0 | | |
| Morphology Comment | NORMAL INDICATED | | |

Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT HEAD W/O CONTRAST    70450 02/27 1944**
*** Report Impression - Status: SIGNED  Entered: 02/27/2016 1947

Impression:
1. Encephalomalacia in the deep white matter of left frontal and
temporal regions suggesting prior infarction.
2. No acute intracranial findings.
Impression By: DR.BURKE1 - Kevin Burner
**RADIOLOGY - XR CHEST 1 VIEW PORT    71010 02/27 1955**
*** Report Impression - Status: SIGNED  Entered: 02/27/2016 2006

Impression:
1. No acute findings.
Impression By: DR.BURKE1 - Kevin Burner


**Lab & Imaging Statement**
Laboratory & radiographic studies reviewed and considered in the medical decision-making.


# Point of Care Testing
**Pulse Oximetry**
**Pulse Ox %** 97
**On:** Room air
**Interpretation** Interpreted by me, Pulse oximetry normal

Case 3:17-cv-00725     Document 41-4     Filed 11/30/18     Page 26 of 285     Centennial Medical Center 000514
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158708946                    Page 26 of 285

## ECG #1 Interpretation
**Interpreted by** ED physician
**NL ECG Interpretation** Normal rate, Normal sinus rhythm, No acute ischemic changes, No STEMI

## Lab Studies
**CBC Interpretation** CBC NL
**BMP/CMP Interpretation** BMP/CMP NL
**Cardiac and Vascular Interpretation** Troponin NL
**Serum Coags Interpretation** Coags NL

## Radiography
**X-Ray Chest**
  **View** Portable
  **Interpretation/Wet Read by** Interpret - ED physician
  **NL CXR Findings** No acute disease
**CT Head**
  **Interpretation/Wet Read by** Interpret - Radiologist
  **Reviewed by** ED physician
  **NL Head CT Findings** No acute disease, encephalomalacia of the l mca distribution

## Re-Evaluation & MDM

## ED Course
**Time** 2031
**Patient Course** Stable
**Medication(s) Ordered**
Medication(s) Ordered:
**Electrolytic, Caloric, And Wat**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | X1ED ONE IV | 02/27 1933 02/27 2032 | DC | 02/27 1954 |

## Re-Evaluation/Progress #1
**Time of Re-Eval** 2032
**Re-Eval Status** Unchanged

## Consultation
**Consultation**
  **Referral/Consultant Name**
    Dongas,Maria F  MD
  **Consultant** Will see patient

Case 3:17-cv-00725    Document 41-4    Filed 11/30/18    Page 57 of 58 PageID #: 2439

# Patient Discharge & Departure

## Vital Signs/Condition
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 02/27 1920 |
| B/P | 150/76 | 02/27 1920 |
| Temp | 98.6 | 02/27 1920 |
| Pulse | 81 | 02/27 1920 |
| Resp | 16 | 02/27 1920 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| B/P | 170/85 | 02/27 1927 |
| Pulse Ox | 98 | 02/27 1920 |
| Temp | 98.6 | 02/27 1920 |
| Pulse | 81 | 02/27 1920 |
| Resp | 16 | 02/27 1920 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Stroke

## Disposition Decision
**Admit**
  **Admit Physician Name**
     Mustapha,Taopheeq A  MD
  **)( Admission Accepts** Yes

Electronically Signed by Cain,Terry W  MD on 02/27/16 at 2053

```
RPT #: 0227-0982
***END OF REPORT***
```

Page 8 of 8

Centennial Medical Center  000510
Patient: RUFFINO, JOHN JAMES MRN: M001949828 Encounter: M00158708946          Page 28 of 285