UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN RUFFINO and MARTHA RUFFINO, )
Husband and Wife, )
 )
       Plaintiffs, )
 )
 )
 ) Civil Action No.
 ) 3:17-cv-00725
 )
DR. CLARK ARCHER and HCA ) Jury Demand
HEALTH SERVICES OF TENNESSEE, INC. ) Judge Crenshaw
d/b/a STONECREST MEDICAL CENTER, ) Magistrate Judge
 ) Newbern
       Defendants. )

VIDEO DEPOSITION OF MARTHA RUFFINO

OCTOBER 24, 2017

The video deposition of MARTHA RUFFINO was taken pursuant to Notice on the 24th day of October, 2017, beginning at 1:09 p.m., at the Wingfield Inn, 1101 Housman Street, Mayfield, Kentucky; said video deposition was taken for any and all purposes permitted by law.

EXHIBIT 5

1   Q   Okay.  He continued to get better every
2  single day at Centennial until he was discharged on
3  February 26th, correct?
4       A   Yeah.
5       Q   His language got better.  Speech got
6  better.  His ability to move got better day after day
7  after day, correct?
8       A   Yes.
9       Q   And by February 26th he was able to walk on
10 his own, speak on his own, and do everything reasonably
11 well, wasn't he?  Slow, but well?
12      A   Very slow, and he was still confused a
13 little bit and...
14      Q   Okay.  Then you all went home on the 26th,
15 correct?
16      A   Uh-huh.
17      Q   Yes?
18      A   Yes.
19      Q   And one of the things you were told when
20 you went home was if there was any change come back
21 immediately, correct?
22      A   Yes.
23      Q   On the morning of the 27th of February your
24 husband fell at 4:30 in the morning, correct?
25      A   Yeah.

1  Q    You did not go back to Centennial Medical
2  Center until 1949 that same day; 15 hours later, correct?
3  A    I don't think it was 15 hours later, but it
4  was - -
5  Q    4:30 in the morning.  Time of arrival at
6  Centennial is 1949.  That's 15 hours and 19 minutes.
7  A    Could have been.
8  Q    Why did you not go back after he had fallen
9  backwards and was getting worse all day long?  Why?
10 A    He was - - it's not - - I don't know how to
11 explain that.
12 Q    You need to.  Try.
13 A    He wasn't like - - he said he was fine.  I
14 was talking to him.  He was still able to move.  Then when
15 I seen him starting to have trouble moving and when he
16 couldn't start answering me and stuff, that's when
17 I decided I was going to just put him in the car and take
18 him back.
19 Q    Ma'am, when you got back to the hospital on
20 February 27th didn't you and your husband tell the doctors
21 and nurses there that after his fall he had gradually
22 worsened all day long?  Isn't that what you told them?
23 A    Yeah.  Gradually, yeah.
24 Q    He was substantially worse when you
25 returned to the hospital on the 27th than he had been when

1  he was discharged, correct?
2      A   Yeah.
3      Q   The prior day?
4      A   Yes.
5      Q   Why?  What did they tell you was the reason
6  for him being substantially worse off after spending a day
7  at home?
8      A   They really didn't.  They took him down and
9  ran more tests and they said he didn't have another
10 stroke, but they really didn't tell me why.
11     Q   Okay.  Did you participate in any of the
12 visits with Dr. Andre Olivier?
13     A   Uh-huh.
14     Q   Yes?
15     A   Yes.
16     Q   Did you go to the office visits?
17     A   Yes.
18     Q   Do you recall Dr. Olivier telling you that
19 what he thought was wrong with your husband was atrial
20 fibrillation?
21     A   Yes.
22     Q   Where his heart would flutter?
23     A   Yes.
24     Q   And do you recall Dr. Olivier telling you
25 that the worry there is it will toss clots?  Do you