# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 3:17-cv-00725 ) |
| v. | ) Jury Demand ) |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) Judge Crenshaw ) Magistrate Judge Newbern ) ) |
| Defendants. | ) |

## PLAINTIFFS' NOTICE OF FILING

Plaintiffs, John Ruffino and Martha Ruffino, give notice of filing the following documents in connection with their opposition to Defendant StoneCrest's Motion for Summary Judgment:

1. Affidavit of Dr. Troy Pope;

2. Affidavit of Dr. Alfred Callahan;

3. Excerpts of the Deposition of John Ruffino;

4. Excerpts of the Deposition of Carol McCulloch, R.N.

5. Excerpts of the Deposition of Robert Bromley, R.N.

RESPECTFULLY SUBMITTED,

s/ Mark Hammervold
**Brian Cummings, #19354**
**Brian P. Manookian, #26455**
**Afsoon Hagh, #28393**
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
(615) 266-3333 (phone)
(615) 266-0250 (fax)
bcummings@cummingsmanookian.com
bmanookian@cummingsmanookian.com
afsoon@cummingsmanookian.com

**Mark Hammervold, #31147**
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
(615) 928-2466 (phone)
(615) 928-2264 (fax)
mark@hammervoldlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served all parties in this matter through counsel of record listed below with the foregoing by CM/ECF on December 28, 2017:

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for the Defendant*
*Dr. Clark Archer*

C.J. Gideon, Jr.
J. Blake Carter
Gideon Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (phone)
(615) 254-0459 (fax)
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for the Defendant*
*HCA Health Services of Tennessee, Inc.*
*d/b/a StoneCrest Medical Center*

s/ Mark Hammervold
**Mark Hammervold**