```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION




JOHN RUFFINO and MARTHA RUFFINO,    )
Husband and Wife,                   )
                                    )
             Plaintiffs,            )
                                    )
                                    ) Civil Action No.
                                    ) 3:17-cv-00725
                                    )
DR. CLARK ARCHER and HCA            ) Jury Demand
HEALTH SERVICES OF TENNESSEE, INC.  ) Judge Crenshaw
d/b/a STONECREST MEDICAL CENTER,    ) Magistrate Judge
                                    ) Newbern
             Defendants.            )
```

VIDEO DEPOSITION OF JOHN RUFFINO

OCTOBER 24, 2017

The video deposition of JOHN RUFFINO was taken pursuant to Notice on the 24th day of October, 2017, beginning at 9:57 a.m., at the Wingfield Inn, 1101 Housman Street, Mayfield, Kentucky; said video deposition was taken for any and all purposes permitted by law.

```
 1   APPEARANCES:      Brian Cummings
                       CUMMINGS MANOOKIAN, PLC
 2                     45 Music Square West
                       Nashville, Tennessee 37203
 3                     ATTORNEY FOR PLAINTIFFS

 4

 5                     C.J. Gideon, Jr.
                       J. Blake Carter
 6                     GIDEON, COOPER & ESSARY, PLC
                       315 Deaderick Street, Suite 1100
 7                     Nashville, Tennessee  37238
                       ATTORNEYS FOR HCA HEALTH SERVICES OF
 8                     TENNESSEE, INC. d/b/a STONECREST
                       MEDICAL CENTER

 9

10                     Nate Gorman
11                     HALL BOOTH SMITH, P.C.
                       424 Church Street
12                     Suite 2950
                       Nashville, Tennessee  37219
13                     ATTORNEY FOR CLARK ARCHER, M.D.

14

15

16   ALSO PRESENT: Martha Ruffino
                   PLAINTIFF
17
                       Nathan Belcher
18                     VIDEOGRAPHER/OHIO VALLEY REPORTING

19

20

21

22

23

24

25
```

```
 1  Efobi?
 2          A    I think I said my - - I had symptoms,
 3  symptoms of the - - symptoms of shortness of - - short - -
 4  small, what they call small - -
 5          Q    Stroke?  Mini stroke?
 6          A    Mini strokes.
 7          Q    Okay.  Well, what kind of symptoms of mini
 8  stroke were you having that you shared with Dr. Luck?
 9          A    The arm, and I felt dizziness.
10          Q    And what about the arm; other than the
11  heaviness you've told me, did you notice any other
12  symptoms that you shared with Dr. Luck?
13          A    No.
14          Q    How long had the mini strokes then been
15  going on before you first told Dr. Luck about dizziness
16  and the right arm feeling very heavy?
17          A    Say that again.
18          Q    Yes.  From the time you had your first
19  right arm heaviness and dizziness, how much time was it
20  before you saw Dr. Luck and reported to him what was going
21  on?
22          A    I don't know.
23          Q    Okay.  Tell me what Dr. Efobi then shared
24  with you, if anything, at the end of that first visit with
25  her.  What did she tell you?
```

```
 1          A     Nothing.
 2          Q     Nothing.  Now, were you smoking at the
 3  time?
 4          A     Yes.
 5          Q     How much?
 6          A     Two packs a day.
 7          Q     Did she not tell you that you absolutely
 8  had to stop smoking because of your stroke risk?
 9          A     No.
10          Q     She didn't?
11          A     No.
12          Q     You sure of that?
13          A     Yes.
14          Q     Did she say that she had diagnosed you with
15  seizures?
16          A     That first time?
17          Q     Yes, sir.
18          A     No.
19          Q     Did she diagnose you with seizures at the
20  second visit?
21          A     No.
22          Q     Did she ever diagnose you with seizures?
23          A     Yes.
24          Q     When?
25          A     The last time I saw her.
```

1         Q    Who's Kenneth Gunn?
2         A    He's a guy that worked with me.
3         Q    Right.  So he also worked for JTA
4    Transport, didn't he?
5         A    Yeah.  Yeah.
6         Q    Why would Kenneth Gunn be calling you at
7    5:52 in the morning?
8         A    I don't know.
9         Q    You didn't drive together, did you?
10        A    No.
11        Q    Now, if you'll look there, there is a call
12   from Kenneth Gunn at 5:52, 870-530-6372.  And then the
13   next call is incoming at 6:08 in the morning from the
14   number 347-804-2984.  That's Joe Maroney, isn't it?
15        A    I don't know.
16        Q    Who's Joe Maroney?
17        A    A guy I worked with.
18        Q    Why would Kenneth Gunn and Joe Maroney be
19   calling you between 5:52 and 6:08 in the morning on
20   February 16 - excuse me - February 17, 2016?
21        A    Joe Maroney, I had to - - I was training
22   him and he was starting at - - he was starting his job and
23   he would call me if there was something he needed.
24        Q    Call you for advice or instructions?
25        A    Yeah.  Yeah.

