# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHN RUFFINO, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **NO. 3:17-cv-00725** |
| | ) | **JUDGE CAMPBELL** |
| **DR. CLARK ARCHER, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the Court is Defendant Archer's Motion to Dismiss (Doc. No. 9). For the reasons stated in the accompanying Memorandum, Defendant Archer's Motion to Dismiss is **DENIED**.

It is to **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE