# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO, et al., | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO. 3:17-cv-00725 |
| DR. CLARK ARCHER, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE |
| Defendant. | ) | NEWBERN |

## ORDER

The Court has been advised that, by Order of the Tennessee Supreme Court issued on September 21, 2018, Plaintiffs' counsel, Brian P. Manookian, has been suspended from the practice of law in Tennessee, and must cease representation of existing clients by October 21, 2018. Under Local Rule 83.01(c)(2), as a result of Mr. Manookian's suspension by the Tennessee Supreme Court, he is summarily suspended from practice in this Court as well, effective as of October 21, 2018. The other attorneys who have entered appearances on behalf Plaintiffs in this case shall continue as counsel of record for Plaintiffs.

Mr. Manookian must immediately provide a copy of this Order to his clients, and otherwise comply with Tenn. S. Ct. Rule 9, Section 28.2 as to opposing counsel, in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE