UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 3:17-cv-00725 |
| v. | ) ) | Jury Demand |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) ) ) ) | Judge Campbell Magistrate Judge Newbern |
| Defendants. | ) ) | |

## NOTICE OF CHANGE OF ADDRESS & FIRM AFFILIATION

Brian Cummings, co-counsel for the Plaintiffs, hereby gives notice to the parties and the Court of his new address and contact information:

Brian Cummings
Cummings Law
4235 Hillsboro Pike #300
Nashville, TN 37215
Phone: (615) 800-6822
Fax: (615) 815-1876
Email: brian@cummingsinjurylaw.com

Respectfully submitted,

/s/ Brian Cummings
**Brian Cummings, #19354**
Cummings Law
4235 Hillsboro Pike #300
Nashville, TN 37215
(615) 800-6822 (phone)
(615) 815-1876 (fax)
brian@cummingsinjurylaw.com

*Attorney for the Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2018, a true and correct copy of this document was provided to all counsel of record through the Court's electronic filing system:

| | |
|---|---|
| C.J. Gideon, Jr.<br>J. Blake Carter<br>Gideon, Cooper & Essary<br>315 Deaderick Street, Suite 1100<br>Nashville, Tennessee 37238<br>cj@gideoncooper.com<br>blake@gideoncooper.com<br><br>*Attorneys for the Defendant*<br>*HCA Health Services of Tennessee, Inc.*<br>*d/b/a StoneCrest Medical Center*<br><br>James E. Looper, Jr.<br>Bryant Witt<br>Hall Booth Smith, PC<br>424 Church Street, Suite 2950<br>Nashville, Tennessee 37209<br>Jlooper@hallboothsmith.com<br>bwitt@hallboothsmith.com<br><br>*Attorneys for the Defendant Dr. Clark Archer* | Brian P. Manookian<br>Afsoon Hagh<br>Cummings Manookian PLC<br>45 Music Square West<br>Nashville, Tennessee 37203<br>bmanookian@cummingsmanookian.com<br>afsoon@cummingsmanookian.com<br><br>*Attorneys for the Plaintiff*<br><br>Mark Hammervold<br>Hammervold, PLC<br>315 Deaderick Street, Suite 1550<br>Nashville, TN 37238<br>mark@hammervoldlaw.com<br><br>*Attorney for the Plaintiff* |

        /s/ Brian Cummings