UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 3:17-cv-00725 ) |
| v. | ) Jury Demand ) |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) Judge Campbell ) Magistrate Judge Newbern ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Pursuant to Section 28 of Rule 9 of the Tennessee Supreme Court, Brian Manookian moves to withdraw as counsel in this matter.

Respectfully submitted,

/s/ Brian P. Manookian
**Brian P. Manookian, #26455**
**Afsoon Hagh, #28393**
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
bmanookian@cummingsmanookian.com
afsoon@cummingsmanookian.com

*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2018, a true and correct copy of this document was provided to all counsel of record through the Court's electronic filing system:

C.J. Gideon, Jr.
J. Blake Carter
Gideon, Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, Tennessee 37238
cj@gideoncooper.com
blake@gideoncooper.com

*Attorneys for the Defendant*
*HCA Health Services of Tennessee, Inc.*
*d/b/a StoneCrest Medical Center*

James E. Looper, Jr.
Bryant Witt
Hall Booth Smith, PC
424 Church Street, Suite 2950
Nashville, Tennessee 37209
Jlooper@hallboothsmith.com
bwitt@hallboothsmith.com

*Attorneys for the Defendant Dr. Clark Archer*

Brian Cummings
Cummings Law
4235 Hillsboro Pike #300
Nashville, TN 37215
brian@cummingsinjurylaw.com

*Attorney for the Plaintiff*

Mark Hammervold
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
mark@hammervoldlaw.com

*Attorney for the Plaintiff*

      /s/ Brian P. Manookian
      Brian P. Manookian