IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO, et al., | ) |
| Plaintiff, | ) |
| | ) NO. 3:17-cv-00725 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| DR. CLARK ARCHER, et al., | ) |
| Defendants. | ) |

## ORDER

I hereby recuse myself in this matter. This case is transferred to Judge William L. Campbell, Jr. All previously imposed deadlines and Court dates remain unchanged pending any further order from Judge Campbell.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1