UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, ) ) ) Plaintiffs, ) ) v. ) ) DR. CLARK ARCHER and HCA ) HEALTH SERVICES OF TENNESSEE, INC. ) d/b/a STONECREST MEDICAL CENTER, ) ) Defendants. ) | Civil Action No.: 3:17-cv-00725<br><br>Jury Demand<br>Judge Campbell<br>Magistrate Judge Newbern |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Plaintiffs and Defendant HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center ("StoneCrest"), acting through counsel, move to dismiss all claims asserted by the Plaintiffs in this action against StoneCrest, with prejudice. Each side agrees to bear their own attorney's fees and costs, including any discretionary costs recoverable by either Plaintiffs or StoneCrest.

This stipulation does not include Plaintiffs' claims against Dr. Clark Archer.

Approved By:

| | |
|---|---|
| **GIDEON, COOPER & ESSARY, PLC** | **CUMMINGS LAW** |
| /s/ J. Blake Carter | /s/ Brian Cummings |
| C.J. Gideon, Jr., # 6034 | Brian Cummings, #019354 |
| J. Blake Carter, # 30098 | Cummings Law |
| 315 Deaderick Street, Suite 1100 | 4235 Hillsboro Pike, # 300 |
| Nashville, TN 37238 | Nashville, TN 37215 |
| blake@gideoncooper.com | brian@cummingsinjurylaw.com |
| *Counsel for HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center* | *Counsel for Plaintiffs* |

## ORDER OF DISMISSAL WITH PREJUDICE

This stipulation is approved. Plaintiffs' action against HCA Health Services of Tennessee, Inc. d/b/a StoneCrest Medical Center, only, is dismissed with prejudice.

_____
**William L. Campbell, Jr.
District Court Judge**

_____
Date

2

Case 3:17-cv-00725   Document 108   Filed 11/29/18   Page 2 of 3 PageID #: 1209

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been furnished, by electronic means via the Court's electronic filing system, this 29th day of November 2018, to the following:

| | |
|---|---|
| Afsoon Hagh<br>Cummings Manookian, PLC<br>45 Music Square West<br>Nashville, TN 37203 | James E. Looper<br>Bryant Witt<br>Nate Gorman<br>Hall Booth Smith, P.C.<br>Fifth Third Center |
| Brian Cummings<br>Cummings Law<br>4235 Hillsboro Pike, # 300<br>Nashville, TN 37215 | 424 Church Street, Suite 2950<br>Nashville, TN 37219<br><br>*Counsel for Clark Archer, M.D.* |
| Mark Hammervold<br>Hammervold, PLC<br>315 Deaderick Street, Suite 1550<br>Nashville, TN 37238 | |

*Counsel for Plaintiff*

                        /s/ J. Blake Carter

3

Case 3:17-cv-00725   Document 108   Filed 11/29/18   Page 3 of 3 PageID #: 1210