# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:17-cv-00725 |
| ) | |
| DR. CLARK ARCHER, et al, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. ) | |
| ) | |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. No. 108) indicating that all matters between Plaintiffs and Defendant StoneCrest Medical Center have been settled and that Defendant should be dismissed. The parties cite Fed. R. Civ. P. 41 in the Stipulation, but that rule applies to the dismissal of whole actions, not individual parties. Accordingly, pursuant to Fed. R. Civ. P. 21, the Court **DISMISSES** with prejudice Defendant StoneCrest Medical Center.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE