# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CASE No. 3:17-cv-00725 |
| v. | ) ) | Judge Campbell<br>Magistrate Judge Newbern |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER | ) ) ) ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

## NOTICE OF FILING

Defendant, Dr. Clark Archer (hereinafter "Dr. Archer") gives notice of filing the following documents in connection to his Motions in *Limine* and/or motions to strike/exclude experts:

1. Dr. Troy Pope's Rule 26 Report;

2. Dr. Alfred Callahan's Rule 26 Report;

3. Dr. Rajat Dhar's Rule 26 Report;

4. Transcript of Deposition of Troy Thomas Pope, M.D., on March 23, 2018;

5. Transcript of Deposition of Alfred Callahan, III, M.D., on April 18, 2018;

6. Transcript of Deposition Rajat Dhar, M.D., on April 17, 2018;

7. Transcript of Deposition of Martha Ruffino on October 24, 2017;

8. Transcript of Deposition of John Ruffino on October 24, 2017.

1

Respectfully submitted on this 14th day of December 2018.

**HALL BOOTH SMITH, P.C.**

By:    /s/ Bryant C. Witt
          James E. Looper, Jr. BPR #025200
          Bryant C. Witt, BRP #018295
          Fifth Third Center
          424 Church St., Ste. 2950
          Nashville, TN 37219
          (615) 313-9911
          *Counsel for Defendant Dr. Clark Archer*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished by electronic means via the Court's electronic filing system, this 14th day of December 2018, to counsel of record as follows:

Afsoon Hagh, Esq.
CUMMINGS MANOOKIAN PLC
45 Music Square West Nashville, TN 37203
afsoon@cummingsmanookian.com

Brian Cummings, Esq.
Cummings Law
4235 Hillsboro Pike #300
Nashville TN 37215
T: 615.800.6822
F: 615.815.1876
brian@cummingsinjurylaw.com

Mark Hammervold, Esq.
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
mark@hammervoldlaw.com

*Counsel for Plaintiffs, John Ruffino and Martha Ruffino,*

          HALL BOOTH SMITH

          By:    /s/ Bryant C. Witt