# DR. ALFRED CALLAHAN'S RULE 26 REPORT

RUFFINO



Statement/Report:

(i) and (ii):

OPINION 1:

This middle aged hypertensive smoker with hyperlipidemia had repeated transient hemisphere attacks due to activated plaque in the left middle cerebral artery culminating in stroke on 17 FEB 2016.

FACTS:

John Ruffino in his deposition reported having episodes of right arm numbness and heaviness with dizziness on 15 DEC 2015(page 14). Mrs. Ruffino in her deposition reported the first episode occurred in WalMart with sudden speech arrest and heaviness to the right arm(page 28 ). Dr. Valdiva recorded from his wife stereotypic spells lasting 10-15 minutes without adventitious motor activity(CMC 030). A trial of gabapentin did not eliminate the episodes.

On 17 FEB 2016 the episode recurred while driving a truck. Mr Ruffino was able to pull the truck over and call his boss who called 911(Stone Crest 11). EMS reported speech slightly slurred(CMC 183). Mr. Ruffino arrived by EMS at Stone Crest at 0949 hrs and the intake report was a negative physical exam. A head CT(CTH) was obtained at 1027 hrs which on review was negative for hemorrhage or ischemic stroke. Vascular calcification was noted in the right internal carotid artery and both vertebral arteries.

Nursing notes record a normal examination at 1015 hrs(SC 15), 1100 hrs(SC 17) and 1300 hrs(18). The examining physician noted weakness to the right arm and face along with slurred speech at 1220 hrs. At 1253 a "code stroke" was initiated(SC 22). Nursing notes indicate expressive aphasia with normal power at 1400 hrs(SC 19), and normal speech at 1600 hrs(SC 20). By 1704 there was expressive aphasia and normal power(SC 20) and at 1825 there was normal speech and the patient ambulated to the head(SC 21). Mrs Ruffino in her deposition says she helped her husband ambulate to the bathroom(74). At 1927 and 2114 there was right weakness and expressive aphasia(SC 22).

A CTA of the head and neck was performed at 1409 hours. On review this study showed non-obstructive plaque at the left ICA origin(image 66/101) and decreased flow in the L-M1 segment. Coronal views confirmed mid L-M1 near total occlusion and the anterior temporal branch was not identified.

STROKE AND HEART ATTACK PREVENTION CENTERS
2000 Glen Echo Road, Suite 122 • Nashville, TN 37215 • 615-297-5300 • www.angiologycenter.com

Neurologic consultation recommended no treatment believing the onset of symptoms was 0830(SC 9,27,28). At 2250 hours, Mr Ruffino was transferred to Centennial Medical Center(CMC) where an NIHSS was 13(CMC 030).

Advanced imaging was performed at CMC on 18 FEB 2016 at 1247. A CT perfusion study showed a large L-MCA stroke. A plain brain MRI(MRIH) at 2018 hrs showed a deep stroke with cortical changes in the left temporal and left hi-frontal region.

Mr. Ruffino was discharged home on 26 FEB 2016 taking clopidogrel 75 mg, aspirin, atorvastatin 40 mg, gabapentin 300 mg and lisinopril 20 mg daily. NIHSS at discharge was either 3(CMC 086) or 6(CMC 090). He was re-admitted to CMC after a fall at home on 27 FEB 2016 at 2033 hours with a NIHSS of 21(CMC 302, 321).

Followup CTH on 27 FEB 2016 at 1950 hours showed a deep left hemisphere stroke with similar tissue change on a MRIH on 28 FEB 2016 at 0828. This study showed NO cortical change and no new area(s) of restricted diffusion.

On 03 MAR 2016 he was discharged to St. Thomas Midtown Rehab. Subsequent imaging on 12 AUG 2016 on review confirmed no new stroke and showed the prior deep left hemisphere stroke. On black blood sequences there was clot or plaque or both in the proximal L-M1(see image 22/28).

OPINION 2: Endovascular re-perfusion treatment on 17 FEB 2016 after hospital arrival would have provided benefit and Mr. Ruffino was a candidate for such treatment. Because of the crescendo pattern of the TIAs preceding the stroke, the time window for beginning endovascular treatment is from 0949 on 17 FEB 2016 until 0327 on 18 FEB 2016. The provided benefit from such treatment is functional independence(modified Rankin score of <= 2).

