# Exhibit A to MIL 7

COPY

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO,<br>Husband and Wife,<br><br>      Plaintiffs,<br><br>v.<br><br>DR. CLARK ARCHER and HCA HEALTH<br>SERVICES OF TENNESSEE, INC. d/b/a<br>STONECREST MEDICAL CENTER,<br><br>      Defendants. | Civil Action No.: 3:17-cv-00725<br><br>Jury Demand<br><br>Judge Waverly D. Crenshaw<br><br>Magistrate Judge Alistair Newbern |

## THE PLAINTIFFS' SUPPLEMENTAL RESPONSES TO THE FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY HCA HEALTH SERVICES OF TENNESSEE, INC.

Come now the Plaintiffs and supplement their responses to the First Set of Requests for Production of Documents propounded by HCA Health Services of Tennessee, Inc.:

## REQUESTS FOR PRODUCTION

2.      Please produce for inspection and copying each and every physician, hospital, and medical bill for which recovery is sought in this action.

**RESPONSE: Please see attached supplemental documentation.**

7.      Please produce for inspection and/or copying each and every document outlining the events set forth in the Complaint, including but not limited to diaries, journals, or any other personal notes.

**RESPONSE: Please see attached supplemental documentation.**

Respectfully submitted,

_Brian Cummings_

**Brian Cummings, #19354**
**Brian P. Manookian, #26455**
**Afsoon Hagh, #28393**
Cummings Manookian PLC
45 Music Square West
Nashville, Tennessee 37203
(615) 266-3333 (phone)
(615) 266-0250 (fax)
bcummings@cummingsmanookian.com
bmanookian@cummingsmanookian.com
afsoon@cummingsmanookian.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2017, a true and correct copy of the foregoing was forwarded via U.S. Mail to the following:

C.J. Gideon, Jr.
J. Blake Carter
Gideon Cooper & Essary
315 Deaderick Street, Suite 1100
Nashville, TN 37238
(615) 254-0400 (phone)
(615) 254-0459 (fax)
cj@gideoncooper.com
blake@gideoncooper.com

*Counsel for HCA Health Services of Tennessee,*
*Inc. d/b/a StoneCrest Medical Center*

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for Clark Archer, M.D.*

_Brian Cummings_

2

# REQUEST FOR PRODUCTION

# # 7

## CUMMINGS

45 Music Square West, Nashville, TN 37203
(615) 266-333 [phone] // (615) 266-0250 [fax]
cmtriallawyers.com

2-17-16

Sitting @ Stone Crest hospital with my husband
while at work this morning he had another
spell or (mini stroke) He picked up an order
from Home Depot in Smyrna. After he left
one of the workers from Home Depot called my
husbands boss (Gordon Lee) and said
something was wrong with John so Gordon
called my husband and told him to pull
over. Gordon called the police and they called
EMS as soon as they seen my husband.
my husband had EMS call me to tell me
where they were taking him. They also said
it looked like he might be having a stroke.
and they were taking him to Stone Crest
Hospital in Smyrna.
When I arrived at the hospital my husband
looked bad he was very confused the right
side of his face was drooping and he was
having trouble moving his right leg and arm.
The look on his face you could tell he was
very scared. They took him down to run some
test he was gone for a long time when he came
back There was a male nurse taking care
of him. shortly after They brought him back
his nurse came in and said They were
going to discharge him and all the test
came back fine

I could not believe they were going to let him go. I told the nurse he was not going anywhere and I wanted to see The Doctor when the doctor came in he told me they were not releasing him and they found a Clot in his head and They were taking him To have surgery. a few minutes after That the nurse came back in. Told me to help him get dressed and he would be right back with his discharge papers. at This point I was getting very mad know one seemed to know what they were doing. I asked to see The Doctor again it took a long time before he came back he said they were sending him To another hospital where They were better To take care of him. many hours went by waiting for EMS to come get him when They did They took him to Centennial hospital when he got There They started doing more test right away. When they were done Doctor Valdivia The head Nero doctor at Centennial came to talk to me he kept said he was sorry That Stone Crest hospital did not do what They should have telling me he had a stroke and to much time had passed for Them to do anything he was very upset, a little while later

Doctor Valdivia came back saying he
Could do not go home without trying something
To help him when they were done the doctor
Told me to never take him to Stone Crest
hospital again and please dont take him To
see Doctor Ebosi again That both Doctors could
have helped him and know one did anything.