UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.: 3:17-cv-00725 |
| v. ) ) | Jury Demand |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, ) ) ) ) | Judge Campbell Magistrate Judge Newbern |
| Defendants. ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE #1

The Plaintiff agrees that neither side should be permitted to elicit causation testimony from Dr. Pope at trial. The Plaintiffs previously agreed that Dr. Pope would not testify on the issue of causation (Dkt. 83 at 1). This Court thereafter acknowledged same (Dkt. 95 at 5) ("Plaintiffs agree that Dr. Pope cannot offer causation opinions.").

To the extent that the Motion seeks relief beyond excluding Dr. Pope's causation opinions, it should be denied, including because this Court already considered and rejected a *Daubert* challenge to Dr. Pope's standard of care opinions (Dkt. 95 at 4-5).

**RESPECTFULLY SUBMITTED,**

 s/ Mark Hammervold
**Brian Cummings, #19354**
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215
Phone: 615-800-6822
Fax: 615-815-1876
brian@cummingsinjurylaw.com

**Mark Hammervold, #31147**
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
(615) 928-2466 (phone)
(615) 928-2264 (fax)
mark@hammervoldlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served all parties in this matter through counsel of record listed below with the foregoing by CM/ECF on December 21, 2018:

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for the Defendant
Dr. Clark Archer*

 s/ Mark Hammervold
**Mark Hammervold**