UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.: 3:17-cv-00725 |
| v. ) ) | Jury Demand |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, ) ) ) ) | Judge Campbell Magistrate Judge Newbern |
| Defendants. ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE #6

The Plaintiffs do not oppose this Motion. Both sides agree that StoneCrest should not be blamed for the substandard stroke care Mr. Ruffino received on February 17, 2016. For this reason, Plaintiffs' Motion in Limine #16 should also be granted (precluding any comparative fault evidence or argument by Defendant as against third parties).

RESPECTFULLY SUBMITTED,

 s/ Mark Hammervold
**Brian Cummings, #19354**
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215
Phone: 615-800-6822
Fax: 615-815-1876
brian@cummingsinjurylaw.com

**Mark Hammervold, #31147**
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
(615) 928-2466 (phone)
(615) 928-2264 (fax)
mark@hammervoldlaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that I served all parties in this matter through counsel of record listed below with the foregoing by CM/ECF on December 21, 2018:

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for the Defendant*
*Dr. Clark Archer*

s/ Mark Hammervold
**Mark Hammervold**