UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 3:17-cv-00725 |
| v. | ) ) | Jury Demand |
| DR. CLARK ARCHER and HCA HEALTH SERVICES OF TENNESSEE, INC. d/b/a STONECREST MEDICAL CENTER, | ) ) ) ) | Judge Campbell Magistrate Judge Newbern |
| Defendants. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION IN LIMINE #7

The Plaintiffs do not oppose this Motion, so long as it precludes either side from introducing the note into evidence.

As the Defendant notes: the note is inadmissible hearsay because "much of the contents of the note were gathered from other individuals" and "this note does not have any indicia of reliability or equivalent circumstance guarantees of trustworthiness…" These arguments apply equally even if the Defendant becomes the proponent of the evidence.

**RESPECTFULLY SUBMITTED,**

  s/ Mark Hammervold
**Brian Cummings, #19354**
Cummings Law
4235 Hillsboro Pike, #300
Nashville, TN 37215
Phone: 615-800-6822
Fax: 615-815-1876
brian@cummingsinjurylaw.com

**Mark Hammervold, #31147**
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238
(615) 928-2466 (phone)
(615) 928-2264 (fax)
mark@hammervoldlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I served all parties in this matter through counsel of record listed below with the foregoing by CM/ECF on December 21, 2018:

James E. Looper, Jr.
Hall Booth Smith, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN 37219
(615) 313-9911 (phone)
(615) 313-8008 (fax)
jlooper@hallboothsmith.com

*Counsel for the Defendant
Dr. Clark Archer*

  s/ Mark Hammervold
**Mark Hammervold**