# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:17-cv-00725 |
| ) | |
| CLARK ARCHER ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

## ORDER

Pending before the Court are motions in limine filed by the parties (Doc. Nos. 115, 116, 117, 118, 119, 120, 121, 122, 123). After the motions were filed and at Plaintiffs' request, the Court continued the trial to January 7, 2020. (Doc. No. 124). The Court also reset the deadline for filing pretrial motions, including motions in limine. (*Id.*) Accordingly, the pending motions in limine are **DENIED,** without prejudice to refiling by the new deadline.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE