UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE SUSPENSION OF<br>BRIAN P. MANOOKIAN | )<br>)<br>)<br>) Misc. Case No. 3:19-mc-0021<br>)<br>)<br>)<br>) |

## ORDER

On September 21, 2018, the Tennessee Supreme Court suspended Brian P. Manookian from the practice of law in the State of Tennessee. As a result, on October 21, 2018, this Court issued an Order that suspended Mr. Manookian from the practice of law in this Court.

The Tennessee Supreme Court has reinstated Mr. Manookian's license to practice law, and as a result, the Clerk of this Court erroneously reinstated Mr. Manookian's CM/ECF privileges. However, this Court has not lifted its October 21, 2018 order. Accordingly, Mr. Manookian continues to be suspended from the practice of law in this Court until further orders of the Court.

In order to reinstate his practice privileges in this Court, Mr. Manookian must re-apply for admission under LR 83.01(a). In the interim, the Court orders Mr. Manookian to immediately provide a copy of this Order to any clients he is representing in matters pending before this Court.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
Chief United States District Judge