# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:17-cv-00725 |
| ) | |
| CLARK ARCHER, ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| Defendant. ) | |

## ORDER

The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if the settlement is not consummated. On or before January 3, 2020, the parties must submit a proposed agreed order of compromise and dismissal or otherwise notify the court.

The trial set for January 7, 2020, and the pretrial conference set for December 30, 2019, are cancelled.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE