IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, ) ) ) | |
| Plaintiffs, ) | |
| ) | CASE No. 3:17-cv-00725 |
| v. ) | Judge Campbell |
| ) | |
| DR. CLARK ARCHER ) | JURY DEMANDED |
| ) | |
| Defendant. ) | |

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

COMES NOW the Parties, Plaintiffs, John Ruffino and Martha Ruffino, and Defendant, Dr. Clark Archer and announce to the Court that the matters in controversy between the Parties have been resolved and that they are in agreement that all of Plaintiffs' claims against Defendant should be and hereby are dismissed with prejudice. In light of the dismissal, neither Party will seek discretionary costs.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this cause be, and the same hereby is, dismissed with prejudice. Defendants shall be responsible for court costs, for which executions may issue if necessary.

**IT IS SO ORDERED** this _____ day of _____ 20____.

_____
HON. WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

Approved for Entry:

**HALL BOOTH SMITH, P.C.**

By:  /s/ *Bryant C. Witt*
James E. Looper, Jr. BPR #025200
Bryant C. Witt, BRP #018295
Fifth Third Center
424 Church St., Ste. 2950
Nashville, TN 37219
(615) 313-9911
*Counsel for Defendant Dr. Clark Archer*

**CUMMINGS LAW, LLC**

By:  */s/ Brian Cummings*
Brian Cummings, BPR # 19354
Cummings Law
4235 Hillsboro Pike #300
Nashville TN 37215
T: 615.800.6822
F: 615.815.1876
brian@cummingsinjurylaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been furnished by electronic means via the Court's electronic filing system, this 31st day of December 2019, to counsel of record as follows:

Afsoon Hagh, Esq.
CUMMINGS MANOOKIAN PLC
45 Music Square West
Nashville, TN 37203
afsoon@cummingsmanookian.com

Brian Cummings, Esq.
Cummings Law
4235 Hillsboro Pike #300
Nashville TN 37215
T: 615.800.6822
F: 615.815.1876
brian@cummingsinjurylaw.com

Mark Hammervold, Esq.
Hammervold, PLC
315 Deaderick Street, Suite 1550
Nashville, TN 37238

*Counsel for Plaintiffs, John Ruffino and Martha Ruffino,*

            HALL BOOTH SMITH

            By:   /s/ Bryant C. Witt