IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN RUFFINO and MARTHA RUFFINO, Husband and Wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE No. 3:17-cv-00725 ) Judge Campbell ) |
| DR. CLARK ARCHER | ) JURY DEMANDED ) |
| Defendant. | ) ) |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW the Parties, Plaintiffs, John Ruffino and Martha Ruffino, and Defendant, Dr. Clark Archer and announce to the Court that the matters in controversy between the Parties have been resolved and that they are in agreement that all of Plaintiffs' claims against Defendant should be and hereby are dismissed with prejudice. In light of the dismissal, neither Party will seek discretionary costs.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this cause be, and the same hereby is, dismissed with prejudice. Defendants shall be responsible for court costs, for which executions may issue if necessary.

**IT IS SO ORDERED** this ___6th___ day of ____January____ 2020.

_____
HON. WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

1