1           Q    Do you recognize this number now of
2  347-804-2984 as Joe Maroney's number?
3           A    I don't know.
4           Q    You don't recall his number?
5           A    Yeah.
6           Q    You do know that you were working with a
7  man named Joe Maroney?
8           A    Yeah.
9           Q    You'll notice that there are - - there's
10 one at 6:08; there's one at 6:13; there's one at 6:42; and
11 there's one at 6:44, all the same number.
12          A    Uh-huh.
13          Q    Do you see that?
14          A    Yeah.
15          Q    Do you recall having a series of calls or a
16 discussion with Mr. Maroney that morning?
17          A    At 6:44, yeah.
18          Q    What happened at 6:44?
19          A    I probably told him what he had to do.
20          Q    I understood from what you told me earlier
21 that your work day began at 7:00?
22          A    Yeah, but I'm not sure.
23          Q    Is it possible your work day actually began
24 at 6:00?  Because you got a call at 5:52 from Kenneth Gunn
25 and then a series of phone calls, beginning 6:08, 6:11,

1  6:42, and 6:44, from Joe Maroney.  Did your work schedule
2  actually begin at 6:00, Mr. Ruffino?
3         A    Yeah.  That's possible.  Yeah.
4         Q    All right.  Were you having any kind of
5  mini-stroke when you got up that morning?
6         A    No.
7         Q    How did your right arm feel that morning?
8         A    Felt fine.
9         Q    Felt good?
10        A    Yeah.
11        Q    How about your right leg?
12        A    I didn't feel a thing.
13        Q    Didn't feel a thing.
14             What time of the day did you first notice that
15  you were having any dizziness that day?
16        A    8:30.
17        Q    8:30 in the morning?
18        A    Yeah.  8:00 or 8:30.
19        Q    Which one was it; 8:00 or 8:30?
20        A    8:30.
21        Q    And where were you when you first noticed
22  that you had some dizziness?
23        A    I was at - - I didn't notice it.  I was
24  told by a guy that works at the Smyrna store, Smyrna Home
25  Depot.

```
 1          Q    A guy at the Smyrna Home Depot told you you
 2   were dizzy?
 3          A    Yeah.  He said that - - he said that I
 4   looked funny or weird or something.
 5          Q    Okay.  Well, that to me is a little
 6   different than you feeling dizzy.  My question was, when
 7   is the first time on the morning of February 17, 2016 that
 8   you felt any dizziness?  What time was that?
 9          A    I'm not sure.
10          Q    Where were you when you first felt any
11   dizziness?
12          A    I was leaving the store and driving away.
13          Q    Leaving the Home Depot store?
14          A    Yeah.
15          Q    In Smyrna?
16          A    Yeah.
17          Q    Okay.  Now, did you tell me that your
18   company tracked your movements?
19          A    Yeah.
20          Q    So they would know when you were leaving
21   the Smyrna Home Depot, wouldn't they?
22          A    Yeah.
23          Q    Can you tell me about what time it was that
24   you were leaving the Smyrna Home Depot?
25          A    8:00, 8:30.
```

```
 1              Q    8:00 to 8:30.  Okay.
 2              In addition to you feeling some dizziness,
 3   somebody told you that your face looked odd or weird?
 4              A    Yeah.
 5              Q    And you pointed to the right side of your
 6   face.
 7              A    Yeah.
 8              Q    What did this person tell you?
 9              A    He didn't say anything.  He just said, "You
10   don't look right."
11              Q    "You don't look right"?
12              A    Yeah.
13              Q    Did you feel anything, perceive anything
14   when he said, "You don't look right"?
15              A    No.
16              Q    Did you feel like you were drooling out of
17   -
18              A    No.
19              Q    - that side of -
20              A    No.
21              Q    - your mouth?
22              A    No.
23              Q    Did you feel like you couldn't speak
24   correctly?
25              A    No.
```