FACTS:

A waxing and waning course is common for transient hemisphere attacks with the patient normal between attacks. The time window for endovascular intervention is within 6-8 hours of last known normal. Multiple randomized clinical trials have confirmed its efficacy. In 3 of the trials, benefit exceeded 50%(ESCAPE, EXTEND IA and SWIFT PRIME).

Arrival at Stone Crest at 0949 hours was within 70 minutes of the reported EMS call. Prior to the MD note at 1220 hrs documenting an abnormal examination, the prior examinations were reported negative/normal. Post 1220 hrs there were again periods of normal speech and no motor weakness. However, after 1927 hrs there was never another normal neurologic examination.

Materials reviewed:
Stone Crest medical records for 17 FEB 2016
Centennial Medical Center records for FEB 2016
Imaging from Stone Crest and Centennial Medical Center
Depositions: Dr. Clark Archer, Nurse McCulloch, Nurse Bromley, John and Martha Ruffino

(iii) There are no provided exhibits

(iv) See attached CV.

(v) See attached listing.

(vi) Review of materials and discussions were billed at $500/hr. To date $3500 has been paid.

*[signature]*

A.S. Callahan III, MD

| | |
|---|---|
| NAME: | Alfred Samuel Callahan III |
| PLACE OF BIRTH: | Columbus, Georgia |
| DATE OF BIRTH: | 13 December 1948 |
| CITIZENSHIP: | US |
| FAMILY: | Married to Helen McLaurin Beatty; two sons, Ted, Mark |
| RESIDENCE: | 3428 Woodmont Blvd, Nashville, TN 37215 |
| BUSINESS: | Stroke & Heart Attack Prevention Center<br>2000 Glen Echo Rd, Suite 122<br>Nashville, TN 37215<br>615 297 5300 |
| EMAIL: | stealthasc@earthlink.net |
| LICENSURE: | Tennessee, Massachusetts, Alabama, Kentucky |

EDUCATION:

| | | |
|---|---|---|
| 1971 | SB | Massachusetts Institute of Technology |
| 1975 | MD | Vanderbilt University School of Medicine |

POST-GRADUATE TRAINING:

| | |
|---|---|
| 1975-1976 | Intern, internal medicine, Vanderbilt University Hospital |
| 1976-1977 | Resident, internal medicine, Vanderbilt University Hospital |
| 1977-1980 | Resident, neurology, Massachusetts General Hospital<br>Fellow, neurology, Harvard Medical School |

SPECIALTY BOARD CERTIFICATION:

| | |
|---|---|
| 1976 | National board of medical examiners |
| 1977 | American board of internal medicine |
| 1992 | Neurosonology-cerebrovascular disease and physics, American society of neuroimaging |

CV
A.S. Callahan III
2

## ACADEMIC POSITIONS:

| | |
|---|---|
| 1980-1981 | Assistant professor (tenure track), neurology, University of South Alabama |
| | Director, Clinical neurophysiology laboratory<br>Mobile General Hospital<br>Mobile, Alabama |
| 1980's | Clinical assistant professor, neurology, Vanderbilt |
| Feb 05-Pres | Clinical professor of nursing (medicine), School of Nursing, Vanderbilt |
| Mar 09-Pres | Associate clinical professor (adjunct faculty), Vanderbilt |
| Oct 09-Pres | Adjunct associate professor, neurology, Meharry |

## MEMBERSHIPS:

Alpha Omega Alpha, 1974

## HONORS:

1971-1975   Justin Potter merit scholar, Vanderbilt

## CIVIC ROLES:

| | |
|---|---|
| 1992-1995 | Dean's advisory committee, Harvard School of Dental Medicine |
| 1999-2005 | Board, Nashville affiliate AHA |
| 2001-2002 | President-elect, Nashville affiliate AHA |
| 2002-2003 | President, Nashville affiliate AHA |
| 2001-2005 | Member, acute events committee, southeastern affiliate AHA |
| 1999-2005 | Chair, Operation Stroke, AHA |

RESEARCH DUTIES:

    1999        Writing subcommittee, Proact II

Proact II was a phase 3 clinical trial of intra-arterial thrombolysis with r-proUK. My program at Centennial Medical Center was the 3rd largest enrolling center. This study provided proof of principle of catheter-directed thrombolysis within a 6-hour window in patients with middle cerebral artery stem occlusions.