1  Q   Did you feel anything weird at all
2  yourself?
3  A   Not really.
4  Q   Okay.  Well, did you say, "Well, thanks for
5  calling me weird"?  Did you say something back to him?
6  A   No, I didn't.  I just drove off.
7  Q   Who is this guy that commented you looked
8  weird?
9  A   He's the guy that - - he's the guy that - -
10 he's the head of the - - he's the head of - - he's the
11 head of the - - he's the head of the building supply
12 department.
13 Q   In Smyrna?
14 A   Yeah.
15 Q   Do you recall what it is that you picked up
16 at the Smyrna Home Depot that morning?
17 A   No.
18 Q   What time did you get to the Smyrna Home
19 Depot that morning?
20 A   7:30.
21 Q   Was that the first stop of the day for you?
22 A   Yes.
23 Q   All right.  And you didn't feel any
24 dizziness until you were leaving?
25 A   Yes.

```
 1              A     Half an hour.
 2              Q     And during that half an hour did you smoke
 3   some cigarettes?
 4              A     No.
 5              Q     Not one?
 6              A     No.  Not one.
 7              Q     Why is that?
 8              A     Because I had - - my cigarettes were in the
 9   truck.  I didn't have no cigarette pack.
10              Q     In that half an hour did you have any
11   symptoms, any feelings other than being dizzy?
12              A     No.
13              Q     Did you feel any heaviness in your right
14   arm?
15              A     No.
16              Q     Any heaviness in your right leg?
17              A     No.
18              Q     Did you think you were talking funny?
19              A     No.
20              Q     Did you think you looked funny?
21              A     No.
22              Q     At any time that day, February 17th, did
23   you ever think you looked funny?
24              A     No.
25              Q     Did you ever think you'd had heaviness in
```

```
 1  your right arm?
 2           A    No.
 3           Q    Did you ever think you had heaviness in
 4  your right leg?
 5           A    Yes.  No.
 6           Q    No.  Did you ever think that you were
 7  talking funny?
 8           A    No.
 9           Q    You just had this dizziness?
10           A    Yeah.
11           Q    Okay.  How many policemen were there in the
12  Smyrna Police vehicle?
13           A    I only remember three.
14           Q    Three policemen?
15           A    Yeah.
16           Q    In this day and time a lot of police
17  vehicles have those dashboard cameras.
18           A    Yeah.
19           Q    Do you recall if this vehicle had a
20  dashboard camera?
21           A    No.
22           Q    Do you recall them offering you anything,
23  whether it's water or coffee or a donut or anything, while
24  they were there?
25           A    No.
```

```
 1  an IV line in your arm?
 2         A   I don't know.
 3         Q   Do you recall them doing anything for you
 4  other than driving you in a vehicle somewhere?
 5         A   Don't recall.
 6         Q   Do you even recall being in it?
 7         A   I don't recall.
 8         Q   You don't recall at all, do you?
 9         A   Nothing.
10         Q   What time did you arrive at StoneCrest
11  Medical Center?
12         A   I don't know.
13         Q   Let me ask you some questions before we
14  leave the morning of February 17.  Is it correct that on
15  the morning of February 17 you had what you recognized to
16  be dizziness and slurred speech at 8:00 in the morning?
17         A   No.
18         Q   Not slurred speech but dizziness?
19         A   Yeah, dizziness.
20         Q   Okay.  Is it correct that you had been
21  having problems with not being able to speak correctly and
22  facial weakness for a month before February 17, 2016?  Is
23  that true?
24         A   No.
25         Q   And you've never told anybody that, right?
```

```
 1  You wouldn't have told somebody something that inaccurate,
 2  would you?
 3          A    I would have told my wife.
 4          Q    Do you remember a Dr. Michael Nottidge at
 5  Centennial?
 6          A    No.
 7          Q    Did you tell Dr. Nottidge that as you were
 8  getting ready to go to work your wife noted you were not
 9  speaking normally and that you were confused?  Did you
10  ever tell him that?
11          A    Who's - - I don't know who the doctor is.
12          Q    Do you recall ever telling a doctor at
13  Centennial, specifically Michael Nottidge or anyone else,
14  that on the morning of February 17 as you were getting
15  ready to go to work your wife noted you were not speaking
16  normally and that you were confused?
17          A    No.
18          Q    That didn't happen?
19          A    No.
20          Q    Did you tell Dr. Nottidge that while you
21  were at work at 8:00 in the morning you had increased
22  right-sided weakness and an inability to speak?  Did you
23  ever tell him that?
24          A    I don't know.
25          Q    Why would you tell him that if it wasn't
```

```
1      COMMONWEALTH OF KENTUCKY)
                               ) SS:
2      COUNTY OF DAVIESS       )

3

4     I, Jane Belcher, Notary Public, State-at-Large, do

5   hereby certify that the aforegoing deposition was taken at

6   the time and place set forth in the caption thereof; that

7   the witness therein was duly sworn on oath to testify the

8   truth; the proceeding was reported by me stenographically;

9   and the aforegoing is a true and correct transcript to the

10  best of my ability.

11     I further certify I'm not a relative or employee of

12  attorney or counsel of any of the parties hereto, nor a

13  relative or employee of such attorney or counsel, nor do I

14  have any interest in the outcome or events of this action.

15     I hereby certify that the appearances were as stated in

16  the caption.

17              DATED THIS 30TH DAY OF OCTOBER 2017.

18                      [signature: Jane Belcher]

19              _____
                JANE BELCHER, NOTARY PUBLIC
20              STATE-AT-LARGE
                NOTARY ID 479570
21              OHIO VALLEY REPORTING SERVICE
                2200 EAST PARRISH AVENUE, SUITE 106-E
22              OWENS, KENTUCKY  42303

23          COMMISSION EXPIRES:
               DECEMBER 7, 2020
24          COUNTY OF RESIDENCE:
               DAVIESS COUNTY, KENTUCKY
25
```