    1999        Steering committee, SPARCL

SPARCL was a worldwide trial of atorvastatin for secondary stroke prevention. More than 4700 subjects participated in this placebo-controlled trial. The results of the study changed healthcare guidelines around the world. The study came from my proposal to Parke-Davis (now Pfizer).

    2001        Muhlenberg vascular project (originator)

Vascular healthcare delivery in a rural Kentucky country (Muhlenberg, population 32,000). This project contributed to a reduction of stroke risk by 47% over a 3-year period. A paper detailing methods and results was published in 2004.

    2002        Public awareness subcommittee, NINDS

NINDS convened a national consensus conference to review papers written by subcommittees. The consensus paper was published in book form in 2003.

    2005        Integrated vascular medicine program

A program of novel care sites and integrated vascular medicine with successful treatment to targets within 6 weeks for 70% of those evaluated.

    2010        Carotid artery endothelial permeability and risk of atherosclerotic cardiovascular disease in a primary prevention population (IRB #091270, Vanderbilt)

Patients with genetically low LDL (< 100 mg/dL) who have elevated carotid wall thickness and lipid flux rates are to be studied with MRI techniques using gadolinium ingress across the carotid arterial wall. Another novel population with genetically elevated LDL (> 160 mg/dL) without an increase in carotid wall thickness or lipid flux rate serves as the control group (galvanized).

PUBLICATIONS:

1. Hollender MH and Callahan AS. DeClerambault's syndrome. Arch of Gen Psych Dec 1975.

2. Callahan AS, Netsky MG and Stone W. Dialysis and Subdural hematoma. Dialysis and Transplantation 1980; 9: 240.

3. Taylor MD, Palmer GC and Callahan AS. Alternations of catecholamine-sensitive adenylate cyclase in gerbil cortex after bilateral ischemia. Exp Neurol 1982; 76: 495-5-7.

4. String ST and Callahan AS. The critical manipulable variables of hemispheric low flow during carotid surgery. Surgery 1983; 93 (1): 46-9.

5. Taylor MD, Palmer GC and Callahan AS. Kinetics of GTP modulation of adenylate cyclase in gerbil cortex after bilateral ischemia. J Neurosci Res 1984; 12: 615-21.

6. Taylor MD, Palmer GC and Callahan AS. Protective actions by methylprednisiolone, allopurinol and indomethacin against stroke induced damage to adenylate cyclase in gerbil cerebral cortex. Stroke 1984; 15: 329-35.

7. Christie-Pope GC, Palmer GC, Poulakos L, Medina MA, Callahan AS and Palmer SJ. Regional cyclic AMP systems during secondary ischemia in gerbils: influence of anesthetic agents. Exp Neurol 1984; 84: 494-511.

8. Christie-Pope GC, Chronister RB, Callahan AS. Adenylate cyclase and histopathology changes in gerbil brain following ischemia and recirculation. Stroke 1985; 64 (4): 710-7.

9. Palmer GC, Palmar SJ, Christie-Pope GC, Callahan AS, Taylor MD and Eddy LJ. Classification of ischemic in ischemia induced damage to $Na+$, $K+$ ATPase in gerbil forebrain: modification by therapeutic agents. Neuropharm.

10. Christie-Pope GC, Palmer GC, Callahan AS and Palmer SJ. Modification of ischemia induced damage in adenylate cyclase and $Na+$, $K+$ ATPase in gerbil cortex by calcium channel blockers (flunarizine and verapamil). Stroke.

11. Weindling SM, Robinette CL and Callahan AS. Radiology case of the month: schizencephaly with heteroptic gray matter. J TN Med Assoc 1991 Nov; 84 (11): 549-50, 552.

12. Robinette CL, Weindling SM and Callahan AS. Radiology case of the month: carbon monoxide poisoning. J TN Med Assoc 1991 Oct; 84 (10): 496-7, 499.

13. Dyer EL and Callahan AS. Charcot-Marie Tooth disease and respiratory failure. Chest 1988 Jan: 93 (1): 221. Letter.

14. Callahan AS and Berger BL. Intra-arterial thrombolysis in acute ischemic stroke. TN Med Feb; 90 (2): 61-64.

15. Callahan AS and Berger BL. Balloon angioplasty of intracranial arteries for stroke prevention. J Neuroimag 1997 Oct; 7 (4): 232-5.

16. Berger BL and Callahan AS. Chapter 63: Treatment and prevention of acute ischemic stroke by endovascular techniques: a network based community model. Emergency treatment of acute ischemic stroke. Conners JJ and Wojack eds. 1998.

17. Callahan AS and Berger BL. Basilar artery endoprosthesis placement/rescue therapy for recurrent thrombosis. J Neuroimag 2000 Jan; 10 (1): 47-8. First report of intracranial stenting in world.

18. The Proact investigators. PROACT II: a phase 3 randomized trial of clinical efficacy of direct inter-arterial recombinant pro-urokinase in patients with acute ischemic stroke due to middle cerebral artery occlusion of less than 6 hours duration. JAMA 1999 Dec; 282 (21): 2003-11.

19. Callahan AS, Berger BL and Devlin TG. Possible short-term amelioration of basilar plaque by high dose atorvastatin: use of reductase inhibitors for intracranial plaque stabilization. J Neuroimag 2001; 11: 202-4.

20. Callahan AS. Cerebrovascular disease and statins: a potential addition to the therapeutic armamentarium for stroke prevention. Am J Cardiol 2001; 88 (suppl): 33J-37J.

21. Callahan AS. Vascular pleiotropy of statins: clinical evidence and biochemical mechanisms. Cur Atheroscler Reports 2003; 5 (1): 33-7.

22. Proact II investigators. Factors influencing outcome and treatment effect in PROACT-II. Stroke 2003.

23. The SPARCL investigators. Design and baseline characteristic of the stroke prevention by aggressive reduction of cholesterol levels (SPARCL). Cerebrovasc Dis 2003; 16: 389-95.

24. McGhee TR, McGhee WR and Callahan AS. Mehlenberg Vascular Project: a rural vascular intervention project. J KY Med Assoc 2004; 102: 305-6.

25. Kirshner HS, Biller J and Callahan AS. Longterm therapy to prevent stroke. J Am Board Fam Prac 2005; 18: 528-40.

26. Amarenco P, Bogousslavsky J, Callahan AS, Goldstein L, Hennerici M, Rudolph A, Sillesen H, Szarek M, Welch M. High-dose atorvastatin after stroke or TIA. N Eng J Med 2006; 355: 549-59.

27. Amarenco P, Goldstein LB, Szarek MS, Sillesen H, Rudolph A, Callahan A, Hennerici M, Simunovic L, Zivin J, Welch M. Effects of intense LDL reduction in patients with stroke or TIA. Stroke 2007; 38 (12): 3198-3204.

28. Goldstein LB, Amarenco P, Szarek M, Callahan A, Hennerici M, Sillesen H, Zivin J, Welch M. Hemorrhagic stroke in the SPARCL study. Neurology 2008; 70 (24pt): 2364-70.

29. Chaturvedi S, Zivin J. Breazana A, Amarenco P, Callahan A, Goldstein LB, Hennerici M, Sillesen H, Rudolph A, Welch A. Effect of atorvastatin in elderly patients with recent TIA. Neurology 2009; 72 (8): 688-94.

30. Sillesen H, Amarenco P, Hennerici H, Callahan A, Goldstein LB, Zivin J, Messig M, Welch M. Atorvastatin reduced the cardiovascular risk in patients with carotid atherosclerosis. A secondary analysis of the SPARCL trial. Stroke 2008; 39 (12): 3296-3302.

31. Amarenco P, Benevente O, Goldstein LB, Callahan A, Sillesen H, Hennerici M. Rudolph A, Simunovic L, Zivin J, Welch M. Results of the SPARCL trial by stroke subtype. Stroke 2009; 40 (4): 1405-9.

32. Amarenco P, Goldstein LB, Callahan A, Sillesen H, Hennerici M, O'Neil B, Rudolph A, Simunovic L, Zivin J, Welch M. Baseline blood pressure, low and high density lipoproteins and triglycerides and the risk of vascular events in the SPARCL trial. Atheroscler 2009; 204(2): 515-20.

33. Goldstein LG, Amarenco P, Zivin J, Messig M, Altafalluh I, Callahan A, Hennerici M, MacLeod MJ, Sillesen H, Zweifler R, Welch K. Statin treatment and stroke outcome in the SPARCL trial. Stroke 2009; 40 (11): 3526-31.

34. Callahan A, Amarenco P, Goldstein LB, Sillesen H, Messig M, Samsa G, Altafalluh I, Ledbetter L, MacLeod M, Scott R, Hennerici M, Zivin J, Welch M. Risk of stroke and cardiovascular events or TIA in patients with type 2 diabetes or metabolic syndrome. Arch Neurol 2011 (Jun).

35. Amarenco P, Goldstein LB, Messig M, O'Neill B, Callahan A, Sillesen H, Hennerici M, Zivin J, Welch M. Relative and cumulative effects of lipid and blood pressure control in the SPARCL trial. Stroke 2009; 40: 2486-92.

36. Goldstein LB, Amarenco P, LaMonte M, Gilbert S, Messig M, Callahan A, Hennerici M, Sillesen H, Welch M. Relative effects of statin therapy on stroke and cardiovascular events in men and women: secondary analysis of SPARCL trial. Stroke 2010; 41 (3): 426-30.

37. Amarenco P, Goldstein LB, Sillesen H, Benavente O, Zweifler R, Callahan A, Hennerici M, Zivin J, Welch M. Coronary heart disease risk in patients with stroke or TIA and no known heart disease: findings from the SPARCL trial. Stroke 2010; 41 (3): 426-30.

38. Callahan A, Szarek M, Patton J, Sillesen A-S, Jones A, Churchwell K, Holliday D. Maximum carotid wall thickness and risk factors in a young primary prevention population. Brain Behav 2012 Sep; 2 (5): 590-4.

39. Callahan A, Quinn R. Clinical highlights of the use of maximum carotid wall thickness in a local outpatient setting for vascular risk stratification, treatment selection and its impact. Tri-Star Heart Journal (accepted for Fall 2012).

40. Callahan A. Dare to care for the elderly: 5 insights. The Linacre Quarterly 2013, 80 (4): 296-8.

41. Ovbiagele B, Goldstein LB, Amarenco P, Messig M, Sillesen H, Callahan A, Hennerici MG, Zivin J, Welch KMA. Prediction of major vascular events after stroke: The Stroke Prevention by Aggressive Reduction of Cholesterol Levels (SPARCL) Trial. J. Stroke and Cerebrovascular Disease 2013, 1-7.

42. Amarenco P, Callahan A, Campese V, Goldstein L, Hennerici M, Messig M, Sillesen H, Welch KMA, Wilson D, Zivin J. Effect of High-Dose Atorvastatin on Renal Function in Subjects with Stroke or Transient Ischemic Attack – The SPARCL Trial. Stroke 2014.

ABSTRACTS:

1. Dean D, Callahan A. Intraoperative neurophysiologic monitoring during vascular surgery. Southern Neurosurgical Society, Mar 1981.

2. Taylor M, Palmer G, Callahan A. Cyclic nucleotide systems in the gerbil cerebral cortex. Fed Proc 1981; 41: 1472.

3. Chiappa K, Ropper A, Callahan A, Jenkins G and Wallace G. Continuous computerized EEG monitoring and other physiologic parameters in comatose patients. Am EEG Soc. Sep. 1980.

4. Taylor MD, Palmer GC and Callahan A. Alterations in GTP enhancement of catecholamine sensitive adenylate cyclase following bilateral ischemia in the gerbil cerebrum. Southeastern Pharmacologic Society. Nov 1981.

5. Ashburn M, Dean D, Callahan A and String T. Processed EEG intraoperative monitoring with ethrane anesthesia: a quantitative approach. Am Assoc of Neurol Surgeons. Apr 1982.

6. Palmer GC, Taylor MD and Callahan A. Therapeutic protection of adenylate cyclase systems following bilateral stroke in gerbils. FASEB. Apr 1983.

7. Poulakos L, Palmer G, Hamilton E, Davis S, Lewis G and Callahan A. The visual evoked potential as a non-invasive measure of cerebral function after cerebral ischemia. FASEM. Apr 1983.

8. Callahan A and Dean D. Intraoperative compressed spectral analysis of EEG and somatosensory potential recordings in patients with dementia and gait disturbance. Am Assoc Neurol Surgeons. Apr 1981.

9. Palmer G, Christie-Pope B, Taylor M, Eddy L and Callahan A. Selective damage to ATPase in gerbil cortex under various conditions of stroke. Fed Proc 1984; 43: 290.

10. Christie-Pope B, Palmer G, Palmer S and Callahan A. Time course of damage to adenylate cyclase systems in gerbil brain after unilateral occlusion of the common carotid artery. Fed Proc 1984; 43: 451.

11. Palmer S, Chronister R, Christie-Pope B, Palmer G and Callahan A. Histopathologic changes within the gerbil brain following unilateral carotid ligation. Fed Proc 1986; 43: 321.

12. Palmer S, Palmer G, Christie-Pope G, Jones D and Callahan A. Adenylate cyclase as an enzyme marker to assess cerebral damage due to ischemia in gerbils. Indian Parm. 1985.

13. Christie-Pope B, Palmer G, Palmer S and Callahan A. Naloxone protection if enzymes in gerbil cerebrum following stroke. Fed Proc 1985; 44: 1724.

14. Callahan A, Berger B, Dillard S, Lanford G, Robinette C and Weindling S. Imaging appearance and histopathology of the deep cerebral nuclei in cerebral venous thrombosis. J Neuroimg 1996; 6 (1): 65.

15. Callahan A, Berger B and Weindling S. Balloon angioplasty of intracranial arteries from stroke prevention. J Neuroimg 1996; 6 (1): 70.

16. Berger B, Callahan A and Weindling S. Establishment of a center for acute ischemic stroke revascularization in a medium sized hospital. Am J Neurorad. 1996.

17. Berger B, Callahan A and Weindling S. Treatment of acute ischemic stroke from embolism. Am J Neurorad. 1996.

18. Berger B and Callahan A. Balloon angioplasty for stroke prevention: results in 73 cases. Interven Neuroradiol 1997; 3 (1).

19. Berger B and Callahan A. Hyperacute thrombosis after balloon angioplasty of the middle cerebral artery: possible modification by IIb/IIIa platelet receptors. Interven Neuroradiol 1997; 3 (1).

20. Callahan A and Berger B. Longterm followup of intracranial balloon angioplasty: 16 year followup of Dr. Sundt's second case. J Stroke and Cerebrovasc 1997; 6: 470.

21. Callahan A and Berger B. Intracranial balloon angioplasty of the vertebrobasilar junctions with placement of an endovascular prosthesis into the basilar artery. Am J Neuroimag. Feb 1998.

22. PROACT investigators. Recombinant prourokinas (r-proUK) in acute cerebral thromboembolism: initial results. Stroke. Feb 1999.

23. SPARCL investigators. Effect of atorvastatin compared with placebo on cerebral vascular endpoints in patients with a previous stroke or TIA. The SPARCL study. European cerebrovascular meeting. Venice 1999.

24. Callahan A, Berger B, Uskavitch D, Thompson B and Graham S. Safety of intra-arterial alteplase for acute ischemic stroke: results in a community hospital. CV 01-392. Poster 57 Feb 2001. Proceedings of AANS. 2001.

25. Callahan A, Berger B, Uskavitch D, Thompson B, and Graham S. Efficacy of intra-arterial alteplase for acute ischemic stroke: results in a community hospital. Podium presentation. Am Soc of Neurorad. Apr 2001.

26. Wechsler L, Roberts R. Furlan A, Higashida R, Dillon W, Roberts H, Pettigrew C, Callahan A, Bruno A, Smith W and Shulz G. Factors influencing outcome and treatment effect in PROACT II. Abstract 50031. 26th ISC.

27. Callahan A and Berger B. Clinical and imaging features of recurrent stenosis after extra-cranial carotid angioplasty and stenting. J Neuroimag. 2002.

28. Callahan A for the SPARCL investigators. Design of the stroke prevention by aggressive reduction in cholesterol study (SPARCL). Poster 28th annual ISC. Phoenix.

29. Callahan A. Determinants of plaque activation: how plaque becomes "HOT." Abstract 1250. Am Soc Neuroradiol. May 2003.

30. Amarenco P, Goldstein L, Callahan A, Sillesen H, Szarek M, Rudolph A, and Welch M. Stroke and TIA as CHD risk equivalents. Circ 2006; 114: 444.

31. Amarenco P, Goldstein L, Szarek M, Rudolph A, Callahan A, Hennerici M, Simunovic L, Zivin J and Welch M. The stroke prevention by aggressive reduction in cholesterol levels (SPARCL). World Congress cariology, 2 – 6 Sep 2006. Barcelona Sp.

32. Goldstein, L, Amaernco P, Szarek M, Callahan A, Hennerici M, Sillesen H, Zivin J and Welch M. Secondary analysis of hemorrhagic stroke in SPARCL. Stroke 2007; 38: 457.

33. Sillesen H, Amarenco P, Callahan A, Goldstein L, Hennerici M, Rudolph A, Simunovic L, Zivin J and Welch M. Atrovastatin treatment in patients with carotid stenosis is associated with marked reduction in risk of stroke, cardiac events and endarterectomy in SPARCL. Stroke 2007; 38: 457.

34. Callahan A, Welch M, Amarenco P, Szarek M, Rudolph A, Goldstein L, Hennerici M, Sillesen H and Zivin J. Risk of stroke and cardiovascular events in patients with type 2 diabetes or metabolic syndrome in SPARCL. ADA Jun 2007 (Chicago).

Case 3:17-cv-00725   Document 114-2   Filed 12/14/18   Page 15 of 17 PageID #: 1280

35. Campese V, Callahan A, Rudolph A, Messig M, Amarenco P, Goldstein L, Hennerici M, Sillesen H, Zivin J and Welch M. Effect of high dose atorvastatin on renal function: a secondary analysis of SPARCL. Circ Suppl II 116 (16), Oct 26, 2007: 11-471.

36. Murphy C, Keyes M, Taylor-Clark K, Churchwell A, Callahan A, Okafor H, Robinson R, Sawyer and Sampson U. Potential impact of poor educational materials on cardiovascular outcomes. ACC 2010 (#12232).

37. Sampson U, Fazio S, Patton J, Sillesen A-S, Wake A, Churchwell A and Callahan A. Carotid intima media thickness accretion rate and risk of early atherogenesis in a primary prevention population. ACC 2010 (#12165).

## EDITORIALS:

Goldstein L, Amarenco P, Bougousslavsky J, Callahan A, Hennerici M, Zivin J, Welch M and Sillesen H. Statins for secondary stroke prevention in patients without known coronary artery disease: the jury is still out. Cerebrovasc Dis 2004; 18: 1-2.

## BOOKS:

Callahan AS. The Next Medical Revolution: Angiology. Altman, 2004. ISBN: 1 86036 0297.

Callahan AS: Care For Me.

## PATENTS:

#4412547    Neurological monitoring device (shoe box processed EEG)

#442816     Neurological monitoring device test circuitry

#           EEG electrodes

## OTHER PROJECTS:

2002-2005   TriStar pilot stroke project. Acute stroke care in community hospitals leading to Primary Stroke Center certification. The first hospital certified by JCAHO in TN was Skyline, which was part of this project.

ALFRED S. CALLAHAN LEGAL CASE LISTING

**DEPOSITIONS**                                              **TRIALS**

PELFREY v BROWNING  07/28/2015
ZAFFINO v METRO NASHVILLE PUBLIC SCHOOLS  06/29/2016
SENTERS v  REDDY 07/20/2016
GARDNER v RASHIDIAN , et al ,09/21/2016
SCOTT v RANDALL BURGESS & THREE RIVERS XPRESS (IME/DEPO) 12/21/2016
PORTER VS VISSERS 01/10/2017
DIAZ v PIKEVILLE HOSPITAL 03/21/2017
TOTH v WHITE RIVER HEALTH SYSTEM 04/12/2017
QUORIZ v DR.BARNES, et al, 04/17/2017
THERRIEN v MARTIN MEMORIAL HOSPITAL 07/19/